1  Effie F. Anastassiou, Esq. (SBN 96279)
   Denis Klavdianos, Esq. (SBN 225925)
2  ANASTASSIOU& ASSOCIATES
   242 Capitol Street
3  Post Office Box 2210
   Salinas, California  93902
4  Telephone:  (831) 754-2501
   Facsimile:   (831) 754-0621
5

6  Attorneys for Plaintiff
   OCEANO PACKING COMPANY, LLC
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  OCEANO PACKING COMPANY, LLC        )   Case No. C08 00839 RS
                                       )
11         Plaintiff,                  )   **DECLINATION TO PROCEED BEFORE A**
                                       )   **MAGISTRATE JUDGE AND REQUEST FOR**
12                                     )   **REASSIGNMENT TO A UNITED STATES**
                                       )   **DISTRICT JUDGE**
13         v.                          )
                                       )
14                                     )
    TRUE ORGANIC PRODUCTS, INC., A     )
15  California Corporation; and WESTERN)
    FARM SERVICE, INC., A Delaware     )
16  Corporation,                       )
                                       )
17         Defendants.                 )
                                       )
18  _____)

19

20      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

        The undersigned party hereby declines to consent to the assignment of this case to a United States
21
Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United
22
States District Judge.
23

24  Dated: February 11, 2008                     ANASTASSIOU & ASSOCIATES
25

26                                        By:    _____
                                                 Effie F. Anastassiou,
27                                               Attorneys for Plaintiff Oceano Packing
                                                 Company, LLC
28

F:\OCA\Salmonella\Pleadings\DeclinationMagistrateJudge.wpd

**PROOF OF SERVICE**

I am employed in the County of Monterey, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 242 Capitol Street, Salinas, California 93901.

On the date set forth below, I caused the following document(s) entitled:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

| | |
|---|---|
| X | **BY MAIL.**  By placing each envelope (with postage affixed thereto) in the U.S. Mail at the law offices of Anastassiou & Associates, Salinas, California  addressed as shown below. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing. |
| | **BY HAND-DELIVERY.**  By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below. |
| | **BY OVERNIGHT DELIVERY.**  By placing with an overnight mail company for delivery a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Anastassiou & Associates, addressed as shown below. |
| | **BY FACSIMILE TRANSMISSION.**  By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 754-0621 to the interested party(ies) or their attorney(s) of record to said action at the facsimile number(s) shown below. |
| | **BY ELECTRONIC MAIL.** By transmitting a true copy thereof by electronic mail from e-mail address          @juno.com to the interested party(ies) or their attorney(s) of record to said action at the electronic mail address(es) shown below. |

CT Corporation Systems                          Ronald A. Parravano
818 West Seventh Street                         8 El Caminito Rd., Suite 4
Los Angeles, CA 90017                           Carmel Valley, CA 93924

Registered Agent for True Organic Products, Inc.    Registered Agent for Western Farm Service, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 11, 2008, at Salinas, California.

Rosie Alvarez