Effie F. Anastassiou, Esq. (SBN 96279)
Denis Klavdianos, Esq. (SBN 225925)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Plaintiff
OCEANO PACKING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANO PACKING COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>TRUE ORGANIC PRODUCTS, INC., A California Corporation; and WESTERN FARM SERVICE, INC., A Delaware Corporation,<br><br>Defendants. | Case No. C08 00839 RS<br><br>**PROOF OF SERVICE FOR HAND DELIVERY TO REGISTERED AGENT FOR WESTERN FARM SERVICE, INC.** |

F:\OCA\Salmonella\Pleadings\Proof of Service Cover.wpd

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 02/08/2008   09:15am |
|---|---|
| NAME OF SERVER *(PRINT)* Carlos Cañas | TITLE Process server |

*Check one box below to indicate appropriate method of service*

[x]  Served personally upon the defendant. Place where served: _Western Farm Service, Inc., a Delaware Corporation accepted by Margaret Wilson Process Specialist for the C.T. Corp.(RA) @ 818 W. 7th St Los Angeles, Ca. 90017_

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:_____

[ ]  Returned unexecuted:_____

[ ]  Other (specify):_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $77.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on___02/08/08_____    _____
               Date                                Signature of Server

*Address of Server*

C Solutions
Process & Attorney Services

*2511 W. 3rd Street, Suite 209 Los Angeles, Ca. 90057*
*T(213)386-7039 F(213)386-7049*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 242 Capitol Street, Salinas, California 93901.

On the date set forth below, I caused the following document(s) entitled:

**PROOF OF SERVICE FOR HAND DELIVERY TO REGISTERED AGENT FOR WESTERN FARM SERVICE, INC.**

to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

| | |
|---|---|
| X | **BY MAIL.** By placing each envelope (with postage affixed thereto) in the U.S. Mail at the law offices of Anastassiou & Associates, Salinas, California addressed as shown below. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing. |
| | **BY HAND-DELIVERY.** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below. |
| | **BY OVERNIGHT DELIVERY.** By placing with an overnight mail company for delivery a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Anastassiou & Associates, addressed as shown below. |
| | **BY FACSIMILE TRANSMISSION.** By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 754-0621 to the interested party(ies) or their attorney(s) of record to said action at the facsimile number(s) shown below. |
| | **BY ELECTRONIC MAIL.** By transmitting a true copy thereof by electronic mail from e-mail address _____ @juno.com to the interested party(ies) or their attorney(s) of record to said action at the electronic mail address(es) shown below. |

CT Corporation Systems  
818 West Seventh Street  
Los Angeles, CA 90017  

Ronald A. Parravano  
8 El Caminito Rd., Suite 4  
Carmel Valley, CA 93924  

Registered Agent for True Organic Products, Inc.    Registered Agent for Western Farm Service, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 12, 2008, at Salinas, California.

_____  
Rosie Alvarez