# UNITED STATES DISTRICT COURT
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                    General Court Number
Clerk                                                                                                           408.535.5364

**February 12, 2008**

**CASE NUMBER:  CV 08-00839 RS**
**CASE TITLE:  OCEANO PACKING COMPANY, LLC.-v-TRUE ORGANIC PRODUCTS, INC., ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case assigned to

the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 02/11/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                                 Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                         Special Projects
Log Book Noted                                               Entered in Computer 02/12/08 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                      Transferor CSA