Effie F. Anastassiou, Esq. (SBN 96279)
Denis Klavdianos, Esq. (SBN 225925)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Plaintiff
OCEANO PACKING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANO PACKING COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>TRUE ORGANIC PRODUCTS, INC., A California Corporation; and WESTERN FARM SERVICE, INC., A Delaware Corporation,<br><br>Defendants. | Case No. C08 00839 JW<br><br>**PROOF OF SERVICE FOR HAND DELIVERY TO REGISTERED AGENT FOR TRUE ORGANIC PRODUCTS, INC.** |

| | |
|---|---|
| Effie F. Anastassiou<br>Anastassiou & Associates<br>242 Capitol Street   Salinas, CA 93901<br><br>TELEPHONE NO.: (831) 754-2501   FAX NO. (Optional): (831) 754-0621<br>E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 280 S. 1ST ST. ROOM 2112
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME: SAN JOSE/NORTHERN DISTRICT

PLAINTIFF (name each): Oceano Packing Company, LLC
DEFENDANT (name each): True Organic Products Inc, et al

CASE NUMBER: C0800839RS

**PROOF OF SERVICE**   HEARING DATE:   DAY:   TIME:   DEPT.:   Ref No. or File No.:

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND
**I SERVED COPIES** OF THE:

Summons & Complaint; Civil Case Coversheet; Order Setting Initial Case Management Conference and ADR Deadlines; United States District Court Clerk's Office Guidelines;

ENTITY SERVED: True Organic Products, Inc a California Corporation

PERSON SERVED: Ronald A Parravano - Authorized Agent

PERSON LEFT WITH: Ruth Zollinger - Receptionist

DATE & TIME OF DELIVERY: February 8, 2008
11:05 am

ADDRESS, CITY, AND STATE: 8 El Caminito #4
Carmel Valley, CA 93924
(BUSINESS)

PHYSICAL DESCRIPTION: Age: 30's   Weight: 130   Hair: Brown
Sex: F   Height: 5'5"   Eyes: Brown
Skin: White   Marks:

MANNER OF SERVICE:
Substituted Service - By leaving the copies with or in the presence of Ruth Zollinger a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I thereafter caused copies to be mailed. A declaration of mailing is attached.

Fee for Service: 127.50
County: Monterey
Registration No.: 200
Sayler Legal Service, Inc.
455 Reservation Road, Suite E
Marina, CA 93933
(831) 384-4030

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 12, 2008.

Signature: /s/ Misha Conrad
MISHA CONRAD

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]   Order#: P112421/GProof23

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>Effie F. Anastassiou<br>Anastassiou & Associates<br>242 Capitol Street  Salinas, CA 93901<br>TELEPHONE NO.: (831) 754-2501    FAX NO.: (831) 754-0621<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 280 S. 1ST ST. ROOM 2112
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE, CA 95113
BRANCH NAME: SAN JOSE/NORTHERN DISTRICT

PLAINTIFF/PETITIONER: **Oceano Packing Company, LLC**

DEFENDANT/RESPONDENT: **True Organic Products Inc, et al**

**PROOF OF SERVICE BY MAIL**

CASE NUMBER: C0800839RS

I am a citizen of the United States and employed in the County of Monterey, State of California. I am over the age of 18 and not a party to the within action. My business address is 455 Reservation Road, Suite E, Marina, CA 93933.

On February 11, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

**Summons & Complaint; Civil Case Coversheet; Order Setting Initial Case Management Conference and ADR Deadlines; United States District Court Clerk's Office Guidelines;**

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Marina, CA, California, addressed as follows:

**True Organic Products, Inc a California Corporation**
**8 El Caminito #4**
**Carmel Valley, CA 93924**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Marina, CA, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: **127.50**
County: **Monterey**
Registration No.: **200**
**Sayler Legal Service, Inc.**
**455 Reservation Road, Suite E**
**Marina, CA 93933**
**(831) 384-4030**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 12, 2008**.

Signature: _/s/ Karisma Sigala_
Karisma Sigala

**PROOF OF SERVICE BY MAIL**

Order#: P112421/GProof5