**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANO PACKING COMPANY, LLC., | No. C 08-00839 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE SETTING MOTION HEARING |
| TRUE ORGANIC PRODUCTS, INC., ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Dismiss Action, or in the Alternative, MOTION to Stay Federal Action by Defendant Western Farm Service, Inc. before Judge James Ware previously noticed for April 9, 2008 at 8:30 AM has been reset to **April 21, 2008 at 9:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: March 7, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: ____/s/____
Elizabeth Garcia
Courtroom Deputy