Effie F. Anastassiou, Esq. (SBN 96279)
Denis Klavdianos, Esq. (SBN 225925)
ANASTASSIOU& ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile:  (831) 754-0621

Attorneys for Plaintiff
OCEANO PACKING COMPANY, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANO PACKING COMPANY, LLC ) | **Case No.  C08 00839 JW** |
| ) | |
| Plaintiff, ) | **OCEANO PACKING COMPANY, LLC'S** |
| ) | **STATEMENT OPPOSING DEFENDANT** |
| ) | **WESTERN FARM SERVICE, INC'S NOTICE** |
| v. ) | **OF PENDANCY OF OTHER ACTION** |
| ) | **[N.D.L.R. 3-13]** |
| ) | |
| TRUE ORGANIC PRODUCTS, INC., A ) | |
| California Corporation; and WESTERN ) | |
| FARM SERVICE, INC., A Delaware ) | |
| Corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

Plaintiff, OCEANO PACKING COMPANY("Oceano") hereby submits its Statement Opposing the

Notice of Pendancy Of Other Action filed by Defendant WESTERN FARM SERVICE, INC ("Western"),

pursuant to Northern District Local Rule 3-13.

## I.     Description Of Other Action.

On January 22, 2008, Western filed an action in the Superior Court of State Of California, County

of San Luis Obispo, Case No. CV 080074, <u>Western Farm Services, Inc. v. Oceano Packing Company, LLC.</u>

(the "State Court Action").

On February 12, 2008, Oceano's counsel, Anastassiou & Associates, received a copy of a complaint

filed by Western (the "Western Complaint") on January 22, 2008 in the State Court Action, naming Oceano

1  as defendant, and alleging two vague causes of action for Common Counts in the amount of $416,569.70.

2  Anastassiou & Associates was served with the Western Complaint because Ms. Anastassiou is listed as

3  Oceano's registered agent with the California Secretary of State.

4  However, Western simply filed a judicial counsel form complaint, and did not provide any

5  documentary support as an attachment to the Western Complaint. There is no information provided as to

6  how the alleged amount of $416,569.70 owed by Oceano to Western was calculated. No description of the

7  goods or services allegedly provided by Western to Oceano has been described in the Western Complaint.

8  On March 7, 2008, in an attempt to clarify Western's claims in the vague and unsubstantiated

9  Western Complaint, Oceano served on Western a "Demand For a Copy of Items Of Account" (a.k.a. "Bill

10  of Particulars"), pursuant to California Code of Civil Procedure § 454.

11  Previously, on March 6, 2008, Oceano filed a Motion To Stay State Court Proceedings ("Motion

12  To Stay"), wherein Oceano seeks to stay the State Court Action pending the outcome of this federal case

13  (the "Federal Court Action"), for the following reasons:

14  ▸ Western filed its vague Western Complaint primarily to harass Oceano and to engage in

15  forum shopping, which actions were done in bad faith, given that a good faith settlement

16  offer had previously been made by Oceano to settle pending disputes between Oceano and

17  Western, which settlement offer remained open at the time the State Court Action was filed

18  as described in more detail below;

19  ▸ The rights of the parties can best be determined in the Federal Court Action, which is the

20  only action where True Organics Products, Inc.("True Organics"), the manufacturer of the

21  fertilizer, is also a party;

22  ▸ A stay would avoid a multiplicity of lawsuits, and would avoid the necessity of imposing

23  a stay after any judgment is entered in the State Court Action pursuant to California Code

24  of Civil Procedure § 918.5;

25  ▸ Western should not be permitted to use the so-called "first-to file" doctrine because: (i) the

26  doctrine concerns comity among federal courts, as opposed to comity between federal and

27  state courts; (ii) Western should not be permitted to get the benefit of bad faith tactics

28  engaged in during settlement negotiations; and (iii) the Federal Court Action will provide

1  Effie F. Anastassiou, Esq. (SBN 96279)
   Denis Klavdianos, Esq. (SBN 225925)
2  ANASTASSIOU& ASSOCIATES
   242 Capitol Street
3  Post Office Box 2210
   Salinas, California  93902
4  Telephone:  (831) 754-2501
   Facsimile:   (831) 754-0621
5
   Attorneys for Plaintiff
6  OCEANO PACKING COMPANY, LLC

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 OCEANO PACKING COMPANY, LLC          )    Case No.  C08 00839 JW
                                        )
11           Plaintiff,                 )    OCEANO PACKING COMPANY, LLC'S
                                        )    STATEMENT OPPOSING DEFENDANT
12                                      )    WESTERN FARM SERVICE, INC'S NOTICE
          v.                            )    OF PENDANCY OF OTHER ACTION
13                                      )    [N.D.L.R. 3-13]
                                        )
14 TRUE ORGANIC PRODUCTS, INC., A       )
   California Corporation; and WESTERN  )
15 FARM SERVICE, INC., A Delaware       )
   Corporation,                         )
16                                      )
             Defendants.                )
17                                      )
                                        )
18                                      )
                                        )
19                                      )
                                        )
20 _____ )

21        Plaintiff, OCEANO PACKING COMPANY("Oceano") hereby submits its Statement Opposing the

22 Notice of Pendancy Of Other Action filed by Defendant WESTERN FARM SERVICE, INC's ("Western"),

23 pursuant to Northern District Local Rule 3-13.

24 I.       Description Of Other Action.

25        On January 22, 2008, Defendant filed an action in the Superior Court of State Of California, County

26 of San Luis Obispo, Case No. CV 080074, Western Farm Services, Inc. v. Oceano Packing Company, LLC.

27 (the "State Court Action").

28        On February 12, 2008, Oceano's counsel, Anastassiou & Associates, received a copy of a complaint

   filed by Western (the "Western Complaint") on January 22, 2008 in the State Court Action, naming Oceano

1   a comprehensive disposition of all of the matters involved in both actions.

2   **II.   Title And Location Of Court Where Other Action Is Pending.**

3   The Superior Court of the State of California, County of San Luis Obispo. The Court's address and

4   telephone number are: 1035 Palm Street, San Luis Obispo, California 93408; (805) 781-5677.

5   **III.   Brief Statement Of:**

6   **A.   The Relationship Of Other Action To Action Pending In Northern District Court.**

7   Although currently unknown due to the vague and unsubstantiated Western Complaint, the Western

8   Complaint probably concerns accounts payable by Oceano to Western which Oceano was seeking to offset

9   in a settlement proposal against its claims for damages for salmonella contamination.

10   On January 9, 2008, long before the State Court Action was filed, Oceano's counsel sent a letter to

11   Western's employees, Mr. John Patino, Mr. Jim Dana, and Mr. Darin Chebot, outlining the basis of

12   Oceano's legal claim against Western, with respect to Western's sale of salmonella-contaminated fertilizer

13   to Oceano in 2007, and proposing terms of settlement, which were to remain open until January 24, 2008.

14   As a settlement offer, Oceano proposed that in exchange for Oceano foregoing the filing of a lawsuit

15   against Western for damages to Oceano's crops caused by salmonella-contaminated fertilizer sold by

16   Western to Oceano, which damages exceed $1,000,000, Western would agree to forgive Oceano's current

17   outstanding account payable to Western, in the approximate amount of $368,396.40 (including amounts

18   owed for alleged contaminated fertilizers). Though the Western Complaint requests damages in the amount

19   of $416,569.70, this amount probably includes the accounts payable by Oceano to Western which Oceano

20   was seeking to offset, pursuant to its settlement offer, against its claims for damages for salmonella

21   contamination. In any event, any legitimate amounts owed by Western to Oceano would be subject to offset

22   against Oceano's damages, which far exceed Western's claims against Oceano.

23   It is Oceano's position the rights of the parties with respect to the controversies at issue can best be

24   determined in the pending Federal Court Action.

25   First, The Federal Court Action names as a defendant True Organics, the manufacturer of the

26   salmonella-contaminated fertilizer. True Organics is <u>not</u> a party to the State Court Action.

27   Second, the Federal Court Action includes *ten* different causes of action against Western and True

28   Organics, including two causes of action based on federal law, i.e. the violation of the Organic Foods

---

1   Production Act of 1990- -7 U.S.C. § 6501, and unfair competition under the Federal Unfair Competition

2   Law - - 15 U.S.C. §1125.

3           Third, Oceano's Federal Action was filed only two weeks after Western filed its State Court Action.

4   As a result, each of the cases are in their early stages, and there is no prejudice to Western in filing its

5   claims in the Federal Court Action pursuant to the permissive or compulsory counterclaim provisions under

6   Federal Rules of Civil Procedure 13(a) and (b).

7           Fourth, even if Western obtained a judgment in the State Court Action, it would be subject to a stay,

8   pending the outcome of the Federal Court Action. Under California Code of Civil Procedure § 918.5(a),

9   a trial court may stay the enforcement of a judgment if the judgment debtor has another action pending on

10  a disputed claim against the judgment creditor.  Section 918.5(a) reads as follows:

11              (a) The trial court may, in its discretion, stay the enforcement of a judgment
                or order if the judgment debtor has another action pending on a disputed
12              claim against the judgment creditor.

13  The rationale for this rule is based on equitable principles, for to allow otherwise may unfairly deprive the

14  judgment debtor of not only his *right of set-off*, but also the right to receive any recovery whatsoever. See

15  Airfloor Company of California, Inc. v. The Regents Of the University of California (1979) 97 Cal. App.

16  3d 739, 741; see also Erlich v. Superior Court (1965) 63 Cal.2d 551, 555.

17          Thus, the enforcement of any judgment against Oceano in the State Court Action would be subject

18  to a stay to protect a possible offset, since Oceano has pending litigation against Western in the Federal

19  Court Action. In the Federal Court Action, Oceano has alleged that Western is liable for damages to

20  Oceano's crops caused by the salmonella-contaminated fertilizer sold by Western to Oceano, which

21  damages exceed $1,000,000, far in excess of the damages claimed by Western in the State Court Action.

22  In the State Court Action, Western has alleged  two causes of action for Common Counts  in the amount

23  of $416,569.70, the full amount of which is subject to a stay and set-off under Section 918.5. Consequently,

24  even if Western obtained a judgment in the State Court Action, it would be subject to a stay, pending the

25  outcome of the Federal Court Action.

26  **B.      If Other Case Pending Before A District Court, Whether Other Case Should Be
            Transferred Or Coordinated With Northern District Case.**
27
    The other action is not pending in another district court; it is pending in State Court, and thus
28
    transfer pursuant to 28 U.S.C. § 1407 is not an option. On March 7, 2008, Oceano filed its Motion To Stay,

1    wherein Oceano seeks to stay the State Court Action pending the outcome of this Federal Court Action.

2    **C.    If Other Case Pending Before A State Court, Whether Other Case Should Be Coordinated With Northern District Case.**

3

    Oceano's position is that the State Court Action should be stayed until the outcome of the Federal

4    Court Action is determined for the reasons outlined above, including the fact that the rights of the parties

5    with respect to the controversies at issue can best be determined in the pending Federal Court Action.

6

7    DATED: March 7 2008                              Respectfully submitted,

                                                     ANASTASSIOU & ASSOCIATES
8

9

10                                          By:_____
                                                     Effie F. Anastassiou, Esq.
11                                                   Attorneys for Oceano Packing Company, LLC

12    F:\OCA\Salmonella\OCA v. True Organic Products-Western Farm SErvice\Pleadings\Plaintiff's Pleadings\OppNoticePendingAction.wpd

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Effie F. Anastassiou, Esq. (SBN 96279)
   Denis Klavdianos, Esq. (SBN 225925)
2  ANASTASSIOU& ASSOCIATES
   242 Capitol Street
3  Post Office Box 2210
   Salinas, California  93902
4  Telephone:  (831) 754-2501
   Facsimile:   (831) 754-0621
5

6  Attorneys for Plaintiff
   OCEANO PACKING COMPANY, LLC
7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10  OCEANO PACKING COMPANY, LLC        )   Case No. C08 00839 JW
                                       )
11          Plaintiff,                 )   **CERTIFICATE OF SERVICE**
                                       )
12                                     )
                                       )
13          v.                         )
                                       )
                                       )
14  TRUE ORGANIC PRODUCTS, INC., A     )
    California Corporation; and WESTERN )
15  FARM SERVICE, INC., A Delaware     )
    Corporation,                       )
16                                     )
                                       )
17          Defendants.                )
                                       )
                                       )
18  _____   )

        I am employed in the County of Monterey, State of California.  I am over the age of eighteen years
19
and not a party to the within action.  My business address is 242 Capitol Street, Salinas, California 93901.
20
        On the date set forth below, I caused the following document(s) entitled:
21
    **OCEANO PACKING COMPANY, LLC'S STATEMENT OPPOSING DEFENDANT**
22  **WESTERN FARM SERVICE, INC'S NOTICE OF PENDANCY OF OTHER ACTION**
                              **[N.D.L.R. 3-13]**
23
        on the parties in said action by way of this court's ECF email notification to the participating parties
24
set forth below.
25
    Jube J. Najarian, Esq.                    Dale Dorfmeier, Esq.
26  Jacobson, Hansen, Najarian & McQuillan     Petrie, Dorfmeier and Morris
    1690 W. Shaw Avenue, Suite 201             2014 Tulare Street, Suite 830
27  Fresno, CA 93711                           Fresno, California 93721
    Attorney for Defendant, True Organic Products,  Attorney for Defendant Western Farm Service,
28  Inc.                                       Inc.

Oceano Packing v. True Organic Products, Inc.                          Certificate of Service
Case Number C08 00839 JW

1    I declare under penalty of perjury under the laws of the United States of America that the foregoing

2  is true and correct.

3  Executed on March 7, 2008, at Salinas, California.

4  _____

   Sheresa L. Tanner

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Oceano Packing v. True Organic Products, Inc.                                Certificate of Service
Case Number C08 00839 JW