```
Jube J. Najarian, No. 99082
Leith B. Hansen, No. 109320
Steven M. McQuillan, No. 107339
JACOBSON, HANSEN, NAJARIAN & McQUILLAN
A Professional Corporation
1690 W. Shaw Avenue, Suite 201
Fresno, California 93711
Telephone: (559) 448-0400
Facsimile: (559) 448-0123
```

Attorney for Defendant(s), TRUE ORGANIC PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANO PACKING COMPANY, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>TRUE ORGANIC PRODUCTS, INC., A California Corporation; and WESTERN FARM SERVICES, INC., A Delaware Corporation,<br><br>Defendant(s). | Case No.: C08 00839-RS<br><br>**STIPULATION TO EXTEND TIME FOR ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between plaintiff OCEANO PACKING COMPANY, LLC, through its counsel Effie F. Anastassiou, and TRUE ORGANIC PRODUCTS, INC., through its counsel Jacobson, Hansen, Najarian & McQuillan, that the time in which TRUE ORGANIC PRODUCTS, INC. may answer plaintiff's first amended complaint shall be extended by 20 days to March 19, 2008.

Dated: _____, 2008         ANASTASSIOU & ASSOCIATES


By:_____
EFFIE F. ANASTASSIOU, Attorneys for
Plaintiff(s), OCEANO PACKING COMPANY, LLC

///

1  Jube J. Najarian, No. 99082
   Leith B. Hansen, No. 109320
2  Steven M. McQuillan, No. 107339
3  JACOBSON, HANSEN, NAJARIAN & McQUILLAN
   A Professional Corporation
4  1690 W. Shaw Avenue, Suite 201
   Fresno, California 93711
5  Telephone: (559) 448-0400
   Facsimile: (559) 448-0123
6
   Attorney for Defendant(s), TRUE ORGANIC PRODUCTS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  OCEANO PACKING COMPANY, LLC,              Case No.: C08 00839-RS

12              Plaintiff(s),
                                              STIPULATION TO EXTEND TIME FOR
13       v.                                   ANSWER TO PLAINTIFF'S FIRST
                                              AMENDED COMPLAINT
14  TRUE ORGANIC PRODUCTS, INC., A
    California Corporation; and WESTERN FARM
15  SERVICES, INC., A Delaware Corporation,

16              Defendant(s).

17

18       IT IS HEREBY STIPULATED by and between plaintiff OCEANO PACKING

19  COMPANY, LLC, through its counsel Effie F. Anastassiou, and TRUE ORGANIC

20  PRODUCTS, INC., through its counsel Jacobson, Hansen, Najarian & McQuillan, that the

21  time in which TRUE ORGANIC PRODUCTS, INC. may answer plaintiff's first amended

22  complaint shall be extended by 20 days to March 19, 2008.

23  Dated: March 6, 2008            ANASTASSIOU & ASSOCIATES

24

25                                  By: _____
26                                      EFFIE F. ANASTASSIOU, Attorneys for
                                        Plaintiff(s), OCEANO PACKING COMPANY, LLC
27

28  ///

Stipulation to Extend Time for Answer to Plaintiff's First Amended Complaint – Page 1

| | | |
|---|---|---|
| 1 | Dated: 3/10, 2008 | JACOBSON, HANSEN, NAJARIAN & McQUILLAN |

By: _____
STEVEN M. McQUILLAN, Attorneys for
Defendant(s) TRUE ORGANIC PRODUCTS, INC.