1  Jube J. Najarian, No. 99082
2  Leith B. Hansen, No. 109320
   Steven M. McQuillan, No. 107339
3  JACOBSON, HANSEN, NAJARIAN & McQUILLAN
   A Professional Corporation
4  1690 W. Shaw Avenue, Suite 201
   Fresno, California 93711
5  Telephone: (559) 448-0400
   Facsimile: (559) 448-0123
6
7  Attorney for Defendant(s), TRUE ORGANIC PRODUCTS, INC.

**GRANTED**
*/s/ James Ware*
Judge James Ware
3/13/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANO PACKING COMPANY, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>TRUE ORGANIC PRODUCTS, INC., A California Corporation; and WESTERN FARM SERVICES, INC., A Delaware Corporation,<br><br>Defendant(s). | Case No.: C08 00839-JW (RS)<br><br>**STIPULATION TO EXTEND TIME FOR ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between plaintiff OCEANO PACKING COMPANY, LLC, through its counsel Effie F. Anastassiou, and TRUE ORGANIC PRODUCTS, INC., through its counsel Jacobson, Hansen, Najarian & McQuillan, that the time in which TRUE ORGANIC PRODUCTS, INC. may answer plaintiff's first amended complaint shall be extended by 20 days to March 19, 2008.

Dated: March 6, 2008                    ANASTASSIOU & ASSOCIATES


                                        By: _____
                                        EFFIE F. ANASTASSIOU, Attorneys for
                                        Plaintiff(s), OCEANO PACKING COMPANY, LLC

///

| | | |
|---|---|---|
| 1 | Dated: __3/10__, 2008 | JACOBSON, HANSEN, NAJARIAN & McQUILLAN |

By: _____
STEVEN M. McQUILLAN, Attorneys for
Defendant(s) TRUE ORGANIC PRODUCTS, INC.