1  Jube J. Najarian, No. 99082
   Leith B. Hansen, No. 109320
2  Steven M. McQuillan, No. 107339
3  JACOBSON, HANSEN, NAJARIAN & McQUILLAN
   A Professional Corporation
4  1690 W. Shaw Avenue, Suite 201
   Fresno, California 93711
5  Telephone: (559) 448-0400
   Facsimile: (559) 448-0123
6  **Co-Counsel With:**
   Andrew H. Swartz, No. 58429
7  ATTORNEY AT LAW
   550 Hartnell Street
8  Monterey, California 93940
9  Telephone: (831) 373-3235

10 Attorney for Defendant(s) TRUE ORGANIC PRODUCTS, INC.

11                    UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13

14 OCEANO PACKING COMPANY, LLC,                Case No.: C08 00839-RS
15           Plaintiff(s),
16      v.                                     **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (Local Rule 3-16)**
17 TRUE ORGANIC PRODUCTS, INC., A
   California Corporation; and WESTERN FARM
18 SERVICES, INC., A Delaware Corporation,
19           Defendant(s).
20

21      Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other
22 than the named parties, there is no such interest to report.
23 Dated: March 17, 2008
24
                                JACOBSON, HANSEN, NAJARIAN & McQUILLAN
25
26
27                              By: /s/
                                STEVEN M. McQUILLAN, Attorneys for Defendant
28                              TRUE ORGANIC PRODUCTS, INC.

Certification of Interested Entities -- Page 1