1  Jube J. Najarian, No. 99082
   Leith B. Hansen, No. 109320
2  Steven M. McQuillan, No. 107339
3  JACOBSON, HANSEN, NAJARIAN & McQUILLAN
   A Professional Corporation
4  1690 W. Shaw Avenue, Suite 201
   Fresno, California 93711
5  Telephone: (559) 448-0400
   Facsimile: (559) 448-0123
6  **Co-Counsel With:**
   Andrew H. Swartz, No. 58429
7  ATTORNEY AT LAW
   550 Hartnell Street
8  Monterey, California 93940
9  Telephone: (831) 373-3235

10 Attorney for Defendant(s) TRUE ORGANIC PRODUCTS, INC.

11                       UNITED STATES DISTRICT COURT
12                      NORTHERN DISTRICT OF CALIFORNIA
13

14 | OCEANO PACKING COMPANY, LLC,              | Case No.: C08 00839-RS
15 |                                           |
   |            Plaintiff(s),                  |
16 |                                           | **NOTICE OF PENDENCY OF OTHER
   |     v.                                    | ACTION (Local Rule 3-13)**
17 |                                           |
   | TRUE ORGANIC PRODUCTS, INC., A            |
18 | California Corporation; and WESTERN FARM  |
   | SERVICES, INC., A Delaware Corporation,   |
19 |                                           |
   |            Defendant(s).                  |
20

21
        The Court and parties are hereby advised that defendant, TRUE ORGANIC
22
   PRODUCTS, INC., has been made aware of a lawsuit filed by WESTERN FARM SERVICE,
23
   INC. in the Superior Court for the State of California, County of San Luis Obispo, case
24
   number CV080074, on January 22, 2008. This defendant understands that the action filed
25
   by WESTERN FARM SERVICE, INC. is essentially a collection action for money due in the
26
   amount of $416,569.70, based upon WESTERN FARM SERVICE, INC. having supplied
27
   services and products to plaintiff in this matter, OCEANO PACKING COMPANY, LLC.
28

Notice of Pendency of Other Action – Page 1

1  Defendant understands that the products supplied include organic fertilizers which are the
2  subject matter of the present action in the United States District for the Northern District.
3      It does not appear necessary to coordinate the present action with the above-
4  referenced State Court action, as WESTERN FARM SERVICE, INC. has filed a motion, in the
5  present case, to dismiss, or in the alternative for a stay; that motion, if granted, should
6  resolve any conflicts.
7  Dated: March 17, 2008

JACOBSON, HANSEN, NAJARIAN & McQUILLAN

By: /S/
STEVEN M. McQUILLAN, Attorneys for Defendant
TRUE ORGANIC PRODUCTS, INC.