1  Dale Dorfmeier, Esq.; SBN 076266
   Sean T. O'Rourke, Esq.; SBN 199420
2  PETRIE, DORFMEIER & MORRIS, LLP
   2014 Tulare Street, Suite 830
3  Fresno, CA 93721
   Telephone (559) 498-6522
4  Facsimile   (559) 498-6516

5  Attorneys for Defendant, WESTERN
   FARM SERVICE, INC.
6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  OCEANO PACKING COMPANY,          Case No. 5:08-cv-00839-JW
    LLC,
12                                    **DEFENDANT WESTERN FARM
                    Plaintiff,        SERVICE, INC.'S REPLY TO
13                                    PLAINTIFF'S OPPOSITION TO
    v.                                MOTION TO STAY OR DISMISS
14                                    ACTION**
    TRUE ORGANIC PRODUCTS,
15  INC., A California Corporation; and   DATE: 4/21/08
    WESTERN FARM SERVICE, INC.,       TIME:  9:00 a.m.
16  A Delaware Corporation,           DEPT: 8

17                  Defendants.

18

19

20

21

22                        **I.**

23                  **INTRODUCTION**

24        Plaintiff in this case has admitted that WESTERN FARM SERVICE

25  ("WFS") sold it at least $368,396.40 worth of fertilizer for which OCEANO

26  PACKING COMPANY, LLC, ("OCEANO") has not paid. (See O'Rourke Decl.,

27  Exh "A"  Decl. of Anastassiou, p. 2:4-5.)  Instead, several months after this

28  debt was incurred, OCEANO began attempting to negotiate a cancellation of

H:\00AlphaFiles--DD\WFS
I v. Oceano
(37382-70096)\Pleadings\
Pleadings Federal\Motion
to Stay or
Dismiss\ReplyToPltffsOpp
MtnStay-9.wpd

                    1
CV08 00839 JW          WFSI'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO
                       STAY OR DISMISS

1  this debt.  (Id., and Exhibit "A" thereto.)

2      The debt was incurred in the Summer of 2007.  In January of

3  2008, OCEANO began trying to negotiate this debt.  OCEANO's position was

4  that it had suffered millions of dollars in losses.  But, OCEANO would forego

5  any legal action and waive this alleged multi-million dollar damage claim if

6  WFS forgave the debt of several hundred thousands of dollars.  In other

7  words, OCEANO was going to trade dollars for cents.

8      But, this is a typical claim for a collection action.  It is a State Court

9  collection action that gives rise to this lawsuit and the instant motion. WFS is

10  trying to collect the debt owed it by OCEANO.  OCEANO does not want to

11  pay.

12      OCEANO has attempted to have the State Court stay or dismiss

13  the State Court action.   On April 3, 2008, the Honorable Teresa

14  Estrada-Mullaney, Judge of the Superior Court of California, County of San

15  Luis Obispo, denied OCEANO's Motion to Stay or Dismiss.  As of the writing

16  of this reply the Order is being submitted to the Judge. (See O'Rourke Decl.,

17  Exh. "B".)  The State Court ordered OCEANO to file its answer within 20 days

18  of April 3, 2008.  (O'Rourke Decl., ¶ 4.)

19      OCEANO has claimed that WFS is engaged in forum shopping.

20  Yet OCEANO, which is based in Oceano, California, has been sued in its

21  home forum, San Luis Obispo County.  (O'Rourke Decl., ¶ 6.)  It is a strange

22  set of facts to base a claim of forum shopping on when the plaintiff sues the

23  defendant in its home venue, in a local court some twenty miles from

24  defendant's residence.

25      OCEANO now claims that TRUE ORGANIC is a very important

26  party to this claim.  Yet, TRUE ORGANIC is never mentioned by OCEANO

27  when it is attempting to negotiate forgiveness of its debt.  In fact, in trying to

28  trade dollars for cents, OCEANO would have released TRUE ORGANIC, so

H:\00AlphaFiles--DD\WFS
I v. Oceano
(37382-70096)\Pleadings\
Pleadings Federal\Motion
to Stay or
Dismiss\ReplyToPltffsOpp
MtnStay-9.wpd

2

CV08 00839 JW                    WFSI'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO
                                 STAY OR DISMISS

1  long as the debt was forgiven.

2  In attempting to negotiate the cancellation of its debt, the

3  communication by OCEANO's lawyer states, "The terms of this letter are

4  confidential and for settlement only and may not be referred to in the event

5  this matter proceeds to litigation." (O'Rourke Decl., Exh. "A", Decl. of

6  Anastassiou, Exh. "A".)  Yet, on the other hand, as the Court can see, this

7  same "confidential" letter was literally Exhibit "A" in the first thing that

8  OCEANO filed with the State Court.

9  What is central to all of the claims and contentions is the

10  outstanding debt incurred in the Summer of 2007.  It is clear from OCEANO's

11  own statements that the debt is the genesis for these claims and the attempts

12  to trade the forgiveness of the debt for the waiver of these claims.

13  **II.**

14  **PROCEDURAL BACKGROUND WITH THE STATE COURT ACTION**

15  OCEANO filed a motion in State Court seeking a stay or dismissal

16  based upon California Code of Civil Procedure Section 410.30, which states:

17  "(a) When a court upon motion of a party or its own motion finds that in the

18  interest of substantial justice an action should be heard in a forum outside this

19  state, the court shall stay or dismiss the action in whole or in part on any

20  conditions that may be just."

21  From the express terms of the State statute, by invoking this

22  statute OCEANO necessarily claims that no court within the State of

23  California, including this Court, can be a proper court for this action.

24  Obviously, this Court is not a forum outside of the State of California.  Instead,

25  it is a Federal Court sitting in San Jose, California.

26  In its pleadings, OCEANO then attempted to claim that San Luis

27  Obispo, its home venue, was an inconvenient forum. However, at the hearing

28  on OCEANO's motion in State Court, it had to concede, and did concede, that

H:\00AlphaFiles--DD\WFS
I v. Oceano
(37382-70096)\Pleadings\
Pleadings Federal\Motion
to Stay or
Dismiss\ReplyToPltffsOpp
MtnStay-9.wpd

CV08 00839 JW

3

WFSI'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO
STAY OR DISMISS

1 San Luis Obispo County is a proper venue. (O'Rourke Decl., ¶ 5.) OCEANO

2 has attempted to have the State Court stay or dismiss the State Court action.

3 OCEANO is named after the town of Oceano, California, where its principal

4 place of business is located. (O'Rourke Decl., Exh. "C".) Oceano, California

5 is located in San Luis Obispo, about twenty miles from the town of San Luis

6 Obispo, where the State Action is venued.

7 Again, on April 3, 2008, the Honorable Teresa Estrada-Mullaney,

8 Judge of the Superior Court of California, County of San Luis Obispo, denied

9 OCEANO's Motion to Stay or Dismiss. As of the writing of this reply the Order

10 is being submitted to the Judge. (See O'Rourke Decl., Exh. "B".) The State

11 Court ordered OCEANO to file its answer within 20 days of April 3, 2008.

12 (O'Rourke Decl., ¶ 4.)

13 Furthermore, since the time this motion was filed, OCEANO has

14 affirmatively invoked the jurisdiction of the State Court by serving a "Bill of

15 Particulars" under California Code of Civil Procedure Section 454.  Under

16 California law, a "Bill of Particulars" serves a similar purpose to discovery, and

17 it is a device by which a defendant in a collection action, like OCEANO, forces

18 the creditor to provide details regarding the items charged against the debtor

19 for the purpose of making it easier for the debtor to file his answer.  (*Dobbins*

20 *v. Hardister* ( 242 Cal.App.2d 787, 795 [51 Cal.Rptr. 866, 871]Cal.App. 1st

21 Dist.1966) ) Under California state law, the request for a "Bill of Particulars"

22 resembles a demurrer for uncertainty (like an FRCP 12(e) motion).  (*Dobbins*

23 *v. Hardister* 242 Cal.App.2d 787, 794-795 [51 Cal.Rptr. 866, 871] (Cal.App.

24 1st Dist.1966).) Accordingly, OCEANO has submitted to the jurisdiction of the

25 State Court by making a general appearance. Thus, both WFS and OCEANO

26 are properly before the State Court.  Now, the only issue is whether OCEANO

27 will actually follow through with its claims in regard to the importance of TRUE

28 ORGANIC, and implead TRUE ORGANIC in the State Court action by way of

H:\00AlphaFiles--DD\WFS I v. Oceano (37382-70096)\Pleadings\ Pleadings Federal\Motion to Stay or Dismiss\ReplyToPltffsOpp MtnStay-9.wpd

4

CV08 00839 JW                    WFSI'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STAY OR DISMISS

1 | a cross-complaint.

2 | **III.**

3 | **OCEANO'S CLAIMS ARE ALL TIED DIRECTLY TO EVENTS**

4 | **WHICH ALLEGEDLY TOOK PLACE IN SAN LUIS OBISPO COUNTY,**

5 | **AND THE STATE LAW CLAIMS ARE PREDOMINATE**

6 | Shandon, California, is the location of the commission of the

7 | alleged torts. (O'Rourke Decl., Exh. "A", Decl. of Anastassiou, ¶¶ 3 and 4.)

8 | Shandon, California is located in San Luis Obispo, County. (O'Rourke Decl.,

9 | ¶ 6.) With regard to OCEANO's alleged torts, trespass and conversion,

10 | OCEANO claims that WFS' agent "acted contrary to California law and which

11 | will subject Western to liability for trespass and conversion." (O'Rourke Decl.,

12 | Exh. "A", Decl. of Anastassiou, Exh. "B", p.1, January 10, 2008 letter.)

13 | Further, in that same January 10, 2008 letter, OCEANO discusses at length

14 | its alleged rights and claims under California law. (See Decl. of Anastassiou,

15 | Exh. "B", p.2, second to last paragraph, January 10, 2008 letter.)

16 | It is notable that in all of OCEANO's attempts to negotiate away

17 | the debt, it never mentioned the two (2) Federal Claims it now presents to this

18 | Court. Instead, OCEANO's threats were that it was going to proceed in State

19 | Court. But, when a State Court Action was filed against OCEANO, in its home

20 | forum, it did not want to proceed in State Court. Instead, OCEANO has

21 | presented the present Federal lawsuit which contains ten (10) claims, and

22 | only two (2) of those claims are based upon a *Federal* law.

23 | **IV.**

24 | **CONCLUSION**

25 | For the reasons above, WFS would respectfully request that the

26 | Court grant this Motion. WFS would like to proceed to collect the

27 | acknowledged debt that it is owed. OCEANO will be filing its answer in the

28 | State Court action on or before April 23, 2008, and at that time can present its

H:\00AlphaFiles--DD\WFS
I v. Oceano
(37382-70096)\Pleadings\
Pleadings Federal\Motion
to Stay or
Dismiss\ReplyToPltffsOpp
MtnStay-9.wpd

5

CV08 00839 JW                    WFSI'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO
                                 STAY OR DISMISS

1  State Court cross-complaint, if it so chooses.

2  DATED: April 7, 2008

3  PETRIE, DORFMEIER & MORRIS, LLP

4

5  By   //S//  SEAN T. O'ROURKE

6  Sean T. O'Rourke,
   Attorneys for Defendant,

7  WESTERN FARM SERVICE, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

H:\00AlphaFiles--DD\WFS
I v. Oceano
(37382-70096)\Pleadings\
Pleadings Federal\Motion
to Stay or
Dismiss\ReplyToPltffsOpp
MtnStay-9.wpd

6

CV08 00839 JW                    WFSI'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO
                                 STAY OR DISMISS

1    **PROOF OF SERVICE (Code Civ. Proc., §§1013a, 2015)**

2

3    STATE OF CALIFORNIA, COUNTY OF FRESNO

4         I am employed in the County of Fresno, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2014 Tulare Street, Suite 830, Fresno, California 93721.

5

6         On **April 7, 2008**, I served the foregoing document described as **DEFENDANT WESTERN FARM SERVICE, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STAY OR DISMISS ACTION**  on the other

7    parties in this action as follows:

8    Effie F. Anastassiou, Esq.                           Plaintiff, OCEANO PACKING,
     Denis Klavdianos, Esq.                               LLC

9    Scott Allen, Esq.
     ANASTASSIOU & ASSOCIATES

10   242 Capitol Street
     P.O. Box 2210

11   Salinas, CA 93902
     Tel:   (831) 754-2501

12   Fax:  (831) 754-0621
     e-mail:  scottese@salinasaglaw.com

13

14   Jube J. Najarian, Esq.                               Defendant, TRUE ORGANIC
     Leith B. Hansen, Esq.                                PRODUCTS, INC.
     Steven M. McQuillan, Esq.

15   JACOBSON,   HANSEN,   NAJARIAN   &
     McQUILLAN

16   1690 W. Shaw Ave., Ste. 201
     Fresno, CA 93711

17   Tel: (559) 448-0400
     Fax: (559) 488-0123

18   email:  jjn@jhnmlaw.com

19    **BY ELECTRONIC  MAIL:**

20         As follows:  I caused the above named document to be filed with the United States District Court, Northern Division of California's Case

21   Management/Electronic Case Filing (CM/ECF) System where upon it was electronically delivered to the parties in this case through their electronic mail

22   addresses.

23         Executed on **April 7, 2008**, at **Fresno**, California.

24         I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

25

     _____**Jalee Furr**_____          _____//S// JALEE FURR_____
26        Type or Print Name                        Signature

27

28

H:\00AlphaFiles--DD\WFS
I v. Oceano
(37382-70096)\Pleadings\
Pleadings Federal\Motion
to Stay or
Dismiss\ReplyToPltffsOpp
MtnStay-9.wpd

7

CV08 00839 JW                    WFSI'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO
                                 STAY OR DISMISS

1  Dale Dorfmeier, Esq.; SBN 076266
   Sean T. O'Rourke, Esq.; SBN 199420
2  PETRIE, DORFMEIER & MORRIS, LLP
   2014 Tulare Street, Suite 830
3  Fresno, CA 93721
   Telephone (559) 498-6522
4  Facsimile   (559) 498-6516

5  Attorneys for Defendant, WESTERN
   FARM SERVICE, INC.
6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  OCEANO PACKING COMPANY,              Case No. 5:08-CV-00839-JW
    LLC,
12                                        **DECLARATION OF SEAN T.
13              Plaintiff,                **O'ROURKE REGARDING
                                          WESTERN FARM SERVICE,
14  v.                                    INC.'S REPLY TO PLAINTIFF'S
                                          OPPOSITION TO MOTION TO
15  TRUE ORGANIC PRODUCTS,               STAY OR DISMISS ACTION
    INC., A California Corporation; and
16  WESTERN FARM SERVICE, INC.,          DATE: 4/21/08
    A Delaware Corporation,              TIME:  9:00 a.m.
17                                        DEPT: 8
                Defendants.
18

19         I, SEAN T. O'ROURKE, DECLARE:

20         1.    I am an attorney licensed to practice before all of the Courts

21  of the State of California and am admitted to practice before this Court.  I am

22  a member of Petrie, Dorfmeier & Morris, LLP, attorneys of record herein for

23  Defendant WESTERN FARM SERVICE, INC.

24         2.    If called as a witness herein, I could and would competently

25  testify from my own personal knowledge to the foregoing facts, except where

26  otherwise stated on information and belief.

27         3.    Attached hereto and marked as Exhibit "A" is a true and

28  correct copy of the Declaration of Effie F. Anastassiou which was filed in the

H:\00AlphaFiles--DD\WFS
I v. Oceano
(37382-70096)\Pleadings\
Pleadings Federal\Motion
to Stay or
Dismiss\DecStoReReplyT
oPltffsOppMtnStay-9.wpd

1

CV08 00839 JW          DECLARATION OF SEAN T. O'ROURKE REGARDING WFSI'S
                       REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STAY

1  State Court Action and which was served on our office. This Declaration

2  includes the exhibits that were originally attached to her declaration as

3  Exhibits "A", "B", and "C", and to which reference was made in the reply brief.

4  To reduce the volume of paperwork in this submission to the Court, I have not

5  included all of the documents which were attached as other exhibits to Ms.

6  Anastassiou's declaration filed in the State Court Action.

7          4.     On April 3, 2008, I attended, via telephone, the hearing on

8  Plaintiff's motion to stay or dismiss the State Court action. On April 3, 2008,

9  the Honorable Teresa Estrada-Mullaney, Judge of the Superior Court of

10  California, County of San Luis Obispo, denied OCEANO's Motion to Stay or

11  Dismiss. As of the writing of this reply the Order is being submitted to the

12  Judge for her signature. Plaintiff has approved the Order as to form.

13  Attached hereto and marked as Exhibit "B" is a true and correct copy of the

14  Order being submitted to the State Court and which has been approved as to

15  form by OCEANO PACKING COMPANY, LLC.  As part of its order, the State

16  Court ordered OCEANO to file its answer within 20 days of April 3, 2008.

17          5.     During the hearing on April 3, 2008, Judge Estrada-Mullaney

18  questioned OCEANO PACKING COMPANY, LLC, as to whether it was

19  contending that San Luis Obispo County was an improper forum, given that

20  OCEANO PACKING COMPANY, LLC, is located in Oceano, California, within

21  San Luis Obispo County. OCEANO PACKING COMPANY, LLC, admitted

22  that San Luis Obispo County is a proper county for venue.

23          6.     I have personally checked the electronic record of the

24  Secretary of State for the State of California. OCEANO PACKING

25  COMPANY, LLC, has identified its principal place of business in the State of

26  California as being in Oceano, California. Oceano, California is within San

27  Luis Obispo County. Based upon my research in checking the distance

28  between Oceano, California, and San Luis Obispo, California, where the State

H:\00AlphaFiles--DD\WFS
I v. Oceano
(37382-70096)\Pleadings\
Pleadings Federal\Motion
to Stay or
Dismiss\DecStoReReplyT
oPltffsOppMtnStay-9.wpd

2

CV08 00839 JW                    DECLARATION OF SEAN T. O'ROURKE REGARDING WFSI'S
                                 REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STAY

1    Court is located, the distance between the towns is about twenty miles.

2    OCEANO has been sued in its home venue. In addition, the town of Shandon,

3    California, mentioned in Plaintiff's complaint, is located in the County of San

4    Luis Obispo County.  Shandon is located off of State Road 41 in San Luis

5    Obispo County, and I have driven through it and past it on numerous

6    occasions in my life.

7            7.    Attached hereto and marked as Exhibit "C" is a true and

8    correct copy of the records from the California Secretary of State identifying

9    the location of the principal place of business of OCEANO PACKING

10    COMPANY, LLC, as 1860 Highway 1, Oceano, California 93445.

11            I declare under the penalty of perjury of the laws of the United

12    States of America and the laws of the State of California that the foregoing is

13    true and correct and that this declaration was executed on April 7, 2008, in

14    Fresno, California.

15

16                                                    Sean T. O'Rourke

17

18

19

20

21

22

23

24

25

26

27

28

H:\00AlphaFiles--DD\WFS
I v. Oceano
(37382-70096)\Pleadings\
Pleadings Federal\Motion
to Stay or
Dismiss\DecStoReReplyT
oPltffsOppMtnStay-9.wpd

3

CV08 00839 JW                        DECLARATION OF SEAN T. O'ROURKE REGARDING WFSI'S
                                     REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STAY

1      **PROOF OF SERVICE (Code Civ. Proc., §§1013a, 2015)**

2

3      STATE OF CALIFORNIA, COUNTY OF FRESNO

4            I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 2014 Tulare Street, Suite 830, Fresno, California 93721.

5

6            On **April 7, 2008**, I served the foregoing document described as **DECLARATION OF SEAN T. O'ROURKE REGARDING WESTERN FARM SERVICE, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STAY OR DISMISS ACTION** on the other parties in this action as follows:

7

8      Effie F. Anastassiou, Esq.          Plaintiff, OCEANO PACKING,
       Denis Klavdianos, Esq.            LLC

9      Scott Allen, Esq.
       ANASTASSIOU & ASSOCIATES

10     242 Capitol Street
       P.O. Box 2210

11     Salinas, CA 93902
       Tel:  (831) 754-2501

12     Fax:  (831) 754-0621
       e-mail:  scottese@salinasaglaw.com

13

14     Jube J. Najarian, Esq.           Defendant, TRUE ORGANIC
       Leith B. Hansen, Esq.            PRODUCTS, INC.
       Steven M. McQuillan, Esq.

15     JACOBSON,  HANSEN,  NAJARIAN  &
       McQUILLAN

16     1690 W. Shaw Ave., Ste. 201
       Fresno, CA 93711

17     Tel: (559) 448-0400
       Fax: (559) 488-0123

18     email:  jjn@jhnmlaw.com

19     **BY ELECTRONIC  MAIL:**

20           As follows:  I caused the above named document to be filed with the United States District Court, Northern Division of California's Case

21     Management/Electronic Case Filing (CM/ECF) System where upon it was electronically delivered to the parties in this case through their electronic mail

22     addresses.

23           Executed on **April 7, 2008**, at **Fresno**, California.

24           I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

25

26         **Jalee Furr**            //S// JALEE FURR
           Type or Print Name           Signature

27

28

H:\00AlphaFiles--DD\WFS I v. Oceano (37382-70096)\Pleadings\ Pleadings Federal\Motion to Stay or Dismiss\DecStoReReplyT oPltffsOppMtnStay-9.wpd

4

CV08 00839 JW          DECLARATION OF SEAN T. O'ROURKE REGARDING WFSI'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STAY

EXHIBIT "A"


TO THE
DECLARATION OF SEAN T. O'ROURKE REGARDING
WESTERN FARM SERVICE, INC.'S REPLY TO
PLAINTIFF'S OPPOSITION TO MOTION TO STAY OR
DISMISS ACTION


EXHIBIT "A"

1  Effie F. Anastassiou, Esq. (State Bar #96279)
   Scott J. Allen (State Bar #178925)
2  Denis Klavdianos, Esq. (State Bar #225925)
   ANASTASSIOU & ASSOCIATES
3  242 Capitol Street
   Post Office Box 2210
4  Salinas, California 93902
   Telephone: (831) 754-2501
5  Facsimile: (831) 754-0621

6  Attorneys for Defendant
   OCEANO PACKING CO., LLC

7

8              SUPERIOR COURT OF CALIFORNIA

9               COUNTY OF SAN LUIS OBISPO

10
   WESTERN FARMS SERVICE, INC., A )    **Case No. CV080074**
11 California Corporation          )
                                   )
12         Plaintiff,              )    **DECLARATION OF EFFIE F. ANASTASSIOU**
                                   )    **IN SUPPORT OF MOTION FOR STAY OF**
13         v                       )    **STATE COURT PROCEEDINGS**
                                   )
14                                 )
   OCEANO PACKING CO LLC., a California )
15 limited liability company; and DOES 1 to 20, )  **Date: April 3, 2008**
   inclusive                       )    **Time: 9:00 a.m.**
16                                 )    **Dept. Three**
                                   )
17         Defendant              )
   _____)

18 I, EFFIE F ANASTASSIOU, declare:

19         1      I am an attorney at law licensed to practice in the State of California and am attorney of

20 record for Defendant OCEANO PACKING CO, LLC ("Oceano" or "Defendant"), in the instant matter

21 As such, I have personal knowledge of the following facts to which I could and would competently testify

22 if called as a witness

23 **Oceano Notified Western Farms Of Its Claims In Early January 2008 And Solicited Good Faith**
                                **Settlement Negotiations.**

24         2      On January 9, 2008, long before the above referenced action was filed in this Court, I sent

25 a letter to Mr. John Patino, Mr. Jim Dana, and Mr Darin Chebot of Plaintiff WESTERN FARMS

26 SERVICE, INC ("Western" or "Plaintiff") outlining the basis of Oceano's legal claim against Western

27 relating to Western's sale of salmonella-contaminated fertilizer to Oceano in 2007, and proposing terms

28 of settlement A true and correct copy of said January 9, 2008 letter is attached hereto as **Exhibit "A"** and

**EXHIBIT A**

1  incorporated by reference  With respect to the settlement offer, Oceano proposed that in exchange for

2  Oceano foregoing the filing of a lawsuit against Western for damages to Oceano's crops caused by the

3  salmonella-contaminated fertilizer provided by Western, which damages exceed $1,000,000, Western

4  would agree to forgive Oceano's current outstanding account payable to Western, in the approximate

5  amount of $368,396 40  In the January 9, 2008 letter, I stated that the settlement offer would remain open

6  for 15 days, or until January 24, 2008

7  **Attempts By Oceano To Engage In Good Faith Negotiations With Western, And Western's**
   **Repeated Bad Faith And Illegal Actions**

8

9  3.    Trespass And Conversion By Western: On January 10, 2008, the day after I sent Western

10  the January 9, 2008 letter proposing a settlement and outlining Oceano's legal claims against Western, I

11  was informed by my client that Mr. Darin Chebot of Western had made an unauthorized visit to Oceano's

12  leased property in Shandon, the Blech Ranch (the "Ranch"), and told Oceano's farm manager that he was

13  taking various agricultural chemical products from Oceano because he had learned from correspondence

14  that Oceano was not going to pay for chemicals  Apparently, Mr Chebot was referring to my settlement

15  proposal of January 9, 2008  My client also told me that Mr Chebot then proceeded to take a fertilizer tank

16  off of the Ranch with 200 gallons of fertilizer still in it (as well as 3 empty tanks), and then to rummage

17  through Oceano's chemical storage shed and to take a number of different agricultural chemicals which Mr

18  Chebot told Oceano's farm manager that Oceano had "not paid Western for."  As a result of Western's

19  actions, I memorialized the details of the information given to me by my client in a letter I sent to Western

20  on January 10, 2008  A true and correct copy of said January 10, 2008 letter is attached hereto as **Exhibit**

21  **"B"** and incorporated by reference

22  4    In the January 10, 2008 letter, I specifically informed Western that Mr Chebot's actions

23  constituted trespass and conversion of Oceano's property, as well as informing Western that Oceano had

24  a right to offset under California Code of Civil Procedure § 431 70 the damages that Oceano was owed for

25  the salmonella contamination of its crops against the amounts owed to Western for agricultural chemicals

26  5.    Thereafter, on January 11, 2008, I learned that Western would be represented by attorney

27  Dale Dorfmeier, Esq , of Petrie, Dorfmeier & Morris with respect to the disputes among the parties  As a

28  result, on the same day, on January 11, 2008, I instructed an associate attorney from my law office, Scott

1  Allen, to send a letter to Mr Dorfmeier, wherein he attached my previous correspondence sent to Western

2  concerning Oceano's legal claims and settlement proposal, as well as correspondence relating to Western's

3  trespass and conversion of Oceano's property  A true and correct copy of said January 11, 2008 letter to

4  Mr Dorfmeier is attached hereto as **Exhibit "C"** and incorporated by reference  As in previous

5  correspondence, my associate reiterated Oceano's desire to enter into good faith negotiations regarding

6  Oceano's settlement proposal

7        6       Publication Of False Information By Western: Shortly thereafter, I learned from my client

8  Oceano that Western had circulated false information regarding Oceano's financial condition, including

9  without limitation: (1) circulating a false credit report regarding Oceano; and/or (2) falsely reporting that

10  Oceano was not paying its bills in a timely manner.  These malicious falsehoods circulated by Western

11  appear to have been made in retaliation for Oceano's assertion of a legitimate legal claim against Western,

12  including Oceano's assertion of its legal right to offset its account payable to Western against Western's

13  liability to Oceano arising from Western's sale of salmonella-contaminated fertilizer to Oceano by Western

14  As a result, on January 14, 2008, my associate, Scott Allen, sent another letter to Western's legal counsel,

15  Mr. Dorfmeier, wherein he informed Mr. Dorfmeier that Western should cease and desist from providing

16  information regarding Oceano's finances and/or credit to third parties, or Oceano would take legal action

17  to protect its reputation in the business community, including bringing a suit for damages against Western

18  and seek to enjoin Western from publishing any further falsehoods regarding Oceano  A true and correct

19  copy of said January 14, 2008 letter to Mr Dorfmeier is attached hereto as **Exhibit "D"** and incorporated

20  by reference

21        7       As of January 24, 2008, I had not received any response from Western or its counsel, Mr

22  Dorfmeier, regarding my settlement proposal outlined in my letter of January 9, 2008  In the January 9,

23  2008 settlement proposal, I had given Western until January 24, 2008 to respond to my settlement proposal

24  Consequently, on January 25, 2008, I directed my associate, Scott J Allen, Esq , to contact Mr Dorfmeier

25  in order to determine whether or not Western intended to respond to our settlement proposal  On January

26  25, 2008, Mr Allen told me that he contacted Mr Dorfmeier by telephone, and that Mr Dorfmeier simply

27  stated that Western was not willing to settle  Mr Allen also told me that Mr Dorfmeier did not indicate

28

1   in any way during his conversation with him on January 25, 2008 that Western had filed any legal action

2   against Oceano.

3   **Oceano Files Its Federal Court Action Against Western On February 6, 2008.**

4          8       On February 6, 2008, Oceano filed a lawsuit in the United States District Court, Northern

5   District of California (Oceano Packing Company, LLC v. True Organics Products et. al, Case No. C0

6   800839 RS) ("Oceano's Federal Action"), against Defendants True Organics Products Inc ("True

7   Organics"), and Western Farms Service Inc ("Western"), alleging various causes of actions relating to the

8   damages incurred by Oceano as a result of the salmonella-contaminated fertilizer provided by Western, and

9   manufactured by True Organics, as well as seeking damages for the conversion of agricultural chemicals

10  by Western and the defamatory representations made by Western about Oceano's finances and credit

11  **Receipt Of Copy Of Western's State Court Action On February 12, 2008, Which Action Was
    Filed On January 22, 2008.**

12

13         9       On February 12, 2008, my law office received a copy of a complaint filed by Western on

    January 22, 2008 in the Superior Court of California, County of San Luis Obispo (the "Western State
14
    Court Action"), naming Oceano as defendant, and alleging two causes of action for Common Counts in
15
    amount of $416,569.70  A true and correct copy of the Complaint filed by Western in State Court (the
16
    "Western Complaint") is attached hereto as **Exhibit "E"** and incorporated by reference  I was served with
17
    the Complaint filed by Western as I am listed as Oceano's registered agent with the California Secretary
18
    of State  The Western Complaint did not include any invoices or other accounting records substantiating
19
    the claimed amount owed to Western by Oceano, nor does it describe the claimed services or products for
20
    which the alleged amount is owed
21

22  **Oceano Files First Amended Complaint In Federal Court.**

23         10      On February 14, 2008, Oceano filed its First Amended Complaint ("Oceano's First

    Amended Complaint") in Oceano's Federal Action in the Northern District Federal Court  A true and
24
    correct copy of Oceano's First Amended Complaint filed against Western and True is attached hereto as
25
    **Exhibit "F"** and incorporated by reference
26
           11      In addition, on February 14, 2008, my associate, Scott Allen, sent another letter to Mr
27
    Dorfmeier, wherein he informed Mr Dorfmeier that Western had previously taken some of the unused
28

1  salmonella-contaminated fertilizer from Oceano, and that Western should not destroy or tamper with any

2  of the unused fertilizer since doing so would be considered spoilation of evidence for which Oceano could

3  seek an inference that the evidence was unfavorable to Western in accordance with California Evidence

4  Code § 413  A true and correct copy of said February 14, 2008 letter to Mr Dorfmeier is attached hereto

5  as **Exhibit "G"** and incorporated by reference

### Scheduling Of Subsequent Settlement Negotiations, But With No Offer Of Settlement By Western.

6

7      12.      Despite Mr Dorfmeier's earlier representation that Western was not interested in settling

8  the parties' claims, and despite each party having filed their respective lawsuits, the principals of Western

9  contacted the principals of Oceano on February 18, 2008, in order to schedule a meeting to engage in

10  settlement discussions   The meeting was subsequently held on February 27, 2008 between the principals

11  of Western and the principals of Oceano, at the request of Western   However, after the meeting was held

12  on February 27, 2008, I was informed by my client that Western made no offer of settlement whatsoever

13  at the meeting, despite damages incurred by Oceano in excess of $1,000,000 as a result of using the

14  salmonella-contaminated fertilizer provided by Western   To date, no settlement offer has been made by

15  Western to Oceano

16

### Service Of Bill of Particulars.

17      13.      After the filing of Oceano's Motion for Stay of State Court Proceedings, whereby Oceano

18  has made a special appearance, and not a general appearance, in this case, Oceano intends to serve on

19  Western a Demand for Copy of Items of Account, also known as a Bill of Particulars, in the form attached

20  hereto as **Exhibit "H"** and incorporated herein by reference

21      I declare under penalty of perjury under the laws of the State of California that the foregoing is

22  true and correct, except that portion which I stated based on my information and belief, and as to those

23  portions I believe them to be true

24      Executed this 4th day of March, 2008, at Salinas, California

25

26                                                                EFFIE F  ANASTASSIOU

27                                                                Declarant

28

F:\OCA\Salmonella\WFS v  OCA\Motion for Stay\EFADeclStayOrder wpd

# EXHIBIT A

**Anastassiou & Associates**
Attorneys at Law



SalinasAgLaw.com

Courier: 242 Capitol Street
Salinas, CA 93901
Mailing: P.O. Box 2210, Salinas, CA 93902

Tel. (831) 754-2501
Fax: (831) 754-0621

**Salinas Office**
EFFIE F. ANASTASSIOU
effiesq@salinasaglaw.com

**Associate Attorneys**
DENIS KLAVDIANOS
denisesq@salinasaglaw.com

SCOTT J. ALLEN
scottesq@salinasaglaw.com

**Of Counsel**
ANTHONY CARY
anthonycesq@juno.com

**Pismo Beach Branch Office**
1035 Longview Avenue
Pismo Beach, CA*
Tel. (805)773-0760
Fax (805) 773-0751
*All correspondence must
be sent to Salinas Office

**Of Counsel - Santa Maria**
RICHARD C. BRENNEMAN
brenneman@bjalaw.net
Tel. (805) 922-4553
Fax (805) 928-7262

**CONFIDENTIAL SETTLEMENT DEMAND**

January 9, 2008

**Via Facsimile and U. S. Mail**
Mr. John Patino
Branch Manager
Western Farm Services, Inc.
1335 West Main Street
Santa Maria, CA 93456

Mr. Jim Dana
Western Farm Services, Inc.
712 East Chapel Street
Santa Maria, CA 93454

> Re:   **Oceano Packing Company, LLC v. Western Farm Services**
>       **Salmonella Contamination**
>       **Demand for Settlement**

Dear Messrs. Patino and Dana:

This law office represents Oceano Packing Company, LLC ("Oceano"). Our law office has been retained to represent Oceano in connection with a legal claim against Western Farm Services, Inc. ("Western") stemming from Western's sale of salmonella-contaminated fertilizer to Oceano in 2007. The purpose of this letter is to outline the basis of Oceano's legal claim against Western and to propose the terms of a settlement in order to avoid the need for filing the claim in a court of law. The terms of this letter are confidential and for settlement only and may not be referred to in the event that this matter proceeds to litigation.

### 1.    Basis of Oceano's Legal Claim Against Western.

On several occasions between about June 1, 2007 and August 13, 2007, Western sold to Oceano "True 10-5-2" fertilizer (the "True Fertilizer"). Copies of Western's invoices for the sale of the True Fertilizer to Oceano in 2007 are attached hereto as Exhibit A. The

1

True Fertilizer was orally represented by Western to Oceano as being free of pathogens, such as salmonella. In addition, written representations were made to Oceano concerning the True Fertilizer. For example, on July 5, 2007, Western sent Oceano a letter from True Organics Products, Inc., the manufacturer of the True Fertilizer, a copy of which letter is attached hereto as Exhibit B. That letter represents, among other things, that all lots of True Fertilizer are tested by a certified lab and are not released for sale unless the lab certifies that the True Fertilizer is "negative" for pathogens, including salmonella.

During the 2007 growing season, several of Oceano's customers reported findings of positive testings of salmonella in Oceano's spinach and spring mix products, in connection with random laboratory testings performed by the customers for food safety purposes. The salmonella contaminated product was found by three separate customers of Oceano. Each of the three customers received Oceano's product independent of one another and drew the source samples from different locations. Given the finding of salmonella in produce by three different, unrelated, customers, Oceano concluded that it was unlikely that the source of the contamination was a cooler, transporter, or processing plant. Instead, Oceano concluded that the most likely source of the contamination came from Oceano itself.

Oceano then conducted an extensive investigation and testing to determine the likely source of the contamination. In connection therewith, Oceano tested, among other things, a sample from a lot of True Fertilizer purchased from Western. That testing revealed that the True Fertilizer sold by Western was contaminated by Salmonella. Attached hereto as Exhibit C is a copy of the laboratory test results showing that the True Fertilizer sample was contaminated by salmonella.[1] On the laboratory report, sample number 1, described as "P 072307 N #12A Sm. Opening in Bag" corresponds to the testing of a sample of the True Fertilizer sold to Oceano by Western. The report shows that sample number 1 (the True Fertilizer) tested positive for salmonella at a level of 0.020 MPN/g. As you can see from the test results (Exhibit C), Oceano's soil sample also tested positive for salmonella. Sample number 2 (the soil sample) tested positive for salmonella at a level of 0.17 MPN/g.

Based on the results of the extensive testing and investigation conducted by Oceano and its consultants, it appears that the True Fertilizer sold by Western is the most likely source of the salmonella in Oceano's fields and crops. Indeed, it appears that the True Fertilizer is the only identifiable source of the contamination. No other sources have been identified to date.

Due to the salmonella contamination of Oceano's crops that was first discovered by Oceano's customers, Oceano was forced to destroy product delivered to its customers and disc-under growing spinach and spring mix crops. Consequently, Oceano was unable to deliver sufficient, uncontaminated crops to meet the contract obligations that it had in place for the 2007 growing season. Between July and October of 2007, Oceano was 234,767

[1]Note that the laboratory erroneously identified "Scanlan Family Farms" as the laboratory's "customer." Scanlan Family Farms, a broker for an Oceano customer, merely referred Oceano to the laboratory. The test results do, in fact, reflect samples collected from Oceano's farms.

pounds short on its spinach contract with New Star, which represents lost revenue of $176,075.25 ($0.75 per pound of crop). (See Exhibit D hereto). Between June and October of 2007, Oceano was a total of 347,449 pounds short on its spinach and spring mix contract with State Garden, representing $260,586.75 in lost revenue (See, Exhibit E hereto). Between July and November of 2007, Oceano was short a total of 849,295 pounds on its spinach and spring mix contract with Taylor Farms, which represents $636,971.30 in lost revenue. (See Exhibit F hereto).

Overall, as a result of the salmonella contamination, Oceano lost revenue totaling $1,073,633.30 during the 2007 growing season. This damage amount does not include Ocean's loss of goodwill with Oceano's customers, or the extensive costs of investigation and testing, including legal fees, that have been spent to date in connection with the Salmonella contamination.

Western is legally responsible for Oceano's damages due to the contaminated True Fertilizer. If required to file a lawsuit against Western, Oceano would most likely assert a number of legal claims against Western. Among those would be a claim that Western breached its warranty of "merchantability." Western's invoices for the sale of the True Fertilizer (Exhibit A hereto) constitute contracts for the sale of a good (True Fertilizer) Under California's Uniform Commercial Code, those contracts carried with them a warranty of "merchantability." (Uniform Commercial Code § 2314) Stated otherwise, by selling[2] the True Fertilizer to Oceano, Western warranted that the True Fertilizer was "fit for the ordinary purposes for which [the fertilizer] are used." (Uniform Commercial Code § 2314(2)(c)) The ordinary purpose for the fertilizer sold to Oceano is application to fields where leafy green vegetables are grown. Given the potential for spreading salmonella to leafy green vegetables, the presence of salmonella in True Fertilizer sold by Western clearly makes True Fertilizer unfit for its ordinary purpose. By selling contaminated True Fertilizer, therefore, Western breached its warranty to Oceano, and is liable to Oceano for Oceano's damages

## 2.    Settlement Proposal.

As discussed above, Oceano has suffered significant economic damage exceeding $1,000,000, as a result of the salmonella-contaminated True Fertilizer that it purchased from Western. Clearly Western is legally responsible for Oceano's damages. However, in the hopes of maintaining its on-going business relationship with Western, rather than immediately filing a lawsuit against Western, Oceano has authorized me to make the following offer to settle its claims against Western:

Oceano will agree to forego legal action against Western if Western will agree to forgive Oceano's current outstanding account payable to Western, in the approximate

---

[2]You should note that the Uniform Commercial Code makes the "seller" of product responsible for the warranty of merchantability. A "seller" is someone who "sells or contracts to sell goods." (Uniform Commercial Code § 2103(1)(d)). Thus, the fact that Western sold the True Fertilizer to Oceano is sufficient to make Western liable for Oceano's damages. Liability for the defects in the True Fertilizer is not limited to the manufacturer of the True Fertilizer.

amount of $368,396.40 [3] A summary of the current outstanding invoices issued to Oceano by Western is attached hereto as Exhibit G  Once again, I would like to stress that Oceano's damages from the contaminated fertilizer are very large, totaling over $1,000,000. In order to avoid the time and inconvenience of litigation, and in the hopes of maintaining its business relationship with Western, Oceano is willing to waive its claims against Western in return for Western's agreement to forgive Oceano's current account payable to Western in the amount of $368,396 40

This settlement proposal will remain open for a period of 15 days from the date of this letter  If this offer is not accepted within that time period, Oceano will take appropriate legal action.  My associate, Scott Allen, will be following up with you further to discuss Western's position on this matter, and hopefully reach an amicable solution

ANASTASSIOU & ASSOCIATES

by:

Effie F. Anastassiou
Attorneys for Oceano Packing
Company, LLC

Enclosures

cc:    Oceano Packing Company, LLC

Mr  Darin Chebot
Western Farm Services, Inc
2502 Oakwood Drive
Paso Robles, CA 93446

F:\OCA\Salmonella\Correspondence\Demand Letter wpd

---

[3]  A significant amount of the account payable to Western involves Western's sale of the contaminated True Fertilizer to Oceano  Western's invoices for sales of the True Fertilizer to Oceano in 2007 (Exhibit A hereto) total approximately $59,945 56

4

# EXHIBIT A



**WESTERN FARM SERVICE**

The Best Peo
The Best Products
The Best Service



INVOICE

CUSTOMER ORIGINAL
SALES ARE COMMERCIAL TRANSACTION
TERMS: Unless otherwise specified, all bills
purchases made are payable in full upon receipt
the monthly billing statement. A FINANCE CHARGE
will be assessed if payment of the new balance
shown on your monthly statement is not received
the date shown on the bottom of the statement

WESTERN FARM SERVICE, INC.
PASO ROBLES
2502 OAKWOOD DRIVE
PASO ROBLES, CA 93446
805-238-3825

Please mail remittance to:
FILE 7304
P.O. BOX 60000
SAN FRANCISCO, CA 94160-3041

| | |
|---|---|
| Due Date | 7/20/07 |
| Account No | 5121569 |
| W / O No. | 53792-0 D |
| Cust. P.O. | |
| Grower | |
| Ship Date | 5/31/07 |
| Ranch | |
| Crop | |
| Pest | |
| Acres | |
| Map | |
| Site ID | |
| Block | |
| Appl--Name | |
| Appl-LicDt | |
| Sales No. | 656 |
| Oper ID# | 40-07-40-22059 |

Invoice No | 656- 58553
Invoice Date | 6/01/07

Rec Made---)NI

OCEANO PACKING CO LLC

PO BOX 458
OCEANO                    CA  93445

| Quantity | Product Description / EPA# | Tax Code | Price | Amount | | | Gals. | | Price/Bal. |
|---|---|---|---|---|---|---|---|---|---|
| | | | Drv | | Rig | State 04 | Sls 651 | Whs 651 | |
| 23100.00 LB | 6401050 TRUE 10-5-2 BULK BAGS | N | 706.0976 /TN | 8,155.43 N | | | | | |
| DR 11.5500 TNS | | | | | | | | | |

| GROSS AMOUNT | TAX | LESS PRE-PAID | INVOICE TOTAL |
|---|---|---|---|
| 8,155.43 | .00 | | 8,155.43 |

THANK YOU FOR BUYING FROM WESTERN FARM SERVICE, INC WE APPRECIATE YOUR BUSINESS.





**WESTERN**
**FARM SERVICE**

*The Best People*
*The Best Products*
*The Best Service*



**CUSTOMER ORIGINAL**
SALES ARE COMMERCIAL TRANSACTIONS
TERMS: Unless otherwise specified all bills to
purchases made are payable in full upon receipt of
the monthly billing statement. A FINANCE CHARGE
will be assessed if payment of the new balance
shown on your monthly statement is not received by
the date shown on the bottom of the statement

Invoice No | 651- 58554
Invoice Date | 6/01/07

WESTERN FARM SERVICE, INC.
PASO ROBLES
2502 OAKWOOD DRIVE
PASO ROBLES, CA 93446
805-238-3825

Please mail remittance to:
FILE 73041
P.O. BOX 60000
SAN FRANCISCO, CA 94160-3041

| | |
|---|---|
| Due Date | 7/20/07 |
| Account No | 5121569 |
| W/O No. | 53800-0 D |
| Cust. P.O. | |
| Grower | |
| Ship Date | 5/31/07 |
| Ranch | |
| Crop | |
| Pest | |
| Acres | |
| Map | |
| Site ID | |
| Block | RANCH 25 |
| Appl—Name | |
| Appl-LicDt | |
| Sales No. | 656 |
| Oper ID# | 40-07-40-22059 |

Rec Made—>N1

OCEANO PACKING CO LLC

PO BOX 458
OCEANO                    CA  93445

| Quantity | Product Description  / EPA# | Tax Code | Price | Amount | | Gals. | | Price/Gal. |
|---|---|---|---|---|---|---|---|---|
| | | | Dry | | Rig | State 04 | Sls 651 | Whs 651 |
| 22800.00   LB | 6401050 TRUE 10-5-2 BULK BAGS | N | 706.0976 /TN | 8,077.76 | N | | | |
| OR  11.4400 TNS | | | | | | | | |

| GROSS AMOUNT | TAX | LESS PRE-PAID | INVOICE TOTAL |
|---|---|---|---|
| 8,077.76 | .00 | | 8,077.76 |

THANK YOU FOR BUYING FROM WESTERN FARM SERVICE, INC WE APPRECIATE YOUR BUSINESS.





WESTERN
FARM SERVICE

The Best Peopl
The Best Products
The Best Service



INVOICE

CUSTOMER ORIGINAL
SALES ARE COMMERCIAL TRANSACTION
TERMS: Unless otherwise specified all bills
purchases made are payable in full upon receipt
the monthly billing statement. A FINANCE CHARGE
will be assessed if payment of the new balan
shown on your monthly statement is not received
the date shown on the bottom of the statement

WESTERN FARM SERVICE, INC.
PASO ROBLES
2502 OAKWOOD DRIVE
PASO ROBLES, CA 93446
805-238-3825

Please mail remittance to:
FILE 73041
P.O. BOX 60000
SAN FRANCISCO, CA 94160-3041

| | |
|---|---|
| Due Date | 7/20/07 |
| Account No | 5121569 |
| W / O No. | 53003-0 D |
| Cust. P.O. | |
| Grower | |
| Ship Date | 5/31/07 |
| Ranch | |
| Crop | |
| Pest | |
| Acres | |
| Map | |
| Site ID | |
| Block | |
| Appl—Name | |
| Appl-LicD# | |
| Sales No. | 656 |
| Oper ID# | 40-07-40-22059 |

Invoice No | 651- 58567
Invoice Date | 6/04/07

Rep Made--->N!

OCEANO PACKING CO LLC

PO BOX 458
OCEANO                    CA 93445

| Quantity | Product Description / EPA# | Tax Code | Price | Amount | ( Gals. | | Price/Gal. ) |
|---|---|---|---|---|---|---|---|
| | | | Dry | | Rig | State 04   Sls 651 | Whs 651 |
| 16100.00  LB | 6401050 TRUE 10-5-2 BULK BAGS | N | 706.0976 /TN | 5,684.09  N | | | |
| OR    8.0500  TNS | | | | | | | |

| GROSS AMOUNT | TAX | LESS PRE-PAID | INVOICE TOTAL |
|---|---|---|---|
| 5,684.09 | .00 | | 5,684.09 |

THANK YOU FOR BUYING FROM WESTERN FARM SERVICE, INC WE APPRECIATE YOUR BUSINESS.







CUSTOMER ORIGINAL

*The Best People*
*The Best Products*
*The Best Service*

SALES ARE COMMERCIAL TRANSACTIONS
TERMS: Unless otherwise specified, all bills for purchases made are payable in full upon receipt of the monthly billing statement. A FINANCE CHARGE will be assessed if payment of the new balance shown on your monthly statement is not received by the date shown on the bottom of the statement.

WESTERN FARM SERVICE, INC.
PASO ROBLES
2502 OAKWOOD DRIVE
PASO ROBLES, CA 93446
805-238-3825

Please mail remittance to:
FILE 73041
P.O. BOX 60000
SAN FRANCISCO, CA 94160-3041

| | |
|---|---|
| Due Date | 7/20/07 |
| Account No | 5121569 |
| W / O No. | 53812-0 D |
| Cust. P.O. | |
| Broker | |
| Ship Date | 6/01/07 |
| Ranch | |
| Crop | |
| Pest | |
| Acres | |
| Map | |
| Site ID | |
| Block | RANCH 25 |
| Appl—Name | |
| Appl—LicDt | |
| Sales No. | 656 |
| Oper ID# | 40-07-40-22059 |

Invoice No    651-58650
Invoice Date   6/07/07

Rec Made—INI

OCEANO PACKING CO LLC

PO BOX 458
OCEANO                    CA  93445

DIRECT SHIPMENT TO RANCH 25

| Quantity | Product Description / EPA# | Tax Code | Price | Amount | ( Gals. | | | Price/Gal. ) |
|---|---|---|---|---|---|---|---|---|
| | | | Dry | | Rig | State 04 | Sls 651 | Whs 651 |
| 52200.00  LB | 6401050 TRUE 10-5-2 BULK BAGS | N | 706.0976 /TN | 18,429.15 N | | | | |
| OR  26.1000 TNS | | | | | | | | |

10-(0

| GROSS AMOUNT | TAX | LESS PRE-PAID | INVOICE TOTAL |
|---|---|---|---|
| 18,429.15 | .00 | | 18,429.15 |

THANK YOU FOR BUYING FROM WESTERN FARM SERVICE, INC WE APPRECIATE YOUR BUSINESS.





The Best People
The Best Products
The Best Service

CUSTOMER ORIGINAL

SALES ARE COMMERCIAL TRANSACTIONS
TERMS: Unless otherwise specified all bills for
purchases made are payable in full upon receipt of
the monthly billing statement. A FINANCE CHARGE
will be assessed if payment of the new balance
shown on your monthly statement is not received by
the date shown on the bottom of the statment.

WESTERN FARM SERVICE, INC.
PASO ROBLES
2502 OAKWOOD DRIVE
PASO ROBLES, CA 93446
805-238-3825

Please mail remittance to:
FILE 73041
P.O. BOX 60000
SAN FRANCISCO, CA 94160-3041

| | | |
|---|---|---|
| Invoice No | 651- | 59313 |
| Invoice Date | 7/31/07 | |
| Due Date | 9/20/07 | |
| Account No | 5121569 | |
| W / O No. | 54600-0 D | |
| Cust. P.O. | | |
| Grower | | |
| Ship Date | 7/27/07 | Rec Made---)N1 |
| Ranch | | |
| Crop | | |
| Pest | | |
| Acres | | |
| Map | | |
| Site ID | | |
| Block | | |
| Appl-Name | | |
| Appl-LicDt | | |
| Sales No. | 656 | |
| OperID# | 40-07-40-22059 | |

OCEANO PACKING CO LLC

PO BOX 458
OCEANO                    CA 93445

| Quantity | | Product Description / EPA# | Tax Code | Price | Amount | ( | Gals. | Price/Gal. ) |
|---|---|---|---|---|---|---|---|---|
| | | | | Drv | | Rig | State 04  Sls 651 | Whs 651 |
| 4500.00 | LB | 6401050 TRUE 10-5-2 BULK BAGS | N | 732.3113 /TN | 1,678.37 | N | | |
| JR 2.2900 | TNS | | | | | | | |

| GROSS AMOUNT | TAX | LESS PRE-PAID | INVOICE TOTAL |
|---|---|---|---|
| 1,678.37 | .00 | | 1,678.37 |

THANK YOU FOR BUYING FROM WESTERN FARM SERVICE, INC WE APPRECIATE YOUR BUSINESS.



*The Best People*
*The Best Products*
*The Best Service*



CUSTOMER ORIGINAL

SALES ARE COMMERCIAL TRANSACTIONS
TERMS: Unless otherwise specified, all bills for
purchases made are payable in full upon receipt of
the monthly billing statement. A FINANCE CHARGE
will be assessed if payment of this new balance
shown on your monthly statement is not received by
the date shown on the bottom of the statement

WESTERN FARM SERVICE, INC.
PASO ROBLES
2502 OAKWOOD DRIVE
PASO ROBLES, CA 93446
805-238-3825

Please mail remittance to:
FILE 73041
P.O. BOX 60000
SAN FRANCISCO, CA 94160-3041

| | |
|---|---|
| Due Date | 9/20/07 |
| Account No | 5121569 |
| W / O No. | 54645-0 D |
| Cust. P.O. | |
| Grower | |
| Ship Date | 8/01/07 |
| Ranch | |
| Crop | |
| Pest | |
| Acres | |
| Map | |
| Site ID | |
| Block - | DIRECT SHIPMENT R25 |
| Appl-Name | |
| Appl-LicDt | |
| Sales No. | 656 |
| OperID# | 40-07-40-22059 |

Invoice No | 651- 59389
Invoice Date | 8/13/07

OCEANO PACKING CO 1 C

PO BOX 458
OCEANO                    CA  93445

Rec Made----IN1

DIRECT SHIPMENT TO RANCH 25

| Quantity | Product Description / EPA# | Tax Code | Price | Amount | ( Gals. | | | Price/Gal. ) |
|---|---|---|---|---|---|---|---|---|
| | | | Drv | | Rig | State 04 | SIs 651 | Whs 651 |
| 50760.00   LB | 6401050 TRUE 10-5 2 BULK BAG: | N | 705.0976 /TN | 17,920.76  N | | | | |
| OR  25.3800  TNS | | | | | | | | |

| GROSS AMOUNT | TAX | LESS PRE-PAID | INVOICE TOTAL |
|---|---|---|---|
| 17,920.76 | .00 | | 17,920.76 |

THANK YOU FOR BUYING FROM WESTERN FARM SERVICE, INC WE APPRECIATE YOUR BUSINESS.



# EXHIBIT B

07/05/2007 09:51 FAX 8054890391    PHELAN&TAYLOR                    ☑002
"Jul  5  2007" 8:49AM    STERN FARM SERVICE, INC           No.8442   P  2



**TRUE**
ORGANIC PRODUCTS, INC

January 16, 2007

To Whom It May Concern:

True Organic Products, Inc. prides itself on manufacturing 100% organic pelleted and liquid fertilizers. Our products do not contain any ammonia or non-protein forms of Nitrogen. We have files and receipts available for all inputs made to manufacture all of our fertilizers. We have been inspected by both the CDFA and the Natural Selection Group receiving excellent reviews from both organizations. We guarantee our products only contain NOP allowed ingredients.

True organic Products, Inc. uses the windrow compost process for our aged chicken litter. NOP Rule: Section 205.203 (c) states: Animal and plant materials produced through a process that: (i) establish an initial C:N ration between 25:1 and 40:1, (ii) maintain a temperature between 131 °F and 170 °F for fifteen days using a windrow pile system. By utilizing the above process, our products containing chicken litter are considered a compost material and are not subject to the 120 day prior to harvest rule. We also carry a number of pelleted 100% organic fertilizers which do not contain any composted chicken litter and are also able to be applied to crops at any time.

In the process of pelleting our products, the temperature ranges between 195 °F and 205 °F. In the drying process, the temperature is maintained at a minimum of 350 °F for approximately 30 minutes to dry the material to a moisture level of less the 12%. Our liquid fertilizers are heated in excess of 150 °F for a minimum of 48 hours. Our manufacturing processes exceed all minimum standards for pathogen elimination.

All of our organic fertilizers are assigned lot numbers and are not released for sale until we receive a COA from a certified lab resulting in negative results for EHEC, E coli 0157, and Salmonella. The COA will accompany each load of fertilizer along with the bill of lading. If you have any further questions, please feel free to call.

Best regards,

Jake Evans

# EXHIBIT C



# FSNS
## Food Safety Net Services

6215 W Van Buren, Phoenix, AZ 85043, Phone 602/385 4030 Fax 602/385-4037

# Analytical Results

| | |
|---|---|
| **Report Number:** | 07-51937 |
| **Report Date:** | 9/7/2007 |

| | |
|---|---|
| Contact: | Mike Scanlan · Samantha Scanlan |
| Customer: | SCANLAN FAMILY FARMS |
| | 11566 Hidden Hills Rd |
| | Carmel Valley, CA  93924 |
| Phone: | 831-659-1562 |
| Fax: | 831-659-5674 |

| | |
|---|---|
| **Samples Received:** | 09/01/2007 |
| **Start of Testing:** | 09/01/2007 |
| **Check Number:** | |
| **PO Number:** | |

| Billing Code | Sample Date | Sample Number | Sample Description | Analyses – FSNS Method Number | Result | Units |
|---|---|---|---|---|---|---|
| SAI 23 | 8/21/2007 | 1 | P 072307 N #12A Sm. Opening in Bag Composite Type: None | Salmonella MPN #30 1 (USDA FSIS) | 0.020 | MPN/g |
| SAI 23 | 8/21/2007 | 2 | A23 #2 Soil Composite Type: None | Salmonella MPN #30 1 (USDA FSIS) | 0 17 | MPN/g |

| | |
|---|---|
| **Sample Temperature Upon Receipt:** | Room Temperature |
| **Remarks:** | Printed on: 01/07/2008 12:20:04 PM |

**Supervisor Approval By:**  David Bosco

**Signature:**

# EXHIBIT D

# NEW STAR  JULY 2007--SEPT 2007

## SPINACH  25,000 LBS

| | LBS | CONTRACT O/S |
|---|---|---|
| 7/3-7/8 | 33888 | 8888 |
| 7/9-7/15 | 0 | -25000 |
| 7/16-7/22 | 0 | -25000 |
| 7/23-7/29 | 10384 | -14616 |
| 7/30-8/5 | 7360 | -17640 |
| 8/6-8/12 | 0 | -25000 |
| 8/13-8/19 | 40798 | 15798 |
| 8/20-8/26 | 0 | -25000 |
| 8/27-9/2 | 0 | -25000 |
| 9/3-9/9 | 8952 | -16048 |
| 9/10-9/16 | 7710 | -17290 |
| 9/17-9/23 | 8885 | -16115 |
| 9/24-9/30 | 7380 | -17620 |
| 10/1-10/7 | 15490 | -9510 |
| 10/8-10/14 | 9792 | -15208 |
| 10/15-10/21 | 20082 | -4918 |
| 10/22-10/29 | 19512 | -5488 |
| TOTAL | 190233 | -234767 |

PER DOUG-DUMP LOAD

# EXHIBIT E

## STATE GARDEN JULY 25 2006--SEPT 2007

| | SPINACH LBS | REJ | O/S CONTRACT | SPRING MIX LBS | REJ | O/S CONTRACT | TOTAL LBS | 100,000 |
|---|---|---|---|---|---|---|---|---|
| 6/25-7/2 | 22571 | 8723 | -9429 | 35088 | 16521 | -32812 | 57659 | -42341 |
| 7/3-7/8 | 26866 | | -5134 | 50982 | 153 | -17103 | 77758 | -22242 |
| 7/9-7/15 | 26294 | | -5706 | 44779 | 9164 | -23221 | 71073 | -28927 |
| 7/16-7/22 | 12826 | | -19174 | 32432 | 1451 | -35568 | 45258 | -54742 |
| 7/23-7/29 | 34636 | | 2636 | 58841 | 3505 | -8659 | 92877 | -7123 |
| 7/30-8/5 | 32193 | | 193 | 57454 | | -10546 | 89647 | -10353 |
| 8/6-8/12 | 39454 | 13392 | 7454 | 57496 | | -10514 | 96940 | -3060 |
| 8/13-8/19 | 47655 | | 15655 | 54521 | | -13479 | 102176 | 2176 |
| 8/20-8/26 | 60649 | | 28649 | 79277 | 2266 | 11277 | 139926 | 39926 |
| 8/27-9/2 | 50779 | | 18779 | 67403 | 2699 | -597 | 118182 | 18182 |
| 9/3-9/9 | 30750 | | -1250 | 50347 | 6454 | -17653 | 81097 | -18903 |
| 9/10-9/16 | 11487 | | -20513 | 53516 | | -14484 | 65033 | -34967 |
| 9/17-9/23 | 6351 | | -25649 | 66925 | | -1075 | 73276 | -26724 |
| 9/24-9/30 | 20323 | | -11677 | 44405 | | -23585 | 64728 | -35272 |
| 10/1-10/7 | 19803 | | -12197 | 45271 | | -22729 | 65074 | -34926 |
| 10/8-10/14 | 15396 | | -16604 | 46059 | | -21941 | 61455 | -38545 |
| 10/15-10/21 | 26150 | | -5850 | 53971 | | -14029 | 80121 | -19879 |
| 10/22-10/28 | 38514 | | 6514 | 31787 | | -36213 | 70301 | -29699 |
| TOTAL LBS 6/25-10/28 | 522597 | 22116 | -53403 | 929954 | 42203 | -294046 | 1452551 | -347449 |

CONTRACT SHORT @ $.75 LBS
SPINACH      $   40,052.25
SPRING MIX   $  220,534.50
TOTAL        $  260,586.75

# EXHIBIT F

## TAYLOR FARMS
## ORGANIC CONTRACT 7/01/2007-11/25/07

| WEEK BEGINNING | INVOICE NUMBER | SPINACH CONTRACT 40,000 LBS | | | SPRING MIX CONTRACT 30,000 LBS | | | GRAND TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| | | TOTAL LBS | CONTRACT O/S | rejected | TOTAL LBS | CONTRACT O/S | rejected | | |
| JULY | | | | | | | | | |
| 7/1-7/7 | 100428 | 34330 | -5670 | 0 | 43548 | 13548 | 0 | 77878 | |
| 7/8-7/14 | 100433 | 25467 | -14533 | 0 | 42593 | 12593 | 1097 | 68060 | arugula |
| 7/15-7/21 | 100434 | 35738 | -4262 | 0 | 40603 | 10603 | 0 | 76341 | |
| 7/22-7/28 | 100439 | 39280 | -720 | 0 | 44886 | 14886 | 2301 | 84166 | green romaine |
| 7/29-8/4 | 100441 | 42858 | 2858 | 0 | 30482 | 482 | 0 | 73340 | |
| CONTRACT SHORT | | | -22327 | | OVER | 52112 | 3398 | | |
| AUGUST | | | | | | | | | |
| 8/5-8/11 | 100446 | 0 | -40000 | 0 | 26462 | 26462 | 0 | 26462 | |
| 8/12-8/18 | 100451 | 0 | -33194 | 6806 | 13670 | -16330 | 0 | 13670 | spinach |
| 8/20-8/26 | | 0 | -40000 | 0 | 0 | -30000 | 0 | 0 | |
| 8/27-9/2 | | 0 | -40000 | 0 | 0 | -30000 | 0 | 0 | |
| CONTRACT SHORT | 0 | | -160000 | | | -79868 | | | |
| SEPTEMBER | | | | | | | | | |
| 9/3-9/9 | | 0 | -40000 | 0 | 0 | -30000 | 0 | 0 | |
| 9/10-9/16 | 100483 | 10380 | -29620 | 0 | 31800 | 1800 | 0 | 42180 | |
| 9/17-9/23 | | 0 | -40000 | 0 | 0 | -30000 | 0 | 0 | |
| 9/24-9/30 | 100514 | 16442 | -23558 | 0 | 0 | -30000 | 0 | 16442 | |
| CONTRACT SHORT | | | -133178 | | | -88200 | | | |

| OCTOBER | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/1-10/7 | 100508 | 10635 | -29365 | 0 | 3545 | -26455 | 0 |
| 10/8-10/13 | 100513 | 12003 | -27997 | 0 | 4383 | -25617 | 0 |
| 10/14-10/20 | 100523 | 39007 | -993 | 0 | 6333 | -23667 | 0 |
| CONTRACT SHORT | | | | | | | |
| NOVEMBER | | | -58355 | | | -75739 | |
| 10/22-10/28 | 100531 | 34911 | -5089 | 0 | 2143 | -27857 | 0 |
| 10/29-11/4 | | 0 | -40000 | 0 | 0 | -30000 | 0 |
| 11/5-11/11 | 100542 | 38986 | -1014 | 0 | 0 | -30000 | 0 |
| 11/12-11/18 | 100547 | 22846 | -17154 | 0 | 19486 | -10514 | 0 |
| 11/19-11/25 | | 0 | -40000 | 0 | 0 | -30000 | 0 |
| CONTRACT SHORT | | | | | | | |
| GRAND TOTAL | | 362883 | -103257 | | 309934 | -128371 | |

| 14180 |
| 16386 |
| 45340 |
| 37054 |
| 0 |
| 38986 |
| 42332 |
| 0 |
| 672817 |

| TOTAL | | | | |
|---|---|---|---|---|
| CONTRACT SHORT | | | | |
| spinach | lbs | price $.75 | | |
| Jul-07 | 22,327 | $ | 16,745.25 | |
| Aug-07 | 160,000 | $ | 120,000.00 | |
| Sep-07 | 133,178 | $ | 99,883.50 | |
| Oct-07 | 58,355 | $ | 43,766.25 | ONLY HAS 10/1-10/21 |
| Nov-07 | 103,257 | $ | 77,442.75 | |
| | | | | |
| spring mix | | | | |
| Jul-07 | 0 | | 0 | |
| Aug-07 | 79,868 | $ | 59,901.00 | |
| Sep-07 | 88,200 | $ | 66,150.00 | |
| Oct-07 | 75,739 | $ | 56,804.25 | ONLY HAS 10/1-10/21 |
| Nov-07 | 128,371 | $ | 96,278.25 | |
| | | | | |
| CONTRACT SHORT | | | | |
| INVOICE # | | | | |
| Jul-07 | 100497 | $ | 16,745.25 | |
| Aug-07 | 100500 | $ | 179,901.00 | |
| Sep-07 | 100501 | $ | 166,033.50 | |
| Oct-07 | 100524 | $ | 100,570.50 | |
| Nov-07 | 100556 | $ | 173,721.00 | |

# EXHIBIT G

Purchase Orders, Unpaid Vouchers and Payments

OCEANO PACKING COMPANY LLC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Src | PO # | PO Date | Net/Paid |
|-------|-----------|-----------|-------------|---------|----------|------------------|-----|------|---------|----------|
| **WESTERN FARM SERVICE** | | **ID: W010** | | | | | | | | |
| **Unpaid Vouchers** | | | | | | | | | | |
| | | 651-56948 | Sep 23, 2007 | 11918 | Oct 18, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 17,161.65 |
| | | 651-57464 | Feb 13, 2007 | 9291 | Mar 10, 2007 | GREEN ONIONS-SHANE | Voucher | | | 583.09 |
| | | 651-57784 | Mar 23, 2007 | 9695 | Apr 17, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 4,269.85 |
| | | 651-57932 | Apr 10, 2007 | 9956 | May 05, 2007 | FERTILIZERS | Voucher | | | 532.95 |
| | | 651-58360 | May 17, 2007 | 10358 | Jun 11, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 800.65 |
| | | 651-58386 | May 21, 2007 | 10385 | Jun 15, 2007 | FERTILIZER | Voucher | | | 15,585.00 |
| | | 651-58387 | May 21, 2007 | 10386 | Jun 15, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 351.48 |
| | | 651-58388 | May 21, 2007 | 10387 | Jun 15, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,535.80 |
| | | 651-58389 | May 21, 2007 | 10388 | Jun 15, 2007 | ONIONS SEED | Voucher | | | 1,565.69 |
| | | 651-58390 | May 21, 2007 | 10384 | Jun 15, 2007 | ONIONS SEED | Voucher | | | 1,884.25 |
| | | 651-58436 | May 16, 2007 | 10404 | Jun 10, 2007 | RANCH 26 | Voucher | | | 7,024.34 |
| | | 651-58454 | May 23, 2007 | 10421 | Jun 17, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 10,097.16 |
| | | 651-58455 | May 23, 2007 | 10420 | Jun 17, 2007 | HERBICIDES | Voucher | | | 2,144.23 |
| | | 651-58483 | May 29, 2007 | 10441 | Jun 23, 2007 | FERTILIZER | Voucher | | | 15,457.99 |
| | | 651-58553 | Jun 01, 2007 | 10520 | Jun 26, 2007 | FERTILIZERS | Voucher | | | 8,155.43 |
| | | 651-58554 | Jun 01, 2007 | 10519 | Jun 26, 2007 | FERTILIZERS | Voucher | | | 8,077.76 |
| | | 651-58567 | Jun 04, 2007 | 10526 | Jun 29, 2007 | FERTILIZER | Voucher | | | 5,684.09 |
| | | 651-58650 | Jun 07, 2007 | 10625 | Jul 02, 2007 | RANCH 26-FERTILIZERS | Voucher | | | 18,429.16 |
| | | 651-58651 | Jun 07, 2007 | 10626 | Jul 02, 2007 | HERBICIDES | Voucher | | | 1,168.30 |
| | | 651-58706 | Jun 14, 2007 | 10639 | Jul 09, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 4,960.20 |
| | | 651-58809 | Jun 20, 2007 | 10690 | Jul 15, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 9,456.13 |
| | | 651-58906 | Jun 28, 2007 | 10753 | Jul 23, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 11,069.89 |
| | | 651-58976 | Jul 03, 2007 | 10840 | Jul 28, 2007 | HERBICIDES | Voucher | | | 1,516.92 |
| | | 651-59020 | Jul 09, 2007 | 10902 | Aug 03, 2007 | FERTILIZERS | Voucher | | | 1,990.24 |
| | | 651-59033 | Jul 11, 2007 | 10913 | Aug 05, 2007 | FERTILIZER | Voucher | | | 14,586.82 |
| | | 651-59099 | Jul 12, 2007 | 10938 | Aug 06, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,451.33 |
| | | 651-59137 | Jul 16, 2007 | 11024 | Aug 10, 2007 | FERTILIZERS | Voucher | | | 272.67 |
| | | 651-59173 | Jul 18, 2007 | 11001 | Aug 12, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,795.47 |
| | | 651-59174 | Jul 19, 2007 | 11002 | Aug 13, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 8,522.38 |
| | | 651-59225 | Jul 24, 2007 | 11037 | Aug 18, 2007 | FERTILIZERS | Voucher | | | 995.12 |
| | | 651-59312 | Jul 26, 2007 | 11126 | Aug 20, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 2,954.99 |
| | | 651-59313 | Jul 31, 2007 | 11127 | Aug 25, 2007 | FERTILIZER | Voucher | | | 1,678.37 |
| | | 651-59314 | Jul 31, 2007 | 11128 | Aug 25, 2007 | FERTILIZER | Voucher | | | 1,990.24 |
| | | 651-59338 | Aug 01, 2007 | 11218 | Aug 26, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 749.06 |
| | | 651-59340 | Aug 01, 2007 | 11220 | Aug 26, 2007 | FERTILIZER | Voucher | | | 8,028.33 |
| | | 651-59389 | Aug 13, 2007 | 11297 | Sep 07, 2007 | FERTILIZER | Voucher | | | 17,920.76 |
| | | 651-59390 | Aug 13, 2007 | 11298 | Sep 07, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 7,393.08 |
| | | 651-59391 | Aug 13, 2007 | 11299 | Sep 07, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 14,556.89 |
| | | 651-59432 | Aug 17, 2007 | 11355 | Sep 11, 2007 | HERBICIDES | Voucher | | | 1,932.25 |
| | | 651-59433 | Aug 17, 2007 | 11356 | Sep 11, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 7,379.61 |
| | | 651-59467 | Aug 22, 2007 | 11370 | Sep 16, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,817.02 |
| | | 651-59478 | Aug 26, 2007 | 11420 | Sep 20, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,851.95 |
| | | 651-59499 | Aug 30, 2007 | 11513 | Sep 24, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 764.53 |
| | | 651-59501 | Aug 30, 2007 | 11515 | Sep 24, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 5,066.24 |
| | | 651-59524 | Sep 05, 2007 | 11659 | Sep 30, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,667.27 |
| | | 651-59525 | Sep 05, 2007 | 11660 | Sep 30, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 545.10 |
| | | 651-59539 | Sep 07, 2007 | 11653 | Oct 02, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 14,536.13 |
| | | 651-59561 | Sep 12, 2007 | 11661 | Oct 07, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,112.47 |
| | | 651-59562 | Sep 12, 2007 | 11662 | Oct 07, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,228.40 |
| | | 651-59563 | Sep 12, 2007 | 11663 | Oct 07, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 459.48 |
| | | 651-59572 | Sep 13, 2007 | 11654 | Oct 08, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 15,496.71 |
| | | 651-59573 | Sep 13, 2007 | 11655 | Oct 08, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 3,233.84 |
| | | 651-59574 | Sep 13, 2007 | 11656 | Oct 08, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 10,129.88 |
| | | 651-59575 | Sep 13, 2007 | 11657 | Oct 08, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 7,589.89 |
| | | 651-59583 | Sep 14, 2007 | 11728 | Oct 09, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 14,629.50 |
| | | 651-59604 | Sep 21, 2007 | 11879 | Oct 16, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 6,071.95 |
| | | 651-59605 | Sep 21, 2007 | 11880 | Oct 16, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 21,432.49 |

P: lase Orders, Unpaid Vouchers and Pa nts
OCEANO PACKING COMPANY LLC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Src | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| **WESTERN FARM SERVICE** | | ID: W010 | | | | | | | | |
| **Unpaid Vouchers** | | | | | | | | | | |
| | | 651-59622 | Sep 23, 2007 | 11878 | Oct 18, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,147 71 |
| | | 651-59689 | Oct 02, 2007 | 11899 | Oct 27, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,199.77 |
| | | 651-59723 | Oct 05, 2007 | 12012 | Oct 30, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 21.06 |
| | | 651-59757 | Oct 11, 2007 | 12013 | Nov 05, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 15,617.42 |
| | | 651-59777 | Oct 15, 2007 | 12074 | Nov 09, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 856 98 |
| | | 651-60118 | Dec 04, 2007 | 12588 | Dec 29, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 250.70 |
| | | | Total Gross: | 368,396.40 | Total Discount: | .00 | Total Net: | | .00 | 368,396.40 |
| **Paid Voucher** | | | | | | | | | | |
| 12241 | Apr 06, 2007 | 651 57253 | Dec 11, 2006 | 7982 | Jan 05, 2007 | SOIL/LEAF/WATER/TISS | Voucher | | | 384 00 |
| 12271 | Apr 13, 2007 | 651-57398 | Jan 22, 2007 | 8840 | Feb 16, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 774.97 |
| 12271 | Apr 13, 2007 | 651-57403 | Jan 24, 2007 | 8860 | Feb 18, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 498.83 |
| 12271 | Apr 13, 2007 | 651-57419 | Jan 30, 2007 | 8915 | Feb 24, 2007 | PQC BAIT | Voucher | | | 672 01 |
| 12490 | Jun 01, 2007 | 609-240494 | Feb 09, 2007 | 9229 | Mar 06, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,433 02 |
| 12490 | Jun 01, 2007 | 609-240972 | Feb 16, 2007 | 9282 | Mar 13, 2007 | FERTILIZER -129 SIDEM | Voucher | | | 1,967 18 |
| 12490 | Jun 01, 2007 | 609-241742 | Feb 21, 2007 | 9522 | Mar 18, 2007 | FERTILIZERS | Voucher | | | 4,874 00 |
| 12635 | Jun 15, 2007 | 651-57404 | Jan 24, 2007 | 10259 | Feb 18, 2007 | ONIONS | Voucher | | | 598.53 |
| 12635 | Jun 15, 2007 | 651 57430 | Feb 01, 2007 | 9004 | Feb 26, 2007 | BIOLIZER | Voucher | | | 668 33 |
| 12635 | Jun 15, 2007 | 651-57431 | Feb 01, 2007 | 9003 | Feb 26, 2007 | PCQ BAIT | Voucher | | | 672 01 |
| 12635 | Jun 15, 2007 | 651-57483 | Feb 13, 2007 | 9290 | Mar 10, 2007 | GREEN ONIONS-SHANE | Voucher | | | 485.88 |
| 12635 | Jun 15, 2007 | 651-57491 | Feb 16, 2007 | 9231 | Mar 13, 2007 | HERBICIDES/ MISC | Voucher | | | 940.08 |
| 12667 | Jun 29, 2007 | 651-57508 | Feb 20, 2007 | 9283 | Mar 17, 2007 | FERTILIZERS | Voucher | | | 12,132 13 |
| 12667 | Jun 29, 2007 | 651-57509 | Feb 20, 2007 | 9609 | Mar 17, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 297.42 |
| 12667 | Jun 29, 2007 | 651 57519 | Feb 21, 2007 | 9295 | Mar 18, 2007 | HERBICIDES | Voucher | | | 3,485 90 |
| 12667 | Jun 29, 2007 | 651-57565 | Mar 03, 2007 | 9465 | Mar 28, 2007 | RUSSELL GREEN ONIOI | Voucher | | | 559 62 |
| 12667 | Jun 29, 2007 | 651-57566 | Mar 03, 2007 | 9466 | Mar 28, 2007 | BLECH GREEN ONION | Voucher | | | 671 63 |
| 12667 | Jun 29, 2007 | 651 57567 | Mar 03, 2007 | 9467 | Mar 28, 2007 | HERBICIDES | Voucher | | | 1,481.36 |
| 12667 | Jun 29, 2007 | 651-57568 | Mar 03, 2007 | 9468 | Mar 28, 2007 | FERTILIZERS | Voucher | | | 6,134 92 |
| 12667 | Jun 29, 2007 | 651-57597 | Mar 07, 2007 | 9523 | Apr 01, 2007 | HERBICIDES | Voucher | | | 551.50 |
| 12667 | Jun 29, 2007 | 651-57598 | Mar 07, 2007 | 9527 | Apr 01, 2007 | INSECTICIDES--129 | Voucher | | | 380.84 |
| 12667 | Jun 29, 2007 | 651-57638 | Mar 09, 2007 | 9551 | Apr 03, 2007 | FERTILIZERS-RANCH 2: | Voucher | | | 6,852 80 |
| 12667 | Jun 29, 2007 | 651-57639 | Mar 09, 2007 | 9552 | Apr 03, 2007 | FERTILIZER -RANCH 26 | Voucher | | | 6,853 06 |
| 12667 | Jun 29, 2007 | 651-57640 | Mar 09, 2007 | 9553 | Apr 03, 2007 | FERTILIZER | Voucher | | | 1,344 92 |
| 12667 | Jun 29, 2007 | 651-57647 | Mar 12, 2007 | 9554 | Apr 06, 2007 | FERTILIZER | Voucher | | | 7,050.07 |
| 13464 | Jan 26, 2007 | 609-236706 | Dec 14, 2006 | 8101 | Jan 08, 2007 | LISTING NEWSIDE 39A | Voucher | | | 1,537.50 |
| 14051 | Aug 06, 2007 | 651-57652 | Mar 13, 2007 | 9506 | Apr 07, 2007 | FERTILIZER-RANCH 25 | Voucher | | | 14,642 01 |
| 14051 | Aug 06, 2007 | 651-57663 | Mar 13, 2007 | 9607 | Apr 07, 2007 | FERTILIZER | Voucher | | | 5,174.40 |
| 14051 | Aug 06, 2007 | 651-57664 | Mar 13, 2007 | 9608 | Apr 07, 2007 | FERTILIZER | Voucher | | | 5,174.40 |
| 14051 | Aug 06, 2007 | 651-57683 | Mar 15, 2007 | 9641 | Apr 09, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,111 20 |
| 14051 | Aug 06, 2007 | 651-57684 | Mar 15, 2007 | 9638 | Apr 09, 2007 | FERTILIZER | Voucher | | | 8,870.40 |
| 14051 | Aug 06, 2007 | 651-57685 | Mar 15, 2007 | 9639 | Apr 09, 2007 | HERBICIDES | Voucher | | | 289 59 |
| 14051 | Aug 06, 2007 | 651 57698 | Mar 16, 2007 | 9637 | Apr 09, 2007 | FERTILIZER | Voucher | | | 7,392 00 |
| 14051 | Aug 06, 2007 | 651-57699 | Mar 16, 2007 | 9640 | Apr 09, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 2,157.44 |
| 14113 | Aug 17, 2007 | 651-57714 | Mar 17, 2007 | 9658 | Apr 11, 2007 | RUSSELL ONIONS | Voucher | | | 460.15 |
| 14113 | Aug 17, 2007 | 651-57715 | Mar 17, 2007 | 9657 | Apr 11, 2007 | RUSSELL- ONIONS | Voucher | | | 1,042 73 |
| 14113 | Aug 17, 2007 | 651-57716 | Mar 17, 2007 | 9656 | Apr 11, 2007 | BLECH ONIONS | Voucher | | | 1,251.45 |
| 14113 | Aug 17, 2007 | 651-57717 | Mar 17, 2007 | 9659 | Apr 11, 2007 | SPINACH- BLECH | Voucher | | | 1,233 13 |
| 14113 | Aug 17, 2007 | 651-57718 | Mar 17, 2007 | 9660 | Apr 11, 2007 | SPINACH- BLECH RANC | Voucher | | | 1,929.67 |
| 14113 | Aug 17, 2007 | 651-57727 | Mar 19, 2007 | 9674 | Apr 13, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 3,127.63 |
| 14113 | Aug 17, 2007 | 651-57804 | Mar 25, 2007 | 9819 | Apr 19, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 435.88 |
| 14113 | Aug 17, 2007 | 651-57805 | Mar 23, 2007 | 9820 | Apr 17, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 4,240 70 |
| 14113 | Aug 17, 2007 | 651-57817 | Mar 24, 2007 | 9824 | Apr 18, 2007 | HERBICIDES | Voucher | | | 749 06 |
| 4113 | Aug 17, 2007 | 651-57841 | Mar 26, 2007 | 9825 | Apr 20, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 3,757 72 |
| 4113 | Aug 17, 2007 | 651-57842 | Mar 28, 2007 | 9834 | Apr 22, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 3,651 94 |
| 4113 | Aug 17, 2007 | 651-57864 | Mar 20, 2007 | 9833 | Apr 14, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,100.04 |
| 4113 | Aug 17, 2007 | 651-57865 | Mar 30, 2007 | 9832 | Apr 24, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,320.11 |
| 4113 | Aug 17, 2007 | 651 57866 | Mar 31, 2007 | 9821 | Apr 25, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 2,129 08 |

P    'hase Orders, Unpaid Vouchers and Pa    .nts
OCEANO PACKING COMPANY LLC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Src | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| WESTERN FARM SERVICE | | | ID: W010 | | | | | | | |
| Paid Voucher | | | | | | | | | | |
| 14172 | Aug 24, 2007 | 651-57868 | Apr 02, 2007 | 9822 | Apr 27, 2007 | FERTILIZERS | Voucher | | | 411.39 |
| 14172 | Aug 24, 2007 | 651 57891 | Apr 05, 2007 | 9911 | Apr 30, 2007 | HERBICIDES | Voucher | | | 489.17 |
| 14172 | Aug 24, 2007 | 651-57913 | Mar 23, 2007 | 9833 | Apr 17, 2007 | RANCH 25 | Voucher | | | 16,262.40 |
| 14504 | Oct 19, 2007 | 651-57867 | Apr 02, 2007 | 9823 | Apr 27, 2007 | HERBICIDES | Voucher | | | 469.48 |
| 14504 | Oct 19, 2007 | 651-57890 | Apr 02, 2007 | 9910 | Apr 27, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,975.05 |
| 14504 | Oct 19, 2007 | 651-57914 | Apr 04, 2007 | 9931 | Apr 29, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 2,820.70 |
| 14504 | Oct 19, 2007 | 651-57931 | Apr 10, 2007 | 9957 | May 05, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 3,166.66 |
| 14504 | Oct 19, 2007 | 651-58016 | Apr 18, 2007 | 10011 | May 13, 2007 | HERBICIDE | Voucher | | | 483.80 |
| 14504 | Oct 19, 2007 | 651-58028 | Apr 19, 2007 | 10009 | May 14, 2007 | ONIONS | Voucher | | | 840.25 |
| 14504 | Oct 19, 2007 | 651-58027 | Apr 19, 2007 | 10010 | May 14, 2007 | HERBICIDES | Voucher | | | 821.05 |
| 14504 | Oct 19, 2007 | 651-58264 | May 11, 2007 | 10321 | Jun 05, 2007 | GLOVES | Voucher | | | 28.67 |
| 14506 | Oct 19, 2007 | 651-57999 | Apr 17, 2007 | 9999 | May 12, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 2,025.99 |
| 14506 | Oct 19, 2007 | 651-58025 | Apr 19, 2007 | 10008 | May 14, 2007 | ONIONS SEED | Voucher | | | 1,535.24 |
| 14506 | Oct 19, 2007 | 651-58161 | May 02, 2007 | 10236 | May 27, 2007 | FUNGICIDES/INSECTICI | Voucher - | | | 4,230.86 |
| 14506 | Oct 19, 2007 | 651-58220 | May 08, 2007 | 10255 | Jun 02, 2007 | HERBICIDES | Voucher | | | 579.15 |
| 14506 | Oct 19, 2007 | 651-58232 | May 09, 2007 | 10268 | Jun 03, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,370.05 |
| 14506 | Oct 19, 2007 | 651-58808 | Jun 20, 2007 | 10691 | Jul 15, 2007 | CREDIT-RANCH 22 | Voucher | | | 809.82 |
| 14506 | Oct 19, 2007 | 651-59339 | Aug 01, 2007 | 11219 | Aug 26, 2007 | CREDIT FERTLIZER | Voucher | | | 789.19 |
| 14506 | Oct 19, 2007 | 651-59392 | Aug 13, 2007 | 11300 | Sep 07, 2007 | CREDIT | Voucher | | | -426.52 |
| 14506 | Oct 19, 2007 | 651-59500 | Aug 30, 2007 | 11514 | Sep 24, 2007 | CREDIT | Voucher | | | -4,519.02 |
| 14506 | Oct 19, 2007 | 651-59523 | Sep 05, 2007 | 11658 | Sep 30, 2007 | CREDIT | Voucher | | | -562.52 |
| 14506 | Oct 19, 2007 | 651-59706 | Oct 04, 2007 | 12011 | Oct 29, 2007 | FUNGICIDES/INSECTICI | Voucher | | | -2,135.91 |
| 14641 | Nov 16, 2007 | 651-58061 | Apr 24, 2007 | 10055 | May 19, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 8,703.24 |
| 14641 | Nov 16, 2007 | 651-58178 | May 03, 2007 | 10237 | May 28, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 7,944.39 |
| 14641 | Nov 16, 2007 | 651-58233 | May 09, 2007 | 10269 | Jun 03, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 12,851.53 |
| 14641 | Nov 16, 2007 | 651-58325 | May 15, 2007 | 10338 | Jun 09, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 5,663.10 |
| 14641 | Nov 16, 2007 | 651-58326 | May 15, 2007 | 10339 | Jun 09, 2007 | WATER/SOIL/LEAF ANA | Voucher | | | 84.00 |
| 14641 | Nov 16, 2007 | 651-58327 | May 15, 2007 | 10340 | Jun 09, 2007 | SOIL/LEAF/WATER/TISS | Voucher | | | 210.00 |
| 14641 | Nov 16, 2007 | 651-58545 | May 31, 2007 | 10521 | Jun 25, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 12,328.98 |
| 14815 | Dec 14, 2007 | 651-58610 | Jun 06, 2007 | 10579 | Jul 01, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 9,276.17 |
| 14815 | Dec 14, 2007 | 651-58845 | Jun 22, 2007 | 10708 | Jul 17, 2007 | RESPIRATOR/GLOVES/t | Voucher | | | 91.63 |
| 14815 | Dec 14, 2007 | 651-58858 | Jun 24, 2007 | 10745 | Jul 19, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 640.66 |
| | | | Total Gross: | 220,494.01 | Total Discount: | .00 | Total Net: | 220,494.01 | | 220,494.01 |
| Grand Totals: | | | Gross: | 588,890.41 | Discount: | .00 | Net: | 220,494.01 | | 588,890.41 |

# EXHIBIT B



**Anastassiou & Associates**
Attorneys at Law

**Salinas Office**
EFFIE F ANASTASSIOU
effieesq@salinasaglaw.com

**Associate Attorneys**
DENIS KLAVDIANOS
denisesq@salinasaglaw.com

SCOTT J ALLEN
scottesq@salinasaglaw.com

**Of Counsel**
ANTHONY CARY
anthonyesq@juno.com

SalinasAgLaw.com

Courier: 242 Capitol Street
Salinas, CA 93901
Mailing: P O Box 2210, Salinas, CA 93902

Tel (831) 754-2501
Fax: (831) 754-0621

**Pismo Beach Branch Office**
1035 Longview Avenue
Pismo Beach, CA*
Tel (805)773-0750
Fax (805) 773-0751
*All correspondence must
be sent to Salinas Office

**Of Counsel - Santa Maria**
RICHARD C BRENNEMAN
brenneman@bjalaw.net
Tel (805) 922-4553
Fax (805) 928-7262

January 10, 2008

**Via Facsimile and U. S. Mail**
Mr John Patino
Branch Manager
Western Farm Services, Inc
1335 West Main Street
Santa Maria, CA 93456

Mr. Jim Dana
Western Farm Services, Inc
712 East Chapel Street
Santa Maria, CA 93454

> Re:   **Oceano Packing Company, LLC v. Western Farm Services**
>        **Demand for Immediate Return of Agricultural Chemical and Fertilizers**

Dear Messrs Patino and Dana:

As you are aware, this law office represents Oceano Packing Company, LLC ("Oceano"), with respect to its claims against Western Farm Services, Inc ("Western") stemming from Western's sale of salmonella contaminated fertilizer to Oceano in 2007. Today, I received extremely disturbing news from my client regarding actions taken by Western shortly after Western received my January 9, 2008 settlement letter seeking amicable resolution of the disputes between the parties The details are set forth below and require immediate attention on your part

Today, Mr Darin Chebot, who was copied on my previous letter, "took the law into his own hands". He acted in a manner which is contrary to California law and which will subject Western to liability for trespass and conversion, among other claims. Specifically, Mr Chebot came out today to Oceano's leased property in Shandon, the Blech Ranch (the "Ranch"), and told the farm manager that he was coming to get Western agricultural chemical products because he had just learned from correspondence that Oceano "was not going to pay for them." Apparently, Mr Chebot was referring to my confidential settlement demand letter

1

Mr Chebot then proceeded to take a fertilizer tank off of the Ranch with 200 gallons of fertilizer still in it (as well as 3 empty tanks), and then to rummage through Oceano's chemical storage shed and to take a number of different agricultural chemicals which Mr Chebot told Oceano's farm manager that Oceano had "not paid Western for." In fact, it is not even clear that those products taken were sold to Oceano by Western, as Oceano also deals with many other vendors. Oceano's farm manager assumed that Mr. Chebot had been given authority to take this action by Oceano's management, and therefore allowed Mr. Chebot to proceed to take all of these items and leave the Ranch. He did have Mr Chebot sign a sheet describing what he took, which I will be forwarding to you tomorrow, immediately upon receipt.

In fact, Mr. Chebot's actions were not authorized by Oceano's management, and constituted trespass and conversion. In order to resolve my client's claims for trespass and conversion, Western must immediately return all of the agricultural chemicals and fertilizers that Western took off the Ranch today. I would expect that such action will be taken by tomorrow. If Western complies with this request, then my client will not seek damages for the actions which occurred today

You should be aware that under California law Oceano has a right to offset the large amount of damages it has suffered from the contaminated Salmonella fertilizer supplied by Western, against amounts owed to Western by Ocean for agricultural chemical supplied by Western. Under California Code of Civil Procedure §431 70, Oceano is specifically allowed to assert its claim relating to the Salmonella contamination as a defense against any claims made by Western for payment for the agricultural chemicals In addition, California Code of Civil Procedure §918 5 specifically authorizes a court to stay the enforcement of a judgment or order if the judgment debtor has another action pending on a disputed claim against the judgment creditor

Finally, acts of self help prohibited by California law are hardly a manner in which to conduct good faith settlement negotiations. My associate, Scott Allen, will be calling you tomorrow, to determine whether any settlement discussions will be able to proceed between Oceano and Western, or if court action is the only option.

ANASTASSIOU & ASSOCIATES

by: _____

Effie/F. Anastassiou
Attorneys for Oceano Packing
Company, LLC

cc:    Oceano Packing Company, LLC

Mr Darin Chebot
Western Farm Services, Inc.
2502 Oakwood Drive
Paso Robles, CA 93446
F:\OCA\Salmonella\Correspondence\Demand Letter Re Return of Products.wpd

2

# EXHIBIT C

Anastassiou & Associates
Attorneys at Law



**Salinas Office**
EFFIE F ANASTASSIOU
effieesq@salinasaglaw.com

**Associate Attorneys**
DENIS KLAVDIANOS
denisesq@salinasaglaw.com

SCOTT J ALLEN
scottesq@salinasaglaw.com

**Of Counsel**
ANTHONY CARY
anthonycesq@juno.com

SalinasAgLaw.com

Courier: 242 Capitol Street
Salinas, CA 93901
Mailing: P O Box 2210, Salinas, CA 93902

Tel (831) 754 2501
Fax: (831) 754-0621

January 11, 2008

**Pismo Beach Branch Office**
1035 Longview Avenue
Pismo Beach, CA*
Tel (805)773-0750
Fax (805) 773-0751
*All correspondence must
be sent to Salinas Office

**Of Counsel - Santa Maria**
RICHARD C BRENNEMAN
brenneman@bjalaw.net
Tel (805) 922-4553
Fax (805) 928-7262

**Via Facsimile and U. S. Mail**
Dale Dorfmeier, Esq.
Petrie, Dorfmeier and Morris
2014 Tulare Street, Suite 830
Fresno, California 93721
Telephone: 559-498-6522
Fax: 559-498-6516

Re:    Oceano Packing Company, LLC v. Western Farm Services, Inc.

Dear Mr. Dorfmeier:

This law firm represents Oceano Packing Company, LLC ("Oceano")  I was directed to you by Mr. John Patino of Western Farm Services, Inc. ("Western") and was told that you represent Western.

On January 9, 2008, our office sent Western a letter, a copy of which is attached hereto as Exhibit A, outlining the basis for a legal claim arising from Western's sale of salmonella-contaminated fertilizer to Oceano and outlining the terms of a proposed settlement of that claim

Please contact me as soon as possible and advise me whether or not Western is willing to negotiate a settlement of Oceano's salmonella claim in the manner outlined in my January 9, 2008 letter, or, alternatively, whether Oceano should proceed to file its claim.

As you can see, that January 9, 2008 letter was directed to John Patino and Jim Dana of Western, and copied to Mr. Darin Chebot, also an employee of Western  That letter was sent as a good faith offer by Oceano to resolve the salmonella claim amicably and without the need for litigation. However, yesterday, January 10, 2008, our office sent a letter (a copy of which is attached hereto as Exhibit B) to Western describing certain

1

unlawful actions taken by Mr. Darin Chebot in response to Oceano's good faith settlement proposal. As described more fully in that letter, Mr. Darin Chebot unlawfully "took the law into his own hands" by trespassing onto Oceano's leased ranch and removing property owned by Oceano without permission. Oceano's farm manager had Mr. Chebot initial a hand-written list (attached hereto as Exhibit C) of the property that Mr. Chebot took from the ranch. A typed version of that list is also attached hereto as Exhibit D for your reference.

Oceano hereby again demands that Western return the property that was unlawfully removed by Mr. Chebot. Further, I ask that you advise your client to refrain from any further unlawful acts of self-help. Any further unlawful acts of this sort will not be tolerated by Oceano and will serve as a basis for additional claims for damages against Western.

I look forward to your prompt response.

Very truly yours,

ANASTASSIOU & ASSOCIATES

By: _____

Scott J. Allen, Esq., Attorneys for
Oceano Packing Company, LLC

Enclosures as Stated

cc:    Oceano Packing Company, LLC

F:\OCA\Salmonella\Correspondence\01 11 08 Dorfmeier.wpd

2

EXHIBIT A



## Anastassiou & Associates
## Attorneys at Law

**Salinas Office**
EFFIE F ANASTASSIOU
effieesq@salinasaglaw.com

**Associate Attorneys**
DENIS KLAVDIANOS
denisesq@salinasaglaw.com

SCOTT J ALLEN
scottesq@salinasaglaw.com

**Of Counsel**
ANTHONY CARY
anthonycesq@juno.com

SalinasAgLaw.com

Courier: 242 Capitol Street
Salinas, CA 93901
Mailing: P O Box 2210, Salinas, CA 93902

Tel (831) 754-2501
Fax: (831) 754-0621

**Pismo Beach Branch Office**
1035 Longview Avenue
Pismo Beach, CA*
Tel. (805)773-0750
Fax (805) 773-0751
*All correspondence must
be sent to Salinas Office

**Of Counsel - Santa Maria**
RICHARD C BRENNEMAN
brenneman@bjalaw.net
Tel (805) 922-4553
Fax (805) 928-7262

### CONFIDENTIAL SETTLEMENT DEMAND

January 9, 2008

**Via Facsimile and U. S. Mail**
Mr John Patino
Branch Manager
Western Farm Services, Inc.
1335 West Main Street
Santa Maria, CA 93456

Mr. Jim Dana
Western Farm Services, Inc
712 East Chapel Street
Santa Maria, CA 93454

> **Re:    Oceano Packing Company, LLC v. Western Farm Services**
> **Salmonella Contamination**
> **Demand for Settlement**

Dear Messrs Patino and Dana:

This law office represents Oceano Packing Company, LLC ("Oceano"). Our law office has been retained to represent Oceano in connection with a legal claim against Western Farm Services, Inc. ("Western") stemming from Western's sale of salmonella-contaminated fertilizer to Oceano in 2007. The purpose of this letter is to outline the basis of Oceano's legal claim against Western and to propose the terms of a settlement in order to avoid the need for filing the claim in a court of law. The terms of this letter are confidential and for settlement only and may not be referred to in the event that this matter proceeds to litigation

## 1.    Basis of Oceano's Legal Claim Against Western.

On several occasions between about June 1, 2007 and August 13, 2007, Western sold to Oceano "True 10-5-2" fertilizer (the "True Fertilizer"). Copies of Western's invoices for the sale of the True Fertilizer to Oceano in 2007 are attached hereto as Exhibit A The

1

True Fertilizer was orally represented by Western to Oceano as being free of pathogens, such as salmonella. In addition, written representations were made to Oceano concerning the True Fertilizer. For example, on July 5, 2007, Western sent Oceano a letter from True Organics Products, Inc., the manufacturer of the True Fertilizer, a copy of which letter is attached hereto as Exhibit B. That letter represents, among other things, that all lots of True Fertilizer are tested by a certified lab and are not released for sale unless the lab certifies that the True Fertilizer is "negative" for pathogens, including salmonella.

During the 2007 growing season, several of Oceano's customers reported findings of positive testings of salmonella in Oceano's spinach and spring mix products, in connection with random laboratory testings performed by the customers for food safety purposes. The salmonella contaminated product was found by three separate customers of Oceano. Each of the three customers received Oceano's product independent of one another and drew the source samples from different locations. Given the finding of salmonella in produce by three different, unrelated, customers, Oceano concluded that it was unlikely that the source of the contamination was a cooler, transporter, or processing plant. Instead, Oceano concluded that the most likely source of the contamination came from Oceano itself.

Oceano then conducted an extensive investigation and testing to determine the likely source of the contamination. In connection therewith, Oceano tested, among other things, a sample from a lot of True Fertilizer purchased from Western. That testing revealed that the True Fertilizer sold by Western was contaminated by Salmonella. Attached hereto as Exhibit C is a copy of the laboratory test results showing that the True Fertilizer sample was contaminated by salmonella[1]. On the laboratory report, sample number 1, described as "P 072307 N #12A Sm. Opening in Bag" corresponds to the testing of a sample of the True Fertilizer sold to Oceano by Western. The report shows that sample number 1 (the True Fertilizer) tested positive for salmonella at a level of 0.020 MPN/g. As you can see from the test results (Exhibit C), Oceano's soil sample also tested positive for salmonella. Sample number 2 (the soil sample) tested positive for salmonella at a level of 0.17 MPN/g.

Based on the results of the extensive testing and investigation conducted by Oceano and its consultants, it appears that the True Fertilizer sold by Western is the most likely source of the salmonella in Oceano's fields and crops. Indeed, it appears that the True Fertilizer is the only identifiable source of the contamination. No other sources have been identified to date.

Due to the salmonella contamination of Oceano's crops that was first discovered by Oceano's customers, Oceano was forced to destroy product delivered to its customers and disc-under growing spinach and spring mix crops. Consequently, Oceano was unable to deliver sufficient, uncontaminated crops to meet the contract obligations that it had in place for the 2007 growing season. Between July and October of 2007, Oceano was 234,767

---

[1]Note that the laboratory erroneously identified "Scanlan Family Farms" as the laboratory's "customer." Scanlan Family Farms, a broker for an Oceano customer, merely referred Oceano to the laboratory. The test results do, in fact, reflect samples collected from Oceano's farms.

pounds short on its spinach contract with New Star, which represents lost revenue of $176,075.25 ($0.75 per pound of crop). (See Exhibit D hereto). Between June and October of 2007, Oceano was a total of 347,449 pounds short on its spinach and spring mix contract with State Garden, representing $260,586.75 in lost revenue. (See, Exhibit E hereto). Between July and November of 2007, Oceano was short a total of 849,295 pounds on its spinach and spring mix contract with Taylor Farms, which represents $636,971.30 in lost revenue. (See Exhibit F hereto).

Overall, as a result of the salmonella contamination, Oceano lost revenue totaling $1,073,633.30 during the 2007 growing season. This damage amount does not include Ocean's loss of goodwill with Oceano's customers, or the extensive costs of investigation and testing, including legal fees, that have been spent to date in connection with the Salmonella contamination.

Western is legally responsible for Oceano's damages due to the contaminated True Fertilizer. If required to file a lawsuit against Western, Oceano would most likely assert a number of legal claims against Western. Among those would be a claim that Western breached its warranty of "merchantability." Western's invoices for the sale of the True Fertilizer (Exhibit A hereto) constitute contracts for the sale of a good (True Fertilizer). Under California's Uniform Commercial Code, those contracts carried with them a warranty of "merchantability." (Uniform Commercial Code § 2314). Stated otherwise, by selling[2] the True Fertilizer to Oceano, Western warranted that the True Fertilizer was "fit for the ordinary purposes for which [the fertilizer] are used." (Uniform Commercial Code § 2314(2)(c)). The ordinary purpose for the fertilizer sold to Oceano is application to fields where leafy green vegetables are grown. Given the potential for spreading salmonella to leafy green vegetables, the presence of salmonella in True Fertilizer sold by Western clearly makes True Fertilizer unfit for its ordinary purpose. By selling contaminated True Fertilizer, therefore, Western breached its warranty to Oceano, and is liable to Oceano for Oceano's damages.

## 2.    Settlement Proposal.

As discussed above, Oceano has suffered significant economic damage exceeding $1,000,000, as a result of the salmonella-contaminated True Fertilizer that it purchased from Western. Clearly Western is legally responsible for Oceano's damages. However, in the hopes of maintaining its on-going business relationship with Western, rather than immediately filing a lawsuit against Western, Oceano has authorized me to make the following offer to settle its claims against Western:

Oceano will agree to forego legal action against Western if Western will agree to forgive Oceano's current outstanding account payable to Western, in the approximate

---

[2]You should note that the Uniform Commercial Code makes the "seller" of product responsible for the warranty of merchantability. A "seller" is someone who "sells or contracts to sell goods." (Uniform Commercial Code § 2103(1)(d)). Thus, the fact that Western sold the True Fertilizer to Oceano is sufficient to make Western liable for Oceano's damages. Liability for the defects in the True Fertilizer is not limited to the manufacturer of the True Fertilizer.

amount of $368,396.40 [3] A summary of the current outstanding invoices issued to Oceano by Western is attached hereto as Exhibit G. Once again, I would like to stress that Oceano's damages from the contaminated fertilizer are very large, totaling over $1,000,000. In order to avoid the time and inconvenience of litigation, and in the hopes of maintaining its business relationship with Western, Oceano is willing to waive its claims against Western in return for Western's agreement to forgive Oceano's current account payable to Western in the amount of $368,396.40.

This settlement proposal will remain open for a period of 15 days from the date of this letter. If this offer is not accepted within that time period, Oceano will take appropriate legal action. My associate, Scott Allen, will be following up with you further to discuss Western's position on this matter, and hopefully reach an amicable solution.

ANASTASSIOU & ASSOCIATES

by: _____

Effie F. Anastassiou
Attorneys for Oceano Packing
Company, LLC

Enclosures

cc:    Oceano Packing Company, LLC

Mr. Darin Chebot
Western Farm Services, Inc.
2502 Oakwood Drive
Paso Robles, CA 93446

F:\OCA\Salmonella\Correspondence\Demand Letter.wpd

---

[3]    A significant amount of the account payable to Western involves Western's sale of the contaminated True Fertilizer to Oceano. Western's invoices for sales of the True Fertilizer to Oceano in 2007 (Exhibit A hereto) total approximately $59,945.56

4

# EXHIBIT A



WESTERN
FARM SERVICE

*The Best People*
*The Best Products*
*The Best Service*



CUSTOMER ORIGINAL
SALES ARE COMMERCIAL TRANSACTION
TERMS: Unless otherwise specified, all bills
purchases made are payable in full upon receipt
the monthly billing statement. A FINANCE CHAR
will be assessed if payment of the new balar
shown on your monthly statement is not received
the date shown on the bottom of the statement

WESTERN FARM SERVICE, INC.
PASO ROBLES
2502 OAKWOOD DRIVE
PASO ROBLES, CA 93446
805-238-3825

Please mail remittance to:
FILE 7304
P.O. BOX 60000
SAN FRANCISCO, CA 94160-3041

| | |
|---|---|
| Due Date | 7/20/07 |
| Account No | 5121569 |
| W / O No. | 53792-0 D |
| Cust. P.O. | |
| Grower | |
| Ship Date | 5/31/07 |
| Ranch | |
| Crop | |
| Pest | |
| Acres | |
| Map | |
| Site ID | |
| Block | |
| Appl--Name | |
| Appl--LicD# | |
| Sales No. | 656 |
| Oper ID# | 40-07-48-22059 |

Invoice No | 651- 58553
Invoice Date | 6/01/07

Rec Made----)N1

OCEANO PACKING CO LLC

P O BOX 458
OCEANO          CA 93445

| Quantity | Product Description / EPA# | Tax Code | Price | Amount | Gals. | | Price/Gal, |
|---|---|---|---|---|---|---|---|
| | | | Dry | | Rig | State 04  Sls 651  Whs 651 | |
| 23100.00 LB | 6401050 TRUE 10-5-2 BULK BAGS | N | 706.0976 /TN | 8,155.43 N | | | |
| OR  11.5500 TNS | | | | | | | |

| GROSS AMOUN | TAX | LESS PRE-PAID | INVOICE TOTAL |
|---|---|---|---|
| 8,155.43 | .00 | | 8,155.43 |

THANK YOU FOR BUYING FROM WESTERN FARM SERVICE, INC WE APPRECIATE YOUR BUSINESS.





**WESTERN FARM SERVICE**

The Best People
The Best Products
The Best Service



**INVOICE**

CUSTOMER ORIGINAL
SALES ARE COMMERCIAL TRANSACTIONS
TERMS: Unless otherwise specified all bills for purchases made are payable in full upon receipt of the monthly billing statement A FINANCE CHARGE will be assessed if payment of this new balance shown on your monthly statement is not received by the date shown on the bottom of the statment

WESTERN FARM SERVICE, INC.
PASO ROBLES
2502 OAKWOOD DRIVE
PASO ROBLES, CA 93446
805-238-3825

Please mail remittance to:
FILE 73041
P.O. BOX 60000
SAN FRANCISCO, CA 94160-3041

| | |
|---|---|
| Due Date | 7/20/07 |
| Account No. | 5121569 |
| W / O No. | 53800-0 D |
| Cust. P.O. | |
| Grower | |
| Ship Date | 5/31/07 |
| Ranch | |
| Crop | |
| Pest | |
| Acres | |
| Man | |
| Site ID | |
| Block | RANCH 25 |
| Appl-Name | |
| Appl-LicDt | |
| Sales No. | 656 |
| Oper ID# | 40-07-40-22059 |

Invoice No. | 651- 58554
Invoice Date | 6/01/07

Rec Made——>NI

OCEANO PACKING CO LLC

PO BOX 458
OCEANO                    CA  93445

| | Quantity | | Product Description / EPA# | Tax Code | Price | Amount | | Gals. | | | | Price/Gal. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Drv | | Rtg | | State 04 | Sls 651 | Whs 651 | | |
| | 22880.00 | LB | 6401050 TRUE 10-5-2 BULK BAGS | N | 706.0976 /TN | 8,077.76 | N | | | | | | |
| OR | 11.4400 | TNS | | | | | | | | | | | |

| GROSS AMOUNT | TAX | LESS PRE-PAID | INVOICE TOTAL |
|---|---|---|---|
| 8,077.76 | .00 | | 8,077.76 |

THANK YOU FOR BUYING FROM WESTERN FARM SERVICE, INC WE APPRECIATE YOUR BUSINESS.





 **INVOICE**

WESTERN
FARM SERVICE

*The Best People*
*The Best Products*
*The Best Service*

**CUSTOMER ORIGINAL**
SALES ARE COMMERCIAL TRANSACTION
TERMS: Unless otherwise specified all bills
purchases made are payable in full upon receipt
the monthly billing statement. A FINANCE CHARG
will be assessed if payment of the new bala
shown on your monthly statement is not received
the date shown on the bottom of the statement

WESTERN FARM SERVICE, INC.
PASO ROBLES
2502 OAKWOOD DRIVE
PASO ROBLES, CA 93446
805-238-3825

Please mail remittance to:
FILE 7304:
P.O. BOX 30000
SAN FRANCISCO, CA 94160-3041

| | |
|---|---|
| Due Date | 7/20/07 |
| Account No | 5121569 |
| W/O No. | 53803-0 D |
| Cust. P.O. | |
| Broker | |
| Ship Date | 5/31/07 |

Invoice No | 651- 58567
Invoice Date | 6/04/07

DCEANO PACKING CO LLC

PO BOX 458
OCEANO                CA 93445

Rec Made----)NI

| | |
|---|---|
| Ranch | |
| Crop | |
| Pest | |
| Acres | |
| Map | |
| Site ID | |
| Block | |
| Appl--Name | |
| Appl-LicDt | |
| Sales No. | 656 |
| OperID# | 40-07-40-22059 |

| Quantity | Product Description / EPA# | Tax Code | Price | Amount | ( | Bals. | | | Price/Gal. ) |
|---|---|---|---|---|---|---|---|---|---|
| 16100.00 LB | 6401050 TRUE 10-5-2 BULK BAGS | N | Dry 706.0976 /TN | 5,684.09 N | Rig | State 04 | Sls 651 | Whs 651 | |
| OR 8.0500 TNS | | | | | | | | | |

| GROSS AMOUNT | TAX | LESS PRE-PAID | INVOICE TOTAL |
|---|---|---|---|
| 5,684.09 | .00 | | 5,684.09 |

THANK YOU FOR BUYING FROM WESTERN FARM SERVICE, INC WE APPRECIATE YOUR BUSINESS.



*The Best People*
*The Best Products*
*The Best Service*



CUSTOMER ORIGINAL

SALES ARE COMMERCIAL TRANSACTIONS
TERMS: Unless otherwise specified all bills for purchases made are payable in full upon receipt of the monthly billing statement. A FINANCE CHARGE will be assessed if payment of the new balance shown on your monthly statement is not received by the date shown on the bottom of the statment

WESTERN FARM SERVICE, INC.
PASO ROBLES
2502 OAKWOOD DRIVE
PASO ROBLES, CA 93446
805-238-3825

Please mail remittance to:
FILE 73041
P.O. BOX 60000
SAN FRANCISCO, CA 94160-3041

| | |
|---|---|
| Due Date | 7/20/07 |
| Account No | 5121569 |
| W / O No. | 53812-0 D |
| Cust. P.O. | |
| Grower | |
| Ship Date | 6/01/07 |
| Ranch | |
| Crop | |
| Pest | |
| Acres | |
| Map | |
| Site ID | |
| Block | RANCH 25 |
| Appl-Name | |
| Appl-LicDt | |
| Sales No. | 656 |
| Oper ID# | 40-07-40-22059 |

Invoice No | 651- 56650
Invoice Date | 6/07/07

Rec Made---)N1

OCEANO PACKING CO LLC

PO BOX 458
OCEANO          CA 93445

DIRECT SHIPMENT TO RANCH 25

| Quantity | | Product Description / EPA# | Tax Code | Price | Amount | ( Gals. | | | Price/Gal. ) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Dry | | Rig | State 04 | Sls 651 | Whs 651 |
| 52200.00 | LB | 6401050 TRUE 10-5-2 BULK BAGS | N | 706.0976 /TN | 18,428.15 N | | | | |
| JR 26.1000 | TNS | | | | | | | | |

1040

| GROSS AMOUNT | TAX | LESS PRE-PAID | INVOICE TOTAL |
|---|---|---|---|
| 18,428.15 | .00 | | 18,428.15 |

THANK YOU FOR BUYING FROM WESTERN FARM SERVICE, INC WE APPRECIATE YOUR BUSINESS.



**WESTERN FARM SERVICE**

*The Best People*
*The Best Products*
*The Best Service*



INVOICE

CUSTOMER ORIGINAL

SALES ARE COMMERCIAL TRANSACTIONS
TERMS: Unless otherwise specified all bills to purchases made are payable in full upon receipt of the monthly billing statement. A FINANCE CHARGE will be assessed if payment of the new balance shown on your monthly statement is not received by the date shown on the bottom of the statement

WESTERN FARM SERVICE, INC.
PASO ROBLES
2502 OAKWOOD DRIVE
PASO ROBLES, CA 93446
805-238-3825

Please mail remittance to:
FILE 73041
P.O. BOX 60000
SAN FRANCISCO, CA 94160-3041

| | |
|---|---|
| Due Date | 9/20/07 |
| Account No | 5121569 |
| W / O No. | 54500-0 D |
| Cust. P.O. | |
| Grower | |
| Ship Date | 7/27/07 |
| Ranch | |
| Crop | |
| Pest | |
| Acres | |
| Map | |
| Site ID | |
| Block | |
| Appl-Name | |
| Appl-LicDt | |
| Sales No. | E56 |
| OperID# | 40-07-40-22059 |

Invoice No | 651- 59313
Invoice Date | 7/31/07

Rec Made----)NI

OCEANO PACKING CO LLC

PO BOX 458
OCEANO            CA 93445

| Quantity | Product Description / EPA# | Tax Code | Price | Amount | ( | Sals. | Price/Bal. ) |
|---|---|---|---|---|---|---|---|
| | | | Drv | | Rig | State 04   Sls 651 | Whs 651 |
| 4580.00  LB | 6401050 TRUE 10-5-2 BULK BAGS | N | 732.9113 /TN | 1,678.37 N | | | |
| R  2.2900  TNS | | | | | | | |

| GROSS AMOUNT | TAX | LESS PRE-PAID | INVOICE TOTAL |
|---|---|---|---|
| 1,678.37 | .00 | | 1,678.37 |

THANK YOU FOR BUYING FROM WESTERN FARM SERVICE, INC WE APPRECIATE YOUR BUSINESS .



**WESTERN FARM SERVICE**

The Best People
The Best Products
The Best Service



INVOICE

CUSTOMER ORIGINAL

SALES ARE COMMERCIAL TRANSACTION
TERMS: Unless otherwise specified, all bills
purchases made are payable in full upon receipt
the monthly billing statement. A FINANCE CHARG
will be assessed if payment of the new baler
shown on your monthly statement is not received
the date shown on the bottom of the statement

WESTERN FARM SERVICE, INC.
PASO ROBLES
2502 OAKWOOD DRIVE
PASO ROBLES, CA 93446
805-238-3825

Please mail remittance to:
FILE 73041
P.O. BOX 60000
SAN FRANCISCO, CA 94160-3041

| | |
|---|---|
| Invoice No | 651-- 59389 |
| Invoice Date | 8/13/87 |

| | |
|---|---|
| Due Date | 9/20/87 |
| Account No | 5121569 |
| W / D No. | 54645-0 D |
| Cust. P.O. | |
| Grower | |
| Ship Date | 8/01/87 |
| Ranch | |
| Crop | |
| Pest | |
| Acres | |
| Map | |
| Site ID | |
| Block | DIRECT SHIPMENT R25 |
| Appl-Name | |
| Appl-LicDt | |
| Sales No. | 656 |
| OperID# | 40 87-40-22059 |

Rec Made----)N1

OCEANO  PACKING  CO  L C

PO  BOX  458
OCEANO

CA   93445

DIRECT SHIPMENT TO RANCH 25

| Quantity | Product Description  / EPA# | Tax Code | Price | Amount | ( Gals. | | Price/Bal. ) |
|---|---|---|---|---|---|---|---|
| 50760.00   LB | 6401050 TRUE 10-5-2 BULK BAGN | N | Dry 706.0976 /TN | 17,920.76  N | Rig | State 84   S1s 651 | Whs 651 |
| OR  25.3800  TNS | | | | | | | |

| GROSS AMOUNT | TAX | LESS PRE-PAID | INVOICE TOTAL |
|---|---|---|---|
| 17,920.76 | .00 | | 17,920.76 |

THANK YOU FOR BUYING FROM WESTERN FARM SERVICE, INC WE APPRECIATE YOUR BUSINESS.

1040



# EXHIBIT B

07/05/2007 09:51 FAX 5054890191     PHELAN&TAYLOR     @002
Jul  5  2007  8:49AM     STERN FARM SERVICE, INC     No.8442    P 2



TRUE
ORGANIC PRODUCTS, INC

January 16, 2007

To Whom It May Concern:

True Organic Products, Inc. prides itself on manufacturing 100% organic pelleted and liquid fertilizers. Our products do not contain any ammonia or non-protein forms of Nitrogen. We have files and receipts available for all inputs made to manufacture all of our fertilizers. We have been inspected by both the CDFA and the Natural Selection Group receiving excellent reviews from both organizations. We guarantee our products only contain NOP allowed ingredients.

True organic Products, Inc. uses the windrow compost process for our aged chicken litter. NOP Rule: Section 205.203 (c) states: Animal and plant materials produced through a process that: (i) establish an initial C:N ration between 25:1 and 40:1, (ii) maintain a temperature between 131 °F and 170 °F for fifteen days using a windrow pile system. By utilizing the above process, our products containing chicken litter are considered a compost material and are not subject to the 120 day prior to harvest rule. We also carry a number of pelleted 100% organic fertilizers which do not contain any composted chicken litter and are also able to be applied to crops at any time.

In the process of pelleting our products, the temperature ranges between 195 °F and 205 °F. In the drying process, the temperature is maintained at a minimum of 350 °F for approximately 30 minutes to dry the material to a moisture level of less the 12%. Our liquid fertilizers are heated in excess of 150 °F for a minimum of 48 hours. Our manufacturing processes exceed all minimum standards for pathogen elimination.

All of our organic fertilizers are assigned lot numbers and are not released for sale until we receive a COA from a certified lab resulting in negative results for EHEC, E coli 0157, and Salmonella. The COA will accompany each load of fertilizer along with the bill of lading. If you have any further questions, please feel free to call.

Best regards,

Jake Evans

PO Box 124    Helm, CA  93627
Office: (559) 866-3001    Fax: (559) 866-3003

# EXHIBIT C



# Analytical Results

6215 W Van Buren, Phoenix, AZ 85043, Phone 602/385-4030 Fax 602/385-4037

| | |
|---|---|
| Contact: | Mike Scanlan · Samantha Scanlan |
| Customer: | SCANLAN FAMILY FARMS |
| | 11566 Hidden Hills Rd |
| | Carmel Valley, CA 93924 |
| Phone: | 831-659-1562 |
| Fax: | 831-659-5674 |

**Report Number:** 07-51937

**Report Date:** 9/7/2007

| | |
|---|---|
| Samples Received: | 09/01/2007 |
| Start of Testing: | 09/01/2007 |
| Check Number: | |
| PO Number: | |

| Billing Code | Sample Date | Sample Number | Sample Description | Analyses · FSNS Method Number | Result | Units |
|---|---|---|---|---|---|---|
| SAL23 | 8/21/2007 | 1 | P 072307 N #12A Sm. Opening in Bag Composite Type: None | Salmonella MPN #30 1 (USDA-FSIS) | 0 020 | MPN/g |
| SAL23 | 8/21/2007 | 2 | A23 #2 Soil Composite Type: None | Salmonella MPN #30 1 (USDA-FSIS) | 0 17 | MPN/g |

| | |
|---|---|
| Sample Temperature Upon Receipt: | Room Temperature |
| Remarks: | Printed on: 01/07/2008 12:20:04 PM |

Supervisor Approval By:  David Bosco

Signature:

# EXHIBIT D

# NEW STAR  JULY 2007--SEPT 2007

## SPINACH  25,000 LBS

| | | LBS | CONTRACT O/S |
|---|---|---|---|
| 7/3-7/8 | | 33888 | 8888 |
| 7/9-7/15 | | 0 | -25000 |
| 7/16-7/22 | | 0 | -25000 |
| 7/23-7/29 | | 10384 | -14616 |
| 7/30-8/5 | | 7360 | -17640 |
| 8/6-8/12 | | 0 | -25000 |
| 8/13-8/19 | | 40798 | 15798 |
| 8/20-8/26 | | 0 | -25000 |
| 8/27-9/2 | | 0 | -25000 |
| 9/3-9/9 | | 8952 | -16048 |
| 9/10-9/16 | | 7710 | -17290 |
| 9/17-9/23 | | 8885 | -16115 |
| 9/24-9/30 | | 7380 | -17620 |
| 10/1-10/7 | | 15490 | -9510 |
| 10/8-10/14 | | 9792 | -15208 |
| 10/15-10/21 | | 20082 | -4918 |
| 10/22-10/29 | | 19512 | -5488 |
| | | | |
| TOTAL | | 190233 | -234767 |

PER DOUG-DUMP LOAD

# EXHIBIT E

# STATE GARDEN JULY 25 2006—SEPT 2007

| | SPINACH LBS | REJ | O/S CONTRACT | SPRING MIX LBS | REJ | O/S CONTRACT | TOTAL LBS | 100,000 |
|---|---|---|---|---|---|---|---|---|
| 6/25-7/2 | 22571 | 8723 | -9429 | 35098 | 16521 | -32912 | 57659 | -42341 |
| 7/3-7/8 | 26866 | | -5134 | 50892 | 153 | -17108 | 77758 | -22242 |
| 7/9-7/15 | 26294 | | -5706 | 44779 | 9154 | -23221 | 71073 | -28927 |
| 7/16-7/22 | 12826 | | -19174 | 32432 | 14511 | -35568 | 45258 | -54742 |
| 7/23-7/29 | 34536 | | 2536 | 58341 | 3505 | -9659 | 92877 | -7123 |
| 7/30-8/5 | 32193 | | 193 | 57454 | | -10546 | 89647 | -10353 |
| 8/6-8/12 | 39454 | 13392 | 7454 | 57486 | | -10514 | 93940 | -3060 |
| 8/13-8/19 | 47655 | | 15655 | 54521 | | -13479 | 102176 | 2176 |
| 8/20-8/26 | 60649 | | 28649 | 79277 | 2266 | 11277 | 139926 | 39926 |
| 8/27-9/2 | 50779 | | 18779 | 67403 | 2699 | -597 | 118182 | 18182 |
| 9/3-9/9 | 30750 | | -1250 | 50347 | 6454 | -17653 | 81097 | -18903 |
| 9/10-9/16 | 11487 | | -20513 | 53516 | | -14484 | 66003 | -34997 |
| 9/17-9/23 | 6351 | | -25649 | 66925 | | -1075 | 73276 | -26724 |
| 9/24-9/30 | 20323 | | -11677 | 44405 | | -23595 | 64728 | -35272 |
| 10/1-10/7 | 19803 | | -12197 | 45271 | | -22729 | 65074 | -34926 |
| 10/8-10/14 | 15396 | | -16604 | 46059 | | -21941 | 61455 | -38545 |
| 10/15-10/21 | 26160 | | -5840 | 53971 | | -14029 | 80121 | -19879 |
| 10/22-10/28 | 38614 | | 6514 | 31787 | | -36213 | 70301 | -28689 |
| TOTAL LBS 6/25-10/28 | 522597 | 22115 | -53403 | 929954 | 42203 | -294046 | 1452551 | -347449 |

CONTRACT SHORT @ $.75 LBS
SPINACH       $   40,052.25
SPRING MIX    $  220,534.50
TOTAL         $  260,586.75

# EXHIBIT F

# TAYLOR FARMS
## ORGANIC CONTRACT 7/01/2007-11/25/07

| WEEK BEGINNING | INVOICE NUMBER | TOTAL LBS | SPINACH CONTRACT 40,000 LBS CONTRACT O/S | rejected | SPRING MIX CONTRACT 30,000 LBS TOTAL LBS | CONTRACT O/S | rejected | GRAND TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| JULY | | | | | | | | | |
| 7/1-7/7 | 100428 | 34330 | -5670 | 0 | 43548 | 13548 | 0 | 77878 | |
| 7/8-7/14 | 100433 | 25467 | -14533 | 0 | 42593 | 12593 | 1097 | 68060 | arugula |
| 7/15-7/21 | 100434 | 35738 | -4262 | 0 | 40603 | 10603 | 0 | 76341 | |
| 7/22-7/28 | 100439 | 39280 | -720 | 0 | 44886 | 14886 | 0 | 84166 | |
| 7/29-8/4 | 100441 | 42858 | 2858 | 0 | 30482 | 482 | 2301 | 73340 | green romaine |
| CONTRACT SHORT | | | -22327 | | OVER | 52112 | 3398 | | |
| AUGUST | | | | | | | | | |
| 8/5-8/11 | 100445 | 0 | -40000 | 0 | 26462 | -3538 | 0 | 26462 | |
| 8/12-8/18 | 100451 | 0 | -33194 | 6806 | 13670 | -16330 | 0 | 13670 | spinach |
| 8/20-8/26 | | 0 | -40000 | 0 | 0 | -30000 | 0 | 0 | |
| 8/27-9/2 | | 0 | -40000 | 0 | 0 | -30000 | 0 | 0 | |
| CONTRACT SHORT | | | -160000 | | | -79868 | | | |
| SEPTEMBER | | | | | | | | | |
| 9/3-9/9 | | 0 | -40000 | 0 | 0 | -30000 | 0 | 0 | |
| 9/10-9/16 | 100483 | 10380 | -29620 | 0 | 31800 | 1800 | 0 | 42180 | |
| 9/17-9/23 | | 0 | -40000 | 0 | 0 | -30000 | 0 | 0 | |
| 9/24-9/30 | 100514 | 16442 | -23558 | 0 | 0 | -30000 | 0 | 16442 | |
| CONTRACT SHORT | | | -133178 | | | -88200 | | 16442 | |

| OCTOBER | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/1-10/7 | 100508 | 10635 | -29366 | 0 | 3545 | -26455 | 0 | 14180 |
| 10/8-10/13 | 100613 | 12003 | -27997 | 0 | 4383 | -25617 | 0 | 16386 |
| 10/14-10/20 | 100523 | 39007 | -993 | 0 | 6333 | -23667 | 0 | 45340 |
| CONTRACT SHORT | | | -58355 | | | -75739 | | |
| NOVEMBER | | | | | | | | |
| 10/22-10/28 | 100531 | 34911 | -5089 | 0 | 2143 | -27857 | 0 | 37054 |
| 10/29-11/4 | | 0 | -40000 | 0 | 0 | -30000 | 0 | 0 |
| 11/5-11/11 | 100542 | 38986 | -1014 | 0 | 0 | -30000 | 0 | 38986 |
| 11/12-11/18 | 100547 | 22846 | -17154 | 0 | 19486 | -10514 | 0 | 42332 |
| 11/19-11/25 | | 0 | -40000 | 0 | 0 | -30000 | 0 | 0 |
| CONTRACT SHORT | | | -103257 | | | -128371 | | |
| GRAND TOTAL | | 362883 | | 309934 | | | | 672817 |

| TOTAL | | | | |
|---|---|---|---|---|
| **CONTRACT SHORT** | | | | |
| spinach | lbs | price $.75 | | |
| Jul-07 | 22,327 | $ | 16,745.25 | |
| Aug-07 | 160,000 | $ | 120,000.00 | |
| Sep-07 | 133,178 | $ | 99,883.50 | |
| Oct-07 | 58,355 | $ | 43,766.25 | ONLY HAS 10/1-10/21 |
| Nov-07 | 103,257 | $ | 77,442.75 | |
| | | | | |
| spring mix | | | | |
| Jul-07 | 0 | 0 | | |
| Aug-07 | 79,868 | $ | 59,901.00 | |
| Sep-07 | 88,200 | $ | 66,150.00 | |
| Oct-07 | 75,739 | $ | 56,804.25 | ONLY HAS 10/1-10/21 |
| Nov-07 | 128,371 | $ | 96,278.25 | |
| | | | | |
| **CONTRACT SHORT** | INVOICE # | | | |
| Jul-07 | 100497 | $ | 16,745.25 | |
| Aug-07 | 100500 | $ | 179,901.00 | |
| Sep-07 | 100501 | $ | 166,033.50 | |
| Oct-07 | 100524 | $ | 100,570.50 | |
| Nov-07 | 100556 | $ | 173,721.00 | |

# EXHIBIT G

Purc e Orders, Unpaid Vouchers and Paym s
OCEANO PACKING COMPANY LLC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Src | PO # | PO Date | Net/Paid |
|-------|-----------|-----------|-------------|---------|----------|-----------------|-----|------|---------|---------|
| WESTERN FARM SERVICE | | | ID: W010 | | | | | | | |
| Unpaid Vouchers | | | | | | | | | | |
| | | 651-56948 | Sep 23, 2007 | 11918 | Oct 18, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 17,161.65 |
| | | 651-57484 | Feb 13, 2007 | 9291 | Mar 10, 2007 | GREEN ONIONS-SHANE | Voucher | | | 583.09 |
| | | 651-57784 | Mar 23, 2007 | 9695 | Apr 17, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 4,269.85 |
| | | 651-57932 | Apr 10, 2007 | 9956 | May 05, 2007 | FERTILIZERS | Voucher | | | 532.95 |
| | | 651-58360 | May 17, 2007 | 10358 | Jun 11, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 800.65 |
| | | 651-58386 | May 21, 2007 | 10385 | Jun 15, 2007 | FERTILIZER | Voucher | | | 15,555.00 |
| | | 651-58387 | May 21, 2007 | 10386 | Jun 15, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 351.48 |
| | | 651-58388 | May 21, 2007 | 10387 | Jun 15, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,535.80 |
| | | 651-58389 | May 21, 2007 | 10388 | Jun 15, 2007 | ONIONS SEED | Voucher | | | 1,565.89 |
| | | 651-58390 | May 21, 2007 | 10384 | Jun 15, 2007 | ONIONS SEED | Voucher | | | 1,884.25 |
| | | 651-58436 | May 16, 2007 | 10404 | Jun 10, 2007 | RANCH 26 | Voucher | | | 7,024.34 |
| | | 651-58454 | May 23, 2007 | 10421 | Jun 17, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 10,097.16 |
| | | 651-58455 | May 23, 2007 | 10420 | Jun 17, 2007 | HERBICIDES | Voucher | | | 2,144.23 |
| | | 651-58483 | May 29, 2007 | 10441 | Jun 23, 2007 | FERTILIZER | Voucher | | | 15,457.99 |
| | | 651-58553 | Jun 01, 2007 | 10520 | Jun 26, 2007 | FERTILIZER | Voucher | | | 8,155.43 |
| | | 651-58554 | Jun 01, 2007 | 10519 | Jun 26, 2007 | FERTILIZERS | Voucher | | | 8,077.76 |
| | | 651-58567 | Jun 04, 2007 | 10526 | Jun 29, 2007 | FERTILIZER | Voucher | | | 5,684.09 |
| | | 651-58650 | Jun 07, 2007 | 10625 | Jul 02, 2007 | RANCH 25-FERTILIZERS | Voucher | | | 18,429.15 |
| | | 651-58651 | Jun 07, 2007 | 10626 | Jul 02, 2007 | HERBICIDES | Voucher | | | 1,168.30 |
| | | 651-58706 | Jun 14, 2007 | 10639 | Jul 09, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 4,960.20 |
| | | 651-58809 | Jun 20, 2007 | 10690 | Jul 15, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 9,456.13 |
| | | 651-58906 | Jun 28, 2007 | 10753 | Jul 23, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 11,069.89 |
| | | 651-58976 | Jul 03, 2007 | 10840 | Jul 28, 2007 | HERBICIDES | Voucher | | | 1,516.92 |
| | | 651-59020 | Jul 09, 2007 | 10902 | Aug 03, 2007 | FERTILIZERS | Voucher | | | 1,990.24 |
| | | 651-59033 | Jul 11, 2007 | 10913 | Aug 05, 2007 | FERTILIZER | Voucher | | | 14,556.82 |
| | | 651-59099 | Jul 12, 2007 | 10938 | Aug 06, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,451.33 |
| | | 651-59137 | Jul 16, 2007 | 11024 | Aug 10, 2007 | FERTILIZERS | Voucher | | | 272.87 |
| | | 651-59173 | Jul 18, 2007 | 11001 | Aug 12, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,795.47 |
| | | 651-59174 | Jul 19, 2007 | 11002 | Aug 13, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 8,522.38 |
| | | 651-59225 | Jul 24, 2007 | 11037 | Aug 18, 2007 | FERTILIZERS | Voucher | | | 995.12 |
| | | 651-59312 | Jul 26, 2007 | 11126 | Aug 20, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 2,954.99 |
| | | 651-59313 | Jul 31, 2007 | 11127 | Aug 25, 2007 | FERTILIZER | Voucher | | | 1,876.37 |
| | | 651-59314 | Jul 31, 2007 | 11128 | Aug 25, 2007 | FERTILIZER | Voucher | | | 1,990.24 |
| | | 651-59338 | Aug 01, 2007 | 11218 | Aug 26, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 749.06 |
| | | 651-59340 | Aug 01, 2007 | 11220 | Aug 26, 2007 | FERTILIZER | Voucher | | | 8,028.33 |
| | | 651-59389 | Aug 13, 2007 | 11297 | Sep 07, 2007 | FERTILIZER | Voucher | | | 17,920.76 |
| | | 651-59390 | Aug 13, 2007 | 11298 | Sep 07, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 7,393.08 |
| | | 651-59391 | Aug 13, 2007 | 11299 | Sep 07, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 14,556.89 |
| | | 651-59432 | Aug 17, 2007 | 11355 | Sep 11, 2007 | HERBICIDES | Voucher | | | 1,932.25 |
| | | 651-59433 | Aug 17, 2007 | 11356 | Sep 11, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 7,379.51 |
| | | 651-59467 | Aug 22, 2007 | 11370 | Sep 16, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,817.02 |
| | | 651-59478 | Aug 26, 2007 | 11420 | Sep 20, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,851.95 |
| | | 651-59499 | Aug 30, 2007 | 11513 | Sep 24, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 764.53 |
| | | 651-59501 | Aug 30, 2007 | 11515 | Sep 24, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 5,066.24 |
| | | 651-59524 | Sep 05, 2007 | 11659 | Sep 30, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,667.27 |
| | | 651-59525 | Sep 05, 2007 | 11660 | Sep 30, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 545.10 |
| | | 651-59539 | Sep 07, 2007 | 11653 | Oct 02, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 14,536.13 |
| | | 651-59561 | Sep 12, 2007 | 11661 | Oct 07, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,112.47 |
| | | 651-59562 | Sep 12, 2007 | 11662 | Oct 07, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,228.40 |
| | | 651-59563 | Sep 12, 2007 | 11663 | Oct 07, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 459.48 |
| | | 651-59572 | Sep 13, 2007 | 11654 | Oct 08, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 15,496.71 |
| | | 651-59573 | Sep 13, 2007 | 11655 | Oct 08, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 3,233.84 |
| | | 651-59574 | Sep 13, 2007 | 11656 | Oct 08, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 10,129.88 |
| | | 651-59575 | Sep 13, 2007 | 11657 | Oct 08, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 7,589.89 |
| | | 651-59583 | Sep 14, 2007 | 11728 | Oct 09, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 14,629.60 |
| | | 651-59604 | Sep 21, 2007 | 11879 | Oct 16, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 6,071.95 |
| | | 651-59605 | Sep 21, 2007 | 11880 | Oct 16, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 21,482.49 |

Purchase Orders, Unpaid Vouchers and Payments
OCEANO PACKING COMPANY LLC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Src | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| WESTERN FARM SERVICE | | ID: W010 | | | | | | | | |
| **Unpaid Vouchers** | | | | | | | | | | |
| | | 651-59622 | Sep 23, 2007 | 11878 | Oct 18, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,147.71 |
| | | 651-59689 | Oct 02, 2007 | 11899 | Oct 27, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,199.77 |
| | | 651-59723 | Oct 05, 2007 | 12012 | Oct 30, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 21.06 |
| | | 651-59757 | Oct 11, 2007 | 12013 | Nov 05, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 15,617.42 |
| | | 651-59777 | Oct 15, 2007 | 12074 | Nov 09, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 866.98 |
| | | 651-60118 | Dec 04, 2007 | 12588 | Dec 29, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 250.70 |
| | | | Total Gross: | | 368,396.40  Total Discount: | 00 | Total Net: | | 00 | 368,396.40 |
| **Paid Voucher** | | | | | | | | | | |
| 12241 | Apr 06, 2007 | 651-57253 | Dec 11, 2006 | 7982 | Jan 05, 2007 | SOIL/LEAF/WATER/TISS | Voucher | | | 384.00 |
| 12271 | Apr 13, 2007 | 651-57398 | Jan 22, 2007 | 8840 | Feb 16, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 774.97 |
| 12271 | Apr 13, 2007 | 651-57403 | Jan 24, 2007 | 8860 | Feb 18, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 498.63 |
| 12271 | Apr 13, 2007 | 651-57419 | Jan 30, 2007 | 8915 | Feb 24, 2007 | PQC BAIT | Voucher | | | 672.01 |
| 12490 | Jun 01, 2007 | 609-240494 | Feb 09, 2007 | 9229 | Mar 06, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,433.02 |
| 12490 | Jun 01, 2007 | 609-240972 | Feb 16, 2007 | 9282 | Mar 13, 2007 | FERTILIZER - 129 SIDEM | Voucher | | | 1,967.18 |
| 12490 | Jun 01, 2007 | 609-241742 | Feb 21, 2007 | 9522 | Mar 18, 2007 | FERTILIZERS | Voucher | | | 4,874.00 |
| 12635 | Jun 15, 2007 | 651-57404 | Jan 24, 2007 | 10259 | Feb 18, 2007 | ONIONS | Voucher | | | 598.53 |
| 12635 | Jun 15, 2007 | 651-57430 | Feb 01, 2007 | 9004 | Feb 26, 2007 | BIOLIZER | Voucher | | | 668.33 |
| 12635 | Jun 15, 2007 | 651-57431 | Feb 01, 2007 | 9003 | Feb 26, 2007 | PQC BAIT | Voucher | | | 672.01 |
| 12635 | Jun 15, 2007 | 651-57483 | Feb 13, 2007 | 9290 | Mar 10, 2007 | GREEN ONIONS-SHANE | Voucher | | | 485.88 |
| 12635 | Jun 15, 2007 | 651-57491 | Feb 16, 2007 | 9231 | Mar 13, 2007 | HERBICIDES/ MISC | Voucher | | | 940.08 |
| 12667 | Jun 29, 2007 | 651-57508 | Feb 20, 2007 | 9283 | Mar 17, 2007 | FERTILIZERS | Voucher | | | 12,132.13 |
| 12667 | Jun 29, 2007 | 651-57509 | Feb 20, 2007 | 9509 | Mar 17, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 297.42 |
| 12667 | Jun 29, 2007 | 651-57519 | Feb 21, 2007 | 9295 | Mar 18, 2007 | HERBICIDES | Voucher | | | 3,485.90 |
| 12667 | Jun 29, 2007 | 651-57565 | Mar 03, 2007 | 9465 | Mar 28, 2007 | RUSSELL GREEN ONIOI | Voucher | | | 569.62 |
| 12667 | Jun 29, 2007 | 651-57566 | Mar 03, 2007 | 9466 | Mar 28, 2007 | BLECH GREEN ONION | Voucher | | | 671.63 |
| 12667 | Jun 29, 2007 | 651-57567 | Mar 03, 2007 | 9467 | Mar 28, 2007 | HERBICIDES | Voucher | | | 1,481.36 |
| 12667 | Jun 29, 2007 | 651-57568 | Mar 03, 2007 | 9468 | Mar 28, 2007 | FERTILIZERS | Voucher | | | 6,134.92 |
| 12667 | Jun 29, 2007 | 651-57597 | Mar 07, 2007 | 9523 | Apr 01, 2007 | HERBICIDES | Voucher | | | 551.50 |
| 12667 | Jun 29, 2007 | 651-57598 | Mar 07, 2007 | 9527 | Apr 01, 2007 | INSECTICIDES - 129 | Voucher | | | 380.84 |
| 12667 | Jun 29, 2007 | 651-57638 | Mar 09, 2007 | 9551 | Apr 03, 2007 | FERTILIZERS -RANCH 22 | Voucher | | | 6,852.80 |
| 12667 | Jun 29, 2007 | 651-57639 | Mar 09, 2007 | 9552 | Apr 03, 2007 | FERTILIZER -RANCH 26 | Voucher | | | 6,853.06 |
| 12667 | Jun 29, 2007 | 651-57640 | Mar 09, 2007 | 9553 | Apr 03, 2007 | FERTILIZER | Voucher | | | 1,344.92 |
| 12667 | Jun 29, 2007 | 651-57647 | Mar 12, 2007 | 9554 | Apr 06, 2007 | FERTILIZER | Voucher | | | 7,050.07 |
| 13464 | Jan 26, 2007 | 609-236706 | Dec 14, 2006 | 8101 | Jan 08, 2007 | LISTING NEWSIDE 39A | Voucher | | | 1,537.50 |
| 14051 | Aug 06, 2007 | 651-57652 | Mar 13, 2007 | 9606 | Apr 07, 2007 | FERTILIZER-RANCH 25 | Voucher | | | 14,642.01 |
| 14051 | Aug 06, 2007 | 651-57663 | Mar 13, 2007 | 9607 | Apr 07, 2007 | FERTILIZER | Voucher | | | 5,174.40 |
| 14051 | Aug 06, 2007 | 651-57664 | Mar 13, 2007 | 9608 | Apr 07, 2007 | FERTILIZER | Voucher | | | 5,174.40 |
| 14051 | Aug 06, 2007 | 651-57683 | Mar 15, 2007 | 9641 | Apr 09, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,111.20 |
| 14051 | Aug 06, 2007 | 651-57684 | Mar 15, 2007 | 9638 | Apr 09, 2007 | FERTILIZER | Voucher | | | 8,870.40 |
| 14051 | Aug 06, 2007 | 651-57685 | Mar 15, 2007 | 9639 | Apr 09, 2007 | HERBICIDES | Voucher | | | 269.58 |
| 14051 | Aug 06, 2007 | 651-57698 | Mar 15, 2007 | 9637 | Apr 09, 2007 | FERTILIZER | Voucher | | | 7,362.00 |
| 14051 | Aug 06, 2007 | 651-57699 | Mar 15, 2007 | 9640 | Apr 09, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 2,157.44 |
| 14113 | Aug 17, 2007 | 651-57714 | Mar 17, 2007 | 9658 | Apr 11, 2007 | RUSSELL ONIONS | Voucher | | | 460.15 |
| 14113 | Aug 17, 2007 | 651-57715 | Mar 17, 2007 | 9657 | Apr 11, 2007 | RUSSELL--ONIONS | Voucher | | | 1,042.73 |
| 14113 | Aug 17, 2007 | 651-57716 | Mar 17, 2007 | 9656 | Apr 11, 2007 | BLECH ONIONS | Voucher | | | 1,251.45 |
| 14113 | Aug 17, 2007 | 651-57717 | Mar 17, 2007 | 9659 | Apr 11, 2007 | SPINACH -BLECH | Voucher | | | 1,233.13 |
| 14113 | Aug 17, 2007 | 651-57718 | Mar 17, 2007 | 9660 | Apr 11, 2007 | SPINACH--BLECH RANC | Voucher | | | 1,929.57 |
| 14113 | Aug 17, 2007 | 651-57727 | Mar 19, 2007 | 9674 | Apr 13, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 3,127.63 |
| 14113 | Aug 17, 2007 | 651-57804 | Mar 25, 2007 | 9819 | Apr 19, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 435.88 |
| 14113 | Aug 17, 2007 | 651-57805 | Mar 23, 2007 | 9820 | Apr 17, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 4,240.70 |
| 14113 | Aug 17, 2007 | 651-57817 | Mar 24, 2007 | 9824 | Apr 18, 2007 | HERBICIDES | Voucher | | | 749.06 |
| 14113 | Aug 17, 2007 | 651-57841 | Mar 26, 2007 | 9825 | Apr 20, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 3,757.72 |
| 14113 | Aug 17, 2007 | 651-57842 | Mar 28, 2007 | 9834 | Apr 22, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 3,661.94 |
| 14113 | Aug 17, 2007 | 651-57864 | Mar 20, 2007 | 9833 | Apr 14, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,100.04 |
| 14113 | Aug 17, 2007 | 651-57865 | Mar 30, 2007 | 9832 | Apr 24, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,320.11 |
| 14113 | Aug 17, 2007 | 651-57866 | Mar 31, 2007 | 9821 | Apr 25, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 2,129.08 |

Purchase Orders, Unpaid Vouchers and Payments
OCEANO PACKING COMPANY LLC

| Check | Check Date | Invoice No | Invoice Date | Voucher | Due Date | Stub Description | Src | PO # | PO Date | Net/Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| **WESTERN FARM SERVICE** | | ID: W010 | | | | | | | | |
| **Paid Voucher** | | | | | | | | | | |
| 14172 | Aug 24, 2007 | 651-57868 | Apr 02, 2007 | 9822 | Apr 27, 2007 | FERTILIZERS | Voucher | | | 411.39 |
| 14172 | Aug 24, 2007 | 651-57891 | Apr 05, 2007 | 9911 | Apr 30, 2007 | HERBICIDES | Voucher | | | 489.17 |
| 14172 | Aug 24, 2007 | 651-57913 | Mar 23, 2007 | 9933 | Apr 17, 2007 | RANCH 25 | Voucher | | | 16,262.40 |
| 14504 | Oct 19, 2007 | 651-57867 | Apr 02, 2007 | 9823 | Apr 27, 2007 | HERBICIDES | Voucher | | | 469.48 |
| 14504 | Oct 19, 2007 | 651-57890 | Apr 02, 2007 | 9910 | Apr 27, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,975.05 |
| 14504 | Oct 19, 2007 | 651-57914 | Apr 04, 2007 | 9931 | Apr 29, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 2,820.70 |
| 14504 | Oct 19, 2007 | 651-57931 | Apr 10, 2007 | 9957 | May 05, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 3,166.66 |
| 14504 | Oct 19, 2007 | 651-58016 | Apr 18, 2007 | 10011 | May 13, 2007 | HERBICIDE | Voucher | | | 483.80 |
| 14504 | Oct 19, 2007 | 651-58026 | Apr 19, 2007 | 10009 | May 14, 2007 | ONIONS | Voucher | | | 840.25 |
| 14504 | Oct 19, 2007 | 651-58027 | Apr 19, 2007 | 10010 | May 14, 2007 | HERBICIDES | Voucher | | | 821.05 |
| 14504 | Oct 19, 2007 | 651-58264 | May 11, 2007 | 10321 | Jun 05, 2007 | GLOVES | Voucher | | | 28.67 |
| 14506 | Oct 19, 2007 | 651-57999 | Apr 17, 2007 | 9999 | May 12, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 2,026.99 |
| 14506 | Oct 19, 2007 | 651-58025 | Apr 19, 2007 | 10008 | May 14, 2007 | ONIONS SEED | Voucher | | | 1,535.24 |
| 14506 | Oct 19, 2007 | 651-58161 | May 02, 2007 | 10236 | May 27, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 4,230.86 |
| 14506 | Oct 19, 2007 | 651-58220 | May 08, 2007 | 10255 | Jun 02, 2007 | HERBICIDES | Voucher | | | 579.15 |
| 14506 | Oct 19, 2007 | 651-58232 | May 09, 2007 | 10268 | Jun 03, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 1,370.05 |
| 14506 | Oct 19, 2007 | 651-58808 | Jun 20, 2007 | 10691 | Jul 15, 2007 | CREDIT-RANCH 22 | Voucher | | | -809.62 |
| 14506 | Oct 19, 2007 | 651-59339 | Aug 01, 2007 | 11219 | Aug 26, 2007 | CREDIT-FERTILIZER | Voucher | | | -789.19 |
| 14506 | Oct 19, 2007 | 651-59392 | Aug 13, 2007 | 11300 | Sep 07, 2007 | CREDIT | Voucher | | | -426.62 |
| 14506 | Oct 19, 2007 | 651-59500 | Aug 30, 2007 | 11514 | Sep 24, 2007 | CREDIT | Voucher | | | -4,519.02 |
| 14506 | Oct 19, 2007 | 651-59523 | Sep 05, 2007 | 11658 | Sep 30, 2007 | CREDIT | Voucher | | | -682.52 |
| 14506 | Oct 19, 2007 | 651-59706 | Oct 04, 2007 | 12011 | Oct 29, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 2,135.91 |
| 14641 | Nov 16, 2007 | 651-58061 | Apr 24, 2007 | 10055 | May 19, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 8,703.24 |
| 14641 | Nov 16, 2007 | 651-58178 | May 03, 2007 | 10237 | May 28, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 7,944.39 |
| 14641 | Nov 16, 2007 | 651-58233 | May 09, 2007 | 10269 | Jun 03, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 12,861.63 |
| 14641 | Nov 16, 2007 | 651-58325 | May 15, 2007 | 10338 | Jun 09, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 5,653.10 |
| 14641 | Nov 16, 2007 | 651-58326 | May 15, 2007 | 10339 | Jun 09, 2007 | WATER/SOIL/LEAF ANA | Voucher | | | 84.00 |
| 14641 | Nov 16, 2007 | 651-58327 | May 15, 2007 | 10340 | Jun 09, 2007 | SOIL/LEAF/WATER/TISS | Voucher | | | 210.00 |
| 14641 | Nov 16, 2007 | 651-58545 | May 31, 2007 | 10521 | Jun 25, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 12,328.93 |
| 14815 | Dec 14, 2007 | 651-58610 | Jun 06, 2007 | 10579 | Jul 01, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 9,278.17 |
| 14815 | Dec 14, 2007 | 651-58845 | Jun 22, 2007 | 10708 | Jul 17, 2007 | RESPIRATOR/GLOVES/A | Voucher | | | 91.63 |
| 14815 | Dec 14, 2007 | 651-58858 | Jun 24, 2007 | 10745 | Jul 19, 2007 | FUNGICIDES/INSECTICI | Voucher | | | 640.66 |
| | | | Total Gross: | 220,494.01 | Total Discount: | | .00 | Total Net: | 220,494.01 | 220,494.01 |
| **Grand Totals:** | | | Gross: | 588,890.41 | Discount: | | .00 | Net: | 220,494.01 | 588,890.41 |

# EXHIBIT B



### Anastassiou & Associates
### Attorneys at Law

**Salinas Office**
EFFIE F. ANASTASSIOU
effieesq@salinasaglaw.com

**Associate Attorneys**
DENIS KLAVDIANOS
denisesq@salinasaglaw.com

SCOTT J. ALLEN
scottesq@salinasaglaw.com

**Of Counsel**
ANTHONY CARY
anthonyesq@juno.com

SalinasAgLaw.com

Courier: 242 Capitol Street
Salinas, CA 93901
Mailing: P.O. Box 2210, Salinas, CA 93902

Tel. (831) 754-2501
Fax: (831) 754-0621

**Pismo Beach Branch Office**
1035 Longview Avenue
Pismo Beach, CA*
Tel. (805)773-0750
Fax (805) 773-0751
*All correspondence must
be sent to Salinas Office

**Of Counsel - Santa Maria**
RICHARD C. BRENNEMAN
brenneman@bjalaw.net
Tel. (805) 922-4553
Fax (805) 928-7262

January 10, 2008

<u>Via Facsimile and U. S. Mail</u>
Mr. John Patino
Branch Manager
Western Farm Services, Inc
1335 West Main Street
Santa Maria, CA 93456

Mr. Jim Dana
Western Farm Services, Inc.
712 East Chapel Street
Santa Maria, CA 93454

Re:    **Oceano Packing Company, LLC v. Western Farm Services**
       **Demand for Immediate Return of Agricultural Chemical and Fertilzers**

Dear Messrs. Patino and Dana:

As you are aware, this law office represents Oceano Packing Company, LLC ("Oceano"), with respect to its claims against Western Farm Services, Inc. ("Western") stemming from Western's sale of salmonella-contaminated fertilizer to Oceano in 2007. Today, I received extremely disturbing news from my client regarding actions taken by Western shortly after Western received my January 9, 2008 settlement letter seeking amicable resolution of the disputes between the parties. The details are set forth below and require immediate attention on your part.

Today, Mr. Darin Chebot, who was copied on my previous letter, "took the law into his own hands." He acted in a manner which is contrary to California law and which will subject Western to liability for trespass and conversion, among other claims. Specifically, Mr. Chebot came out today to Oceano's leased property in Shandon, the Blech Ranch (the "Ranch"), and told the farm manager that he was coming to get Western agricultural chemical products because he had just learned from correspondence that Oceano "was not going to pay for them." Apparently, Mr. Chebot was referring to my confidential settlement demand letter.

1

Mr. Chebot then proceeded to take a fertilizer tank off of the Ranch with 200 gallons of fertilizer still in it (as well as 3 empty tanks), and then to rummage through Oceano's chemical storage shed and to take a number of different agricultural chemicals which Mr. Chebot told Oceano's farm manager that Oceano had "not paid Western for." In fact, it is not even clear that those products taken were sold to Oceano by Western, as Oceano also deals with many other vendors. Oceano's farm manager assumed that Mr. Chebot had been given authority to take this action by Oceano's management, and therefore allowed Mr. Chebot to proceed to take all of these items and leave the Ranch. He did have Mr. Chebot sign a sheet describing what he took, which I will be forwarding to you tomorrow, immediately upon receipt.

In fact, Mr. Chebot's actions were not authorized by Oceano's management, and constituted trespass and conversion. In order to resolve my client's claims for trespass and conversion, Western must immediately return all of the agricultural chemicals and fertilizers that Western took off the Ranch today. I would expect that such action will be taken by tomorrow. If Western complies with this request, then my client will not seek damages for the actions which occurred today.

You should be aware that under California law Oceano has a right to offset the large amount of damages it has suffered from the contaminated Salmonella fertilizer supplied by Western, against amounts owed to Western by Ocean for agricultural chemical supplied by Western. Under California Code of Civil Procedure §431.70, Oceano is specifically allowed to assert its claim relating to the Salmonella contamination as a defense against any claims made by Western for payment for the agricultural chemicals. In addition, California Code of Civil Procedure §918.5 specifically authorizes a court to stay the enforcement of a judgment or order if the judgment debtor has another action pending on a disputed claim against the judgment creditor.

Finally, acts of self help prohibited by California law are hardly a manner in which to conduct good faith settlement negotiations. My associate, Scott Allen, will be calling you tomorrow, to determine whether any settlement discussions will be able to proceed between Oceano and Western, or if court action is the only option.

ANASTASSIOU & ASSOCIATES

by: _____

Effie F. Anastassiou
Attorneys for Oceano Packing
Company, LLC

cc:    Oceano Packing Company, LLC

       Mr. Darin Chebot
       Western Farm Services, Inc.
       2502 Oakwood Drive
       Paso Robles, CA 93446

F:\OCA\Salmonella\Correspondence\Demand Letter Re Return of Products.wpd

2

# EXHIBIT C

01/11/2008 12:03 FAX 8054890101          PHELAN&TAYLOR          @003



SAN LUIS OBISPO COUNTY
SHERIFF-CORONER

D. ANDOE-JOE/0413
NORTH STATION

08-01-00532

Patrick Hedges, Sheriff
P.O. Box 92, San Luis Obispo, CA 93406

(805) 434-4290
24 Hr. (805) 781-4550



# EXHIBIT D

*Inventory removed by Western Farm Service on 1/10/08*
Persons present were
Ernesto Solis – opc
John Dana – opc
Darren Chabot- wfs
Three workers- wfs

24 lb kerb
6 gal pyganic
7 gal aza direct (7 x 1)
15 gal aza direct (2.5 x 6)
5 gal prefar
5 gal roundup
2 5 gal n-phorce
80 gal oxidate
40 lb xentari
156 lb serenade
105 lb agree
15 gal nutra phite
12.5 gal calcium poly amine
5 gal magnesium poly amine
15 gal senata
5 lb dipel df
10 lb maneb 75 df
3 qt nemex
1300 lb diazinon 14g
2.5 gal roneet
1 gal warrior
4 gal ultra flourish
5 gal matran ec
2 gal abba .15ec
2.5 coastal calmex
2 gal nu film p
1 gal parasol
2 gal no foam b
20 oz flint


John Dana

# EXHIBIT "B"

## TO THE
## DECLARATION OF SEAN T. O'ROURKE REGARDING WESTERN FARM SERVICE, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STAY OR DISMISS ACTION

# EXHIBIT "B"

1  Dale Dorfmeier, Esq.; SBN 076266
   Sean T. O'Rourke, Esq.; SBN 199420
2  PETRIE, DORFMEIER & MORRIS, LLP
   2014 Tulare Street, Suite 830
3  Fresno, CA 93721
   Telephone (559) 498-6522
4  Facsimile  (559) 498-6516

5  Attorneys for Plaintiff, WESTERN FARM
   SERVICE, INC.
6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              IN AND FOR THE COUNTY OF SAN LUIS OBISPO

10

11  WESTERN FARM SERVICE, INC.,          Case No. CV 080074

12              Plaintiff,               Action Filed: 01/22/08

13  v.                                   ORDER ON DEFENDANT
                                         OCEANO PACKING CO., LLC'S
14  OCEANO PACKING COMPANY, LLC,         MOTION FOR STAY
    and DOES 1 through 20, inclusive,
15
                Defendants.
16

17

18

19  TO THE PARTIES AND THEIR ATTORNEY OF RECORD:

20          PLEASE TAKE NOTICE THAT on April 3, 2008, Defendant OCEANO

21  PACKING CO., LLC's Motion for Stay of this case was heard by the Honorable Teresa

22  Estrada-Mullaney, and argued by counsel for parties. Plaintiff WESTERN FARM

23  SERVICE, INC., appeared through its attorney Sean T. O'Rourke. Defendant OCEANO

24  PACKING CO., LLC, appeared through its counsel Effie F. Anastassiou.

25  ///

26  ///

27  ///

28

H:\00AlphaFiles--DD\WFS
I v. Oceano
(37382-70096)\Pleadings\
Pleadings State\Oceano
Mtn to Stay -
4-3-08\OrderMtnStay-9 wp
d

**EXHIBIT B**

1

1        IT IS NOW ORDERED that Defendant's Motion to Stay or Dismiss the State

2    Court Action pending the resolution of the Federal Action is hereby denied.  Defendant

3    OCEANO PACKING CO , LLC, has twenty (20) days from April 3, 2008 to file and serve

4    its answer to the complaint filed by Plaintiff WESTERN FARM SERVICE, INC.

5        IT IS SO ORDERED.

6    DATE:

7

8                                    Honorable Teresa Estrada-Mullaney,
                                     Judge of the Superior Court of California,
9                                    County of San Luis Obispo

10

11   Approved as to form.

12

13   Ettie/F. Anastassiou, Attorney for
14   Defendant OCEANO PACKING CO., LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

H:\00\AlphaFiles~DO\WFS
1 v. Oceano
(37382-70096)\Pleadings\
Pleadings State\Oceano
Mtn to Stay -
4-3-08\Order\MtnStay-9.wp
d

                                        2
                ORDER ON DEFENDANT OCEANO PACKING CO , LLC 'S MOTION FOR STAY

# EXHIBIT "C"

## TO THE
## DECLARATION OF SEAN T. O'ROURKE REGARDING
## WESTERN FARM SERVICE, INC.'S REPLY TO
## PLAINTIFF'S OPPOSITION TO MOTION TO STAY OR
## DISMISS ACTION

## EXHIBIT "C"



**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of Apr 4, 2008 and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

| LP/LLC | | |
|---|---|---|
| OCEANO PACKING COMPANY, LLC | | |
| **Number:** 200129010059 | **Date Filed:** 10/15/2001 | **Status:** active |
| **Jurisdiction:** CALIFORNIA | | |
| **Address** | | |
| 1860 HIGHWAY 1 | | |
| OCEANO, CA 93445 | | |
| **Agent for Service of Process** | | |
| EFFIA F ANASTASSIOU | | |
| 242 CAPITOL STREET | | |
| SALINAS, CA 93901 | | |

Blank fields indicate the information is not contained in the computer file

If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report. Fees and instructions for ordering a status report are included on the Business Entities Records Order Form.

**EXHIBIT C**