# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge: James Ware**
**Date:  4/21/2008**
**Case No.: C-08-0839 JW**
**Related Case No.: N/A**

**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Irene Rodriguez**
**Interpreter: N/A**

## TITLE

**Oceano Packing Company LLC v. True Organic Products Inc et al**

**Attorney(s) for Plaintiff(s)**: Denis Klavdianos
**Attorney(s) for Defendant(s)**: Sean O'Rourke (Western Farm)

## PROCEEDINGS

**Defendant Western Farm's Motion to Dismiss or Motion to Stay Federal Action.**

## ORDER AFTER HEARING

Hearing Held. The Court took this matter under submission after oral argument.  The Court to issue further order on motion.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: