Jube J. Najarian, No. 99082
Steven M. McQuillan, No. 107339
JACOBSON, HANSEN, NAJARIAN & McQUILLAN
A Professional Corporation
1690 W. Shaw Avenue, Suite 201
Fresno, California 93711
Telephone: (559) 448-0400
Facsimile: (559) 448-0123
**Co-Counsel With:**
Andrew H. Swartz, No. 58429
ATTORNEY AT LAW
550 Hartnell Street
Monterey, California 93940
Telephone: (831) 373-3235

Attorney for Defendant(s) TRUE ORGANIC PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANO PACKING COMPANY, LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>TRUE ORGANIC PRODUCTS, INC., A California Corporation; and WESTERN FARM SERVICES, INC., A Delaware Corporation,<br><br>Defendant(s). | Case No.: C08 00839-RS<br><br>**NOTICE OF OTHER ACTION PENDING AND JOINDER IN WESTERN FARM SERVICES, INC.'S MOTION TO DISMISS OR STAY** |

The Court and parties are hereby advised that defendant, TRUE ORGANIC PRODUCTS, INC. has been named as a cross-defendant on a cross-complaint filed by OCEANO PACKING COMPANY, LCC in a lawsuit entitled *Western Farm Service, Inc. v. Oceano Packing Company, LLC* in the Superior Court of the State of California, County of San Luis Obispo, case number CV080074. The complaint of WESTERN FARM SERVICE was filed in that matter on or about January 22, 2008. The cross-complaint of OCEANO PACKING COMPANY, LLC was sent to counsel for TRUE ORGANIC PRODUCTS, INC. on or about April 22, 2008.

1  This defendant has previously filed a Notice of Pendency of Other Action with regard to the complaint filed by WESTERN FARM SERVICE against OCEAN PACKING COMPANY, LCC.  The purpose of this notice is to advise the Court of the OCEANO PACKING COMPANY, LLC cross-complaint back against TRUE ORGANIC PRODUCTS, INC. and WESTERN FARM SERVICE, INC.  That cross-complaint appears to be virtually identical to the plaintiff's complaint in the present matter pending before this Court.  A true and correct copy of the answer and cross-complaint filed by OCEANO PACKING COMPANY, LLC in the State Court matter is attached hereto as Exhibit "A".

Defendant WESTERN FARM SERVICE, INC. has filed a motion in the present case, to dismiss the plaintiff's complaint, or in the alternative, for a stay, because of the pending State Court action.  TRUE ORGANIC PRODUCTS, INC. understands that this Court currently has that motion under submission.  TRUE ORGANIC PRODUCTS, INC. supports that WESTERN FARM SERVICE motion.  TRUE ORGANIC PRODUCTS, INC. respectfully submits that the filing of the cross-complaint in the State Court action, essentially identical to the present Federal Court complaint, provides a further and compelling reason to grant the pending Motion for Dismiss or to Stay.  For the Court's reference and convenience, a copy of the WESTERN FARM SERVICE Motion to Dismiss or Stay is attached hereto as Exhibit "B".

TRUE ORGANICS, INC. submits that, for the reasons set forth in the WESTERN FARM SERVICES, INC. motion, the present action should not be coordinated with the State Court matter, but rather, this Court should exercise its abstention power, and grant the pending WESTERN FARM SERVICE, INC. motion.

Dated: May 2, 2008        JACOBSON, HANSEN, NAJARIAN & McQUILLAN

By: _____
STEVEN M. McQUILLAN, Attorneys for Defendant
TRUE ORGANIC PRODUCTS, INC.