Jube J. Najarian, No. 99082
Leith B. Hansen, No. 109320
Steven M. McQuillan, No. 107339
JACOBSON, HANSEN, NAJARIAN & McQUILLAN
A Professional Corporation
1690 W. Shaw Avenue, Suite 201
Fresno, California 93711
Telephone: (559) 448-0400
Facsimile: (559) 448-0123
**Co-Counsel With:**
Andrew H. Swartz, No. 58429
ATTORNEY AT LAW
550 Hartnell Street
Monterey, California 93940
Telephone: (831) 373-3235

Attorney for Defendant(s) TRUE ORGANIC PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANO PACKING COMPANY, LLC, | Case No.: C08 00839-RS |
| Plaintiff(s), | |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (Local Rule 3-16)** |
| TRUE ORGANIC PRODUCTS, INC., A California Corporation; and WESTERN FARM SERVICES, INC., A Delaware Corporation, | |
| Defendant(s). | |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 17, 2008

JACOBSON, HANSEN, NAJARIAN & McQUILLAN

By: /S/
STEVEN M. McQUILLAN, Attorneys for Defendant
TRUE ORGANIC PRODUCTS, INC.

Certification of Interested Entities -- Page 1