Effie F. Anastassiou, Esq. (SBN 96279)
Denis Klavdianos, Esq. (SBN 225925)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Plaintiff
OCEANO PACKING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANO PACKING COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>TRUE ORGANIC PRODUCTS, INC., A California Corporation; and WESTERN FARM SERVICE, INC., A Delaware Corporation,<br><br>Defendants. | Case No. C08 00839 JW<br><br>**CERTIFICATE OF SERVICE** |

    I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 242 Capitol Street, Salinas, California 93901.

    On the date set forth below, I caused the following document(s) entitled:

**OCEANO PACKING COMPANY, LLC'S RESPONSE TO DEFENDANT TRUE ORGANIC PRODUCTS, INC.'S NOTICE OF OTHER ACTION PENDING AND JOINDER IN WESTERN FARM SERVICES, INC.'S MOTION TO DISMISS OR STAY**

to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

    **BY ECF TRANSMISSION.** By way of this court's ECF email notification to the participating parties set forth below.

| | |
|---|---|
| Steven Michael McQuillan, Esq.<br>Jacobson, Hansen, Najarian & McQuillan<br>1690 W. Shaw Avenue, Suite 201<br>Fresno, CA 93711<br>E-Mail: mcq@jhnmlaw.com<br>Telephone: 559-448-0400 | Dale Dorfmeier, Esq.<br>Petrie, Dorfmeier & Morris, LLP<br>2014 Tulare Street, Suite 830<br>Fresno, CA 93721<br>E-Mail: ddorfmeier@pdmlegal.com<br>Telephone: 559-498-6522 |
| Attorney for True Organic Products, Inc. | Attorney for Western Farm Service, Inc. |

I also sent to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

**BY MAIL.** By placing each envelope (with postage affixed thereto) in the U.S. Mail at the law offices of Anastassiou & Associates, Salinas, California addressed as shown below. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

Andrew H. Swartz, Esq.
Attorney at Law
550 Hartnell Street
Monterey, CA 93940

Telephone: 831-373-3235
Co-Counsel Attorney for True Organic Products, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 9, 2008, at Salinas, California.

_____
Rosie Alvarez