# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Oceano Packing Company, LLC

               Plaintiff(s),

CASE NO.  C08 00839- JW

ADR CERTIFICATION BY PARTIES AND COUNSEL

v.

True Organic Products, Inc., and
Western Farm Services, Inc.

               Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 7, 2008

Oceano Packing Company, LLC
[Party]

Dated: May 7, 2008

[Counsel]

Effie F. Anastassiou, Esq.
Anastassiou & Associates

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05