# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Oceano Packing Company, LLC
          Plaintiff(s),

v.

True Organic Products, Inc.;
Western Farm Service, Inc.
          Defendant(s).

CASE NO. 05:08-cv-00839-JW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☑ have not yet reached an agreement to an ADR process
☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference _____

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Effie F. Anastasiou | Plaintiff | (831) 754-2501 | effieesq@salinasaglaw.com |
| Steven M. McQuillan | Def. True Organic | (559) 448-0400 | mcq@jhnmlaw.com |
| Dale Dorfmeier | Def. Western Farm | (559) 498-6522 | ddorfmeier@pdmlegal.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 5-7-08

                                          _____
                                          Attorney for Plaintiff

Dated: 05-07-08

                                          _____
                                          Attorney for Defendant
                                          True Organic Products, Inc.

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

Dated: MAY 13 2008
Rev. 12/05

                                          _____
                                          Attorney for Defendant
                                          Western Farm Services, Inc.