Effie F. Anastassiou, Esq. (SBN 96279)
Denis Klavdianos, Esq. (SBN 225925)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Plaintiff
OCEANO PACKING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANO PACKING COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRUE ORGANIC PRODUCTS, INC., A California Corporation; and WESTERN FARM SERVICE, INC., A Delaware Corporation,<br><br>Defendants. | Case No. C08 00839 JW<br><br>**CERTIFICATE OF SERVICE** |

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 242 Capitol Street, Salinas, California 93901.

On the date set forth below, I caused the following document(s) entitled:

**ADR CERTIFICATION BY PARTIES AND COUNSEL; AND**

**NOTICE OF NEED FOR ADR PHONE CONFERENCE.**

to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by on the parties in said action by way of this court's ECF email notification to the participating parties set forth below:

Jube J. Najarian
Jacobson, Hansen, Najarian & McQuillan
1690 W. Shaw Avenue, Suite 201
Fresno, CA 93711

Attorney for True Organic Products, Inc.

Dale Dorfmeier, Esq.
Petrie, Dorfmeier and Morris
2014 Tulare Street, Suite 830
Fresno, California 93721

Attorney for Western Farm Service, Inc.

Oceano Packing Company v. True Organic Products, LLC, et al.                                                                Proof of Service
U.S. District Court, Northern District of CA Case No. C08 00839 JW

1  I also served the above documents by placing each envelope (with postage affixed thereto) in the U.S. Mail at the law offices of Anastassiou & Associates, Salinas, California addressed as shown below. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing, addressed as shown below.

Andrew H. Swartz, Esq.
Attorney at Law
550 Hartnell Street
Monterey, CA 93940

Co-Counsel Attorney for True Organic Products, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 14, 2008, at Salinas, California.

Rosie Alvarez

Oceano Packing Company v. True Organic Products, LLC, et al.
U.S. District Court, Northern District of CA Case No. C08 00839 JW

Proof of Service