Effie F. Anastassiou, Esq. (SBN 96279)
Denis Klavdianos, Esq. (SBN 225925)
ANASTASSIOU& ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Plaintiff
OCEANO PACKING COMPANY, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANO PACKING COMPANY, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>TRUE ORGANIC PRODUCTS, INC., A California Corporation; and WESTERN FARM SERVICE, INC., A Delaware Corporation,<br><br>    Defendants. | Case No. C08 00839 JW<br><br>**PLAINTIFF OCEANO PACKING COMPANY, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>N.D. Civ. L. Rule 3-16 |

Pursuant to Northern District Civil Local Rule 3-16, Plaintiff OCEANO PACKING COMPANY("Oceano") certifies that as of this date, there is no such interest to report, other than the named parties to the action.

Dated: May 21, 2008            ANASTASSIOU & ASSOCIATES

By: _____
Effie F. Anastassiou, Esq.
Attorney for Oceano Packing Company, LLC

F:\OCA\Salmonella\True Organic-WFS\OceanoCertificateInterestedParties.wpd