Effie F. Anastassiou, Esq. (SBN 96279)
Denis Klavdianos, Esq. (SBN 225925)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Plaintiff
OCEANO PACKING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANO PACKING COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>TRUE ORGANIC PRODUCTS, INC., A California Corporation; and WESTERNFARM SERVICE, INC., A Delaware Corporation,<br><br>Defendants. | Case No. C08 00839 JW<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR INITIAL DISCLOSURES.** |

WHEREAS, Plaintiff OCEANO PACKING COMPANY, LLC ("Plaintiff" or "Oceano") and Defendant WESTERN FARM SERVICE ("Western") and Defendant TRUE ORGANIC PRODUCTS, INC. ("True") have previously agreed to submit their Initial Disclosures pursuant to Federal of Civil Procedure Rule 26 on June 20, 2008, as outlined in Item No. 7 of the parties' Joint Case Management Statement;

WHEREAS the parties are in the process of resolving a related State Court Action pending in the Superior Court of San Luis Obispo County (*Western Farms Services Inc. v. Oceano Packing Company, LLC*, San Luis Obispo County Superior Court, Case No. CV080074) ("State Court Action") and/or coordinating discovery between the State Court Action and the instant federal action;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant Western, along with Defendant True, by and through their respective attorneys of record, that the parties continue

...

the date to submit their respective Initial Disclosures from June 20, 2008 to July 21, 2008. No other date is altered or modified pursuant to this Stipulation And Order.

Dated: June 18, 2008          ANASTASSIOU & ASSOCIATES

                              By: /s/ _____
                              Denis Klavdianos, Esq
                              Attorney for Oceano Packing Company, LLC


Dated: June 18, 2008          PETRIE, DORFMEIER & MORRIS, LLP

                              By: /s/ _____
                              Dale Dorfmeier, Esq.
                              Attorney Western Farm Service, Inc.


Dated: June 18, 2008          JACOBSON, HANSEN, NAJARIAN & McQUILLAN
                              By: /s/ _____
                              Leith Hansen, Esq.
                              Attorney True Organic Products, Inc.


## ORDER

It is hereby ordered that the parties will submit their respective Initial Disclosures on July 21, 2008 pursuant to Fed. Rule. Civ. Proc. 26, in lieu of and instead of the previously scheduled date of June 20, 2008. No other date is altered or modified pursuant to this Stipulation And Order.

Dated: June 20, 2008

                              _____
                              Honorable James Ware
                              United States District Court Judge

F:\OCA\Salmonella\True Organic-WFS\Joint CMC\StipContInitialDisclosures.wpd

1  the date to submit their respective Initial Disclosures from June 20, 2008 to July 21, 2008. No other date
2  is altered or modified pursuant to this Stipulation And Order.

3

4  Dated: June 18, 2008                          ANASTASSIOU & ASSOCIATES

5                                                By: /s/ _____
                                                  Denis Klavdianos, Esq
6                                                 Attorney for Oceano Packing Company, LLC

7

8  Dated: June 18, 2008                          PETRIE, DORFMEIER & MORRIS, LLP

9                                                By: /s/ _____
                                                  Dale Dorfmeier, Esq.
10                                                Attorney Western Farm Service, Inc.

11

12 Dated: June 18, 2008                          JACOBSON, HANSEN, NAJARIAN & McQUILLAN
                                                  By: /s/ _____
13                                                Leith Hansen, Esq
                                                  Attorney True Organic Products, Inc.
14

15

16                                         **ORDER**

17      It is hereby ordered that the parties will submit their respective Initial Disclosures on July 21, 2008

18 pursuant to Fed. Rule. Civ. Proc. 26, in lieu of and instead of the previously scheduled date of June 20,

19 2008. No other date is altered or modified pursuant to this Stipulation And Order.

20
   Dated: _____            _____
21                                          Honorable James Ware
                                            United States District Court Judge
22

23

24 F:\OCA\Salmonella\True Organic-WFS\Joint CMC\StipContInitialDisclosures.wpd

25

26

27

28

Oceano Packing v. True Organic                    2                   Stipulation And Order Initial Disclosures
Case Number C08 00839 JW

the date to submit their respective Initial Disclosures from June 20, 2008 to July 21, 2008. No other date is altered or modified pursuant to this Stipulation And Order.

Dated: June 18, 2008

ANASTASSIOU & ASSOCIATES

By: /s/ _____
Denis Klavdianos, Esq
Attorney for Oceano Packing Company, LLC

Dated: June 18, 2008

PETRIE, DORFMEIER & MORRIS, LLP

By: /s/ _____
Dale Dorfmeier, Esq.
Attorney Western Farm Service, Inc.

Dated: June 18, 2008

JACOBSON, HANSEN, NAJARIAN & McQUILLAN
By: /s/ Mason Decker for
Leith Hansen, Esq.
Attorney True Organic Products, Inc.

## ORDER

It is hereby ordered that the parties will submit their respective Initial Disclosures on July 21, 2008 pursuant to Fed. Rule. Civ. Proc. 26, in lieu of and instead of the previously scheduled date of June 20, 2008. No other date is altered or modified pursuant to this Stipulation And Order.

Dated: _____

_____
Honorable James Ware
United States District Court Judge

F:\OCA\Salmonella\True Organic-WFS\Joint CMC\StipContInitialDisclosures.wpd