**United States District Court**
For the Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    OCEANO PACKING COMPANY, LLC.,              No. C 08-00839 JW

8              Plaintiff(s),
                                                CLERK'S NOTICE CONTINUING MOTION
9        v.                                     HEARING

10   TRUE ORGANIC PRODUCTS, INC., ET
     AL.,
11
               Defendant(s).
12
     _____/
13

14   TO ALL PARTIES AND COUNSEL OF RECORD:

15

16   YOU ARE NOTIFIED THAT the Motion to Dismiss before Judge James Ware previously noticed

17   for September 8, 2008 at 9:00 AM has been reset to **October 27, 2008 at 9:00 AM in** Courtroom 8,

18   4th Floor, 280 S. 1st  Street, San Jose, California.

19   Dated:  July 2, 2008
                                                FOR THE COURT,
20                                              Richard W. Wieking, Clerk

21

22                                              by:  _____/s/_____
                                                     Elizabeth Garcia
23                                                   Courtroom Deputy

24

25

26

27

28