1  Effie F. Anastassiou, Esq. (SBN 96279)
   Denis Klavdianos, Esq. (SBN 225925)
2  ANASTASSIOU & ASSOCIATES
   242 Capitol Street
3  Post Office Box 2210
   Salinas, California 93902
4  Telephone: (831) 754-2501
   Facsimile:  (831) 754-0621
5
   Attorneys for Plaintiff
6  OCEANO PACKING COMPANY, LLC

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 OCEANO PACKING COMPANY, LLC    )   Case No. C08 00839 JW
                                  )
11         Plaintiff,             )
                                  )
12                                )   STIPULATION AND ORDER AMENDING
           v.                     )   SCHEDULING ORDER AND CONTINUING
13                                )   DATE FOR INITIAL DISCLOSURES
                                  )
14 TRUE ORGANIC PRODUCTS, INC., A )
   California Corporation; and   )
15 WESTERNFARM SERVICE, INC., A   )
   Delaware Corporation,          )
16                                )
           Defendants.             )
17 _____)

18         WHEREAS, pursuant to the Scheduling Order dated May 29, 2008, the Court previously scheduled
19 a hearing on the issues of subject matter jurisdiction and venue for September 8, 2008;
20         WHEREAS, subsequently, on July 2, 2008, the Court revised the Scheduling Order to continue the
21 hearing regarding the issues of subject matter jurisdiction and venue from September 8, 2008 to October
22 27, 2008;
23         WHEREAS, although Plaintiff OCEANO PACKING COMPANY, LLC ("Oceano") contends that
24 there exists federal subject matter jurisdiction and that the United States District Court, Northern District
25 of California, San Jose Division, is the proper forum for adjudicating the claims in this case, the Court may
26 find that there is no federal subject matter jurisdiction at the October 27, 2008 hearing, and may
27 consequently dismiss the case in its entirety, or transfer the case to an alternative federal forum;
28

1  WHEREAS, the parties agree that in the interest of efficiency and avoiding incurring unnecessary
2  costs by the parties, discovery in this case shall be stayed until the Court rules on the subject matter and
3  venue issues;
4  WHEREAS, the Scheduling Order currently provides that all discovery shall be completed by
5  February 27, 2008, only four months after the Court determines whether this case will be adjudicated in
6  federal court [1];
7  WHEREAS, the parties agree that the discovery schedule and trial schedule should be modified to
8  account for the fact that the parties intend to commence discovery only after the court has ruled on the
9  subject matter jurisdiction and venue issues;
10  WHEREAS, the parties have also previously agreed to submit their respective Initial Disclosures
11  on July 21, 2008, pursuant to the Stipulation And Order To Continue Date For Initial Disclosures, which
12  order was signed by the Court on June 20, 2008;
13  WHEREAS, the parties also agree that in the interest of efficiency and avoiding incurring
14  unnecessary costs by the parties, the preparation of the parties' Initial Disclosures in this case shall be stayed
15  until after the Court rules on the subject matter and venue issues;
16  THEREFORE, IT IS HEREBY STIPULATED between Plaintiff Oceano and Defendant WESTERN
17  FARM SERVICE ("Western") and Defendant TRUE ORGANIC PRODUCTS, INC. ("True") by and
18  through their respective attorneys of record, that:
19  1) The parties agree that all of the discovery and other deadlines previously detailed in the
20  Scheduling Order be extended by approximately **120 days** from the previously scheduled dates, which dates
21  are agreed to as follows:

| Deadlines | Previous Date | Re-Schedule Date |
| --- | --- | --- |
| Close of all discovery: | February 27, 2009 | June 26, 2009 |
| Last Date For Hearing Dispositive Motions: | April 27, 2009 | August 27, 2009 |
| Preliminary Pre-Trial Conference at 11 a.m.: | January 26, 2009 | May 26, 2009 |

---

[1] The Court may rule at a time later than October 27, 2008, if the matter is taken under submission after the parties oral arguments.

Preliminary Pre-Trial Conference Statements:        January 16, 2009        May 15, 2006

2) The trial date will be set pursuant to the Trial Setting Conference as provided by Paragraph 11 of the Scheduling Order; and

3) The parties' Initial Disclosures will be due November 7, 2008 in lieu of and instead of the previously scheduled date of July 21, 2008.

Dated: July 18, 2008                    ANASTASSIOU & ASSOCIATES

                                        By: /s/_____
                                            Denis Klavdianos, Esq
                                            Attorney for Oceano Packing Company, LLC

Dated: July 17, 2008                    PETRIE, DORFMEIER & MORRIS, LLP

                                        By: /s/_____
                                            Dale Dorfmeier, Esq.
                                            Attorney Western Farm Service, Inc.

Dated: July 17, 2008                    JACOBSON, HANSEN, NAJARIAN & McQUILLAN

                                        By: /s/_____
                                            Leith Hansen, Esq.
                                            Attorney True Organic Products, Inc.

### ORDER

It is hereby ordered that the forgoing schedule which has been agreed to by stipulation of the parties, is adopted by Order of this Court.

Dated: _____          _____
                                        Honorable James Ware
                                        United States District Court Judge

F:\OCA\Salmonella\True Organic-WFS\Joint CMC\StipAmendScheduleOrder.wpd