Effie F. Anastassiou, Esq. (SBN 96279)
Denis Klavdianos, Esq. (SBN 225925)
ANASTASSIOU & ASSOCIATES
242 Capitol Street
Post Office Box 2210
Salinas, California 93902
Telephone: (831) 754-2501
Facsimile: (831) 754-0621

Attorneys for Plaintiff
OCEANO PACKING COMPANY, LLC



GRANTED
Judge James Ware
11/10/2008

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEANO PACKING COMPANY, LLC | Case No. C08 00839 JW |
| Plaintiff, | |
| v. | THIRD STIPULATION AND ORDER TO CONTINUE DATE FOR INITIAL DISCLOSURES. |
| TRUE ORGANIC PRODUCTS, INC., A California Corporation; and WESTERN FARM SERVICE, INC., A Delaware Corporation, | |
| Defendants. | |

WHEREAS, Plaintiff OCEANO PACKING COMPANY, LLC ("Plaintiff" or "Oceano") and Defendant WESTERN FARM SERVICE ("Western") and Defendant TRUE ORGANIC PRODUCTS, INC. ("True") have previously agreed to submit their Initial Disclosures pursuant to Fed. R. Civ. Proc. 26 on November 7, 2008, as provided in the "Stipulation And Order Amending Scheduling Order And Continuing Date For Initial Disclosures", signed by the Court on July 29, 2008 (the "Second Stipulation And Order");[1]

WHEREAS, the parties will soon be commencing settlement discussions in order to resolve this Federal Court Action as well as a related State Court Action pending in the Superior Court of San Luis

---

[1] Prior to the Second Stipulation And Order, the parties had previously agreed to continue the date for submitting their respective Initial Disclosures from June 20, 2008 to July 21, 2008, pursuant to the "Stipulation And Order To Continue Date Of Initial Disclosures" ("First Stipulation And Order"), which was signed by the Court on June 20, 2008.

1 | Obispo County (*Western Farms Services Inc. v. Oceano Packing Company, LLC*, San Luis Obispo County Superior Court, Case No. CV080074) ("State Court Action"), and/or coordinating discovery between the State Court Action and the instant Federal Court Action;

WHEREAS, Defendant True's and Defendant Western's respective motions to dismiss this Federal Court Action for lack of subject matter jurisdiction were heard on October 27, 2008, and the Court took the matters under submission after oral argument;

WHEREAS, although Plaintiff Oceano contends that there exists federal subject matter jurisdiction and that the United States District Court, Northern District of California, San Jose Division, is the proper forum for adjudicating the claims in the Federal Court Action, this Court may find that there is no federal subject matter jurisdiction, and may consequently dismiss the case in its entirety;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant Western, along with Defendant True, by and through their respective attorneys of record, that the parties continue the date to submit their respective Initial Disclosures from November 7, 2008, to **January 9, 2009.** No other date is altered or modified pursuant to this Stipulation And Order.

Dated: November 6, 2008

ANASTASSIOU & ASSOCIATES

By: /s/ _____
Denis Klavdianos, Esq.
Attorney for Oceano Packing Company, LLC

Dated: November ___, 2008

PETRIE, DORFMEIER & MORRIS, LLP

By: /s/ _____
Dale Dorfmeier, Esq.
Attorney for Western Farm Service, Inc.

Dated: November 5, 2008

JACOBSON, HANSEN, NAJARIAN & McQUILLAN

By: /s/ _____
Leith Hansen, Esq.
Attorney for True Organic Products, Inc.

//
//

Obispo County (*Western Farms Services Inc v. Oceano Packing Company, LLC*, San Luis Obispo County Superior Court, Case No CV080074) ("State Court Action"), and/or coordinating discovery between the State Court Action and the instant Federal Court Action;

WHEREAS, Defendant True's and Defendant Western's respective motions to dismiss this Federal Court Action for lack of subject matter jurisdiction were heard on October 27, 2008, and the Court took the matters under submission after oral argument;

WHEREAS, although Plaintiff Oceano contends that there exists federal subject matter jurisdiction and that the United States District Court, Northern District of California, San Jose Division, is the proper forum for adjudicating the claims in the Federal Court Action, this Court may find that there is no federal subject matter jurisdiction, and may consequently dismiss the case in its entirety;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant Western, along with Defendant True, by and through their respective attorneys of record, that the parties continue the date to submit their respective Initial Disclosures from November 7, 2008, to **January 9, 2009.** No other date is altered or modified pursuant to this Stipulation And Order.

Dated: November___, 2008        ANASTASSIOU & ASSOCIATES

By: /s/_____
    Denis Klavdianos, Esq
    Attorney for Oceano Packing Company, LLC

Dated: November 6, 2008         PETRIE, DORFMEIER & MORRIS, LLP

By: /s/_____
    Dale Dorfmeier, Esq
    Attorney for Western Farm Service, Inc.

Dated: November___, 2008        JACOBSON, HANSEN, NAJARIAN & McQUILLAN

By: /s/_____
    Leith Hansen, Esq.
    Attorney for True Organic Products, Inc.

//
//

## ORDER

It is hereby ordered that the parties will submit their respective Initial Disclosures on **January 9, 2009** pursuant to Fed. R. Civ. Proc. 26, in lieu of and instead of the previously scheduled date of November 7, 2008. No other dated is altered or modified pursuant to this Stipulation And Order

Dated: November 10, 2008

*James Ware* (signature)

Honorable James Ware
United States District Court Judge