

GRANTED

Judge James Ware

11/24/2008

1  Effie F. Anastassiou, Esq. (SBN 96279)
   Denis Klavdianos, Esq. (SBN 225925)
2  ANASTASSIOU & ASSOCIATES
   242 Capitol Street
3  Post Office Box 2210
   Salinas, California 93902
4  Telephone: (831) 754-2501
   Facsimile: (831) 754-0621
5
   Attorneys for Plaintiff
6  OCEANO PACKING COMPANY, LLC

7

                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10  OCEANO PACKING COMPANY, LLC        )   Case No.  C08 00839 JW
                                       )
11          Plaintiff,                 )
                                       )   STIPULATION AND ORDER TO SUBMIT
12      v.                             )   TO MEDIATION
                                       )
13                                     )
                                       )   N.D. Local Rule 3.5(c)
14  TRUE ORGANIC PRODUCTS, INC., A     )
    California Corporation; and        )
15  WESTERNFARM SERVICE, INC., A       )
    Delaware Corporation,              )
16                                     )
            Defendants.                )
17                                     )
    _____)

18      WHEREAS, Plaintiff OCEANO PACKING COMPANY, LLC ("Plaintiff" or "Oceano") and

19  Defendant WESTERN FARM SERVICE ("Western") and Defendant TRUE ORGANIC PRODUCTS,

20  INC. ("True") have agreed to submit this case (the "Federal Court Action") to mediation through this

21  Court's Alternative Dispute Resolution Program;

22      WHEREAS, the parties have also agreed to include a related State Court Action (*Western Farms

23  Services Inc. v. Oceano Packing Company, LLC,* San Luis Obispo County Superior Court, Case No.

24  CV080074) ("State Court Action"), as part of the mediation submitted through this Court's Alternative

25  Dispute Resolution Program;

26      WHEREAS, the parties in the State Court Action are identical to the parties in the Federal Court

27  Action, and the claims in the State Court Action are substantially similar to the claims in the Federal Court

28  Action;

WHEREAS, during the continued ADR telephone conference call on November 10, 2008, the parties, by and through their respective attorneys of record, communicated to the ADR Staff Attorney, Mr. Daniel Bowling, that they intended to submit the Federal Court Action to mediation through this Court's Alternative Dispute Resolution Program, and also communicated to Mr. Bowling that they intended to submit the State Court Action as part of the mediation;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant Western, along with Defendant True, by and through their respective attorneys of record, that the parties agree to submit the Federal Court Action to mediation through this Court's Alternative Dispute Resolution Program, and to include the State Court Action as part of the mediation;

Dated: November 10, 2008

ANASTASSIOU & ASSOCIATES

By: /s/
    Effie Anastassiou, Esq.
    Attorney for Oceano Packing Company, LLC

Dated: November___, 2008

PETRIE, DORFMEIER & MORRIS, LLP

By: /s/
    Dale Dorfmeier, Esq.
    Attorney for Western Farm Service, Inc.

Dated: November___, 2008

JACOBSON, HANSEN, NAJARIAN & McQUILLAN

By: /s/
    Leith Hansen, Esq.
    Attorney for True Organic Products, Inc.

## ORDER

It is hereby ordered that this Federal Court Action shall be submitted to mediation through this Court's Alternative Dispute Resolution Program, and the related State Court Action shall also be included as part of the mediation. Deadline to complete mediation within 90 days from the date of this order.

Dated: November 24, 2008

_____
Honorable James Ware
United States District Court Judge

1. WHEREAS, during the continued ADR telephone conference call on November 10, 2008, the
2. parties, by and through their respective attorneys of record, communicated to the ADR Staff Attorney, Mr.
3. Daniel Bowling, that they intended to submit the Federal Court Action to mediation through this Court's
4. Alternative Dispute Resolution Program, and also communicated to Mr. Bowling that they intended to
5. submit the State Court Action as part of the mediation;

6. THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant Western,
7. along with Defendant True, by and through their respective attorneys of record, that the parties agree to
8. submit the Federal Court Action to mediation through this Court's Alternative Dispute Resolution Program,
9. and to include the State Court Action as part of the mediation;

Dated: November___, 2008                    ANASTASSIOU & ASSOCIATES

                                            By: /s/_____
                                                Effie Anastassiou, Esq
                                                Attorney for Oceano Packing Company, LLC

Dated: November 13, 2008                    PETRIE, DORFMEIER & MORRIS, LLP

                                            By: /s/_____
                                                Dale Dorfmeier, Esq
                                                Attorney for Western Farm Service, Inc.

Dated: November___, 2008                    JACOBSON, HANSEN, NAJARIAN & McQUILLAN

                                            By: /s/_____
                                                Leith Hansen, Esq.
                                                Attorney for True Organic Products, Inc

**ORDER**

It is hereby ordered that this Federal Court Action shall be submitted to mediation through this Court's Alternative Dispute Resolution Program, and the related State Court Action shall also be included as part of the mediation.

Dated:_____      _____
                                            Honorable James Ware
                                            United States District Court Judge

1  WHEREAS, during the continued ADR telephone conference call on November 10, 2008, the
2  parties, by and through their respective attorneys of record, communicated to the ADR Staff Attorney, Mr.
3  Daniel Bowling, that they intended to submit the Federal Court Action to mediation through this Court's
4  Alternative Dispute Resolution Program, and also communicated to Mr. Bowling that they intended to
5  submit the State Court Action as part of the mediation;

6  THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant Western,
7  along with Defendant True, by and through their respective attorneys of record, that the parties agree to
8  submit the Federal Court Action to mediation through this Court's Alternative Dispute Resolution Program,
9  and to include the State Court Action as part of the mediation;

11  Dated: November___, 2008        ANASTASSIOU & ASSOCIATES

13                                  By: /s/_____
                                        Effie Anastassiou, Esq.
14                                      Attorney for Oceano Packing Company, LLC

15  Dated: November___, 2008        PETRIE, DORFMEIER & MORRIS, LLP

17                                  By: /s/_____
                                        Dale Dorfmeier, Esq.
18                                      Attorney for Western Farm Service, Inc.

19  Dated: November 11, 2008        JACOBSON, HANSEN, NAJARIAN & McQUILLAN

21                                  By: /s/_____
                                        Leith Hansen, Esq.
22                                      Attorney for True Organic Products, Inc.

### ORDER

It is hereby ordered that this Federal Court Action shall be submitted to mediation through this Court's Alternative Dispute Resolution Program, and the related State Court Action shall also be included as part of the mediation.

Dated:_____

_____
Honorable James Ware
United States District Court Judge